# In the United States Court of Federal Claims

**No. 06-945L**
**Filed: January 12, 2007**

NAVAJO NATION

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Francis M. Allegra**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk