IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | Electronically filed: |
| | ) | February 21, 2007 |
| | ) | |
| | ) | |
| v. | ) | Case No. 06-945L |
| | ) | Judge Francis M. Allegra |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| ________________________________ | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Robert W. Rodrigues as counsel of record for Defendant in this case. Additionally, please enter the appearance of Martin J. Lalonde, E. Kenneth Stegeby, and Laura Maroldy as counsel for Defendant.

Service of all papers on Messrs. Rodrigues, Lalonde, Stegeby and Ms. Maroldy by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Messrs. Rodrigues, Lalonde, Stegeby, and Ms. Maroldy should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3534
Washington, D.C. 20004

Respectfully submitted this 21st day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Robert W. Rodrigues*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353–8839
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN LALONDE
E.KENNETH STEGEBY
LAURA MAROLDY
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

GLADYS COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227