# In The United States Court of Federal Claims

No. 06-945L

(Filed: February 22, 2007)

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 21, 2007, defendant filed an unopposed motion for an enlargement of time within which to file its answer. This motion is hereby **GRANTED**. On or before April 30, 2007, defendant shall file its answer. **No further enlargement of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge