**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **THE NAVAJO NATION, formerly known as The NAVAJO TRIBE OF INDIANS** | ) | |
| **Plaintiff,** | ) | **No. 06-945L** |
| | ) | **Judge Francis M. Allegra** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**<u>JOINT MOTION FOR LEAVE OF COURT TO DISCUSS ADR WITH SENIOR JUDGE BRUGGINK</u>**

Plaintiff, the Navajo Nation, and Defendant, the United States, hereby jointly seek leave of the Court to discuss the use of Alternative Dispute Resolution ("ADR") in this case, in the form of non-binding mediation with Senior Judge Eric Bruggink to determine his availability to act as the mediator, and to report back to the Court on the feasibility of ADR with Senior Judge Bruggink assuming the role of non-binding mediator. In support of this request for leave of the Court, the parties state as follows:

1. The attorneys of record for each of the parties herein are currently using Judge Bruggink as non-binding mediator in ADR in the two tribal trust cases currently pending in this same Court involving the same undersigned counsel, *viz.*, <u>Jicarilla Apache Nation v. United States</u>, Case No. 02-25 L, and <u>Pueblo of Laguna v. United States</u>, Case No. 02-24 L. The parties herein believe that, based on his work with the parties in Jicarilla and Laguna, Senior Judge Bruggink has extremely useful experience with the types of complex issues and claims presented by Plaintiff in this case. The parties believe that Senior Judge Bruggink's experience

includes familiarity with certain procedures, such as those for production of potentially relevant documents, which have been developed by the parties for the ADR process in Jicarilla and Laguna and which the parties plan to use in the anticipated Navajo ADR.

2. Therefore, the parties believe that substantial economies and savings of time and money of both the Court and the parties can be achieved through the use of Senior Judge Bruggink in non-binding mediation this case.

WHEREFORE, the parties jointly request that the Court grant leave for the parties to discuss the possibility of non-binding mediation with Senior Judge Bruggink including the parties' desire to use the Judge as the mediator, and that they be permitted to report back to the Court within 20 days from the entry of the requested order pursuant to this Joint Motion, concerning the status and outcome of their discussions with Judge Bruggink. In the event that this Court deems it appropriate to refer this case to ADR and, in particular, to Judge Bruggink, the parties also request that Defendant's obligation in this case to file an Answer now due on April 30, 2007, be deferred during the pendency of any ADR proceeding as authorized by the Court.

Dated: March 16, 2007

Respectfully submitted,

s/Alan R. Taradash
Alan R. Taradash
*Attorney of Record for Plaintiff*

405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464
Email: artaradash@gmail.com

Dated: March 16, 2007

s/Robert W. Rodrigues
Robert W.Rodrigues
*Attorney of Record for Defendant*

Laura Maroldy
Kenneth Stegeby
U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
telephone: 202-353-8839
facsimile: 202-353-2021
Email: Robert.Rodrigues@usdoj.gov