**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **NAVAJO NATION,** <br><br> **Plaintiff,** <br> **v.** <br><br> **UNITED STATES,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **No. 06-945 L** <br><br> **Hon. Francis M. Allegra** <br><br> **(Electronically Filed on May 3, 2007)** |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims ("RCFC" or "Rules"), Plaintiff, the Navajo Nation, and Defendant, the United States, jointly move for entry of the Confidentiality Agreement and Protective Order ("CAPO") submitted herewith for the Court's review.

The parties have discussed the need for timely exchanges of any documents necessary to prosecute and defend this litigation. To facilitate this process, the parties have negotiated and agreed to the terms and parameters contained in the accompanying CAPO and believe that entry of the CAPO will expedite these exchanges and promote the efficient and economical resolution of this lawsuit. Accordingly, good cause exists for entry of the CAPO on the grounds that it will facilitate the efficient production of such documents by both parties under clear guidelines based on governing authorities.

WHEREFORE, the parties respectfully request that the Court enter the accompanying Confidentiality Agreement and Protective Order to govern future record productions in this case.

Respectfully submitted this 3rd day of May, 2007.

*/s/ Alan R. Taradash*
ALAN R. TARADASH
Nordhaus Law Firm, LLP
405 Martin Luther King, Jr., Avenue, NE
Albuquerque, NM 87102
Tel: (505) 243-4275
Fax: (505) 243-4464

Attorney of Record for Plaintiff

*/s/ Robert W. Rodrigues*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021

Attorney of Record for Defendant

392029.1