UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-945 L<br>Judge Francis M. Allegra |

**PLAINTIFF'S MOTION FOR ENTRY OF RECORD RETENTION ORDER**

Pursuant to RCFC 7(b), Plaintiff the Navajo Nation hereby moves for entry of the accompanying proposed Record Retention Order. In support of this motion and as grounds therefor, Plaintiff respectfully states as follows:

1. Plaintiff's claims against Defendant in this action are based on alleged breaches of fiduciary duties owed by Defendant to Plaintiff concerning management and disposition of Plaintiff's trust funds and other trust assets. Defendant's fiduciary duties to Plaintiff include duties as a trustee to create, maintain in a businesslike manner, and make available to Plaintiff trust records related to Plaintiff's trust assets. These trust records include largely irreplaceable, one-of-a-kind trust records necessary for proof in this case as well as historic Indian trust records that the Defendant is otherwise also obliged to preserve.

2. Plaintiff seeks entry of an order that requires Defendant to (a) preserve all documents, data, and tangible things in Defendant's possession, custody, or control that may lead to the discovery of evidence relevant to this action; (b) report immediately any destruction or loss of such records; (c) provide all available indices or inventories of such records and

work with Plaintiff where adequate indices or inventories are not available to facilitate discovery and to establish a baseline for gauging Defendant's compliance with the order and the effectiveness of record retention policies adopted by Defendant; and (d) provide prompt inspection and production of certain records to avoid potential risks of record destruction.

3. Good cause exists for entry of a record retention order as described above because the above records are irreplaceable and critical to determination of the scope of liability and damages in this case, Defendant has repeatedly destroyed such Indian trust records in violation of Defendant's own administrative directives and court orders in other litigation requiring preservation of such records, and entry of a record retention order here will be effective in facilitating the just, speedy, and inexpensive adjudication of Plaintiff's rights in this case without imposing undue burdens on Defendant.

4. Additional support for this motion is provided in Plaintiff's Brief in Support hereof, filed contemporaneously with this motion.

5. Plaintiff and Defendant have conferred in good faith in an effort to resolve this matter without court action, but Defendant opposes this motion and entry of a record retention order.

6. Pursuant to RCFC 7(b)(1), a proposed order accompanies this motion.

WHEREFORE, Plaintiff requests that the Court approve and enter the accompanying proposed Record Retention Order.

Respectfully submitted,

*/s/ Alan R. Taradash*
Alan R. Taradash

Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Dated: May 21, 2007

Attorney of Record for Plaintiff

Of Counsel for Plaintiff:

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Dana L. Bobroff
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 2006
telephone: 202-530-1920
facsimile: 202-530-1270