U.S. Department of Justice

Environment and Natural Resources Division

*Robert Rodrigues*
*(202) 353-8839 Direct Dial*
*(202) 353-2021 Primary Telefax*

*Natural Resources Section*
*P.O. Box 663*
*Washington, D.C. 20044-0663*

October 13, 2006

RECEIVED
OCT 16 2006
NORDHAUS LAW FIRM LLP

**BY ELECTRONIC AND OVERNIGHT MAIL**

Deidre A. Lujan, Esq.
Alan R. Taradash, Esq.
Thomas J. Peckham, Esq.
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Avenue, NE.
Albuquerque, New Mexico 87102

Re: Jicarilla Apache Nation v. United States, No. 02-25L (Court of Federal Claims)

Dear Ms. Lujan and Messrs Taradash and Peckham,

This is in response to your letter of October 5, 2006, concerning alleged water damage to certain boxes in the Jicarilla Agency warehouse, Cage 1, in Dulce. You also advised me in the letter that you had observed additional boxes in Cage 1and 4 which you had not previously observed in those locations. Prior to receipt of your letter, I had received word from the Solicitors Office that there had been a water leak from an exhaust vent to the overhead heater in the Dulce warehouse. The Facility Management Maintenance Mechanic was contacted on or about August 7, 2006, and completed the leak repairs on that same day. A bucket was kept as a precautionary device through the middle of August. I subsequently requested a description of the boxes implicated by the leak. In this regard, I asked that the Superintendent, Mrs Vigil, personally investigate the contents of Cage 1 and advise me of any water damage. Mrs Vigil reported to me that a total of six boxes were affected by the leak. These include:

Box 1: SunWest Bank Statements for Social Services clients;

Box 2: Social Services Administration files;

Box 3: Ward of the Court files, Jicarilla Apache Council Minutes kept by Social Services;

Plaintiff's Exhibit 1

Box 4: Agency Administration files to include Budget files 1995-1997, Office Supplies, Agency Position descriptions, Incentive Award files, Request for Personnel Actions (SF 50);

Box 5: Trust Fund Investment Files (tagged with pink post-it notes) FY 84/85, Summary of IMPL Funds, ESCRO Account as of April 30, 1986, April 1986 Report Trust Funds, Summary of Trust Funds as of March 31, 1985, and BIA-Branch of Investments, Portfolio Statistics, Period: 4/1/85 to 4/30/ 85, Fund: 701 Jicarilla Apache (M50);

Box 6: FY 1986 Purchase Orders.

Mrs. Vigil concluded that Boxes 2 - 6 had no visible damage to any of the documents included therein. Social Services Bank Statements in Box 1 did have some water staining but all documents were spread out to dry and all are legible. Finally, all records in Boxes 1 - 6 have been reboxed in the same manner as their original boxes and the boxes include the same identifying information as on the outside of the original boxes.

You had also inquired about certain additional boxes which occupied Cages 1 and 4 as of the date of your visit. In following up on your questions, I have learned that there were approximately 21 such boxes in Cage 1, eight of which contained Social Services documents, five contained Education-related material, and eight contained Administrative documents. After calls from the Agency, the Nation removed the Social Services and Education files which actually were Tribal documents In addition, twenty Realty boxes were also moved from the Realty Office, headquarters building, to the warehouse. This was in connection with the move by the Jicarilla Agency to a new facility. At least one of the Realty boxes contain Commissioner's Reports and allotment documents. They are currently stacked on the warehouse floor to be filed in new file cabinets in the near future. Please advise me should you want to make arrangements for copying those documents.

With respect to the indexing project which you refer to, there is indeed a plan being implemented by the Agency to turn the warehouse into a Records Center for Agency documents. Superintendent Vigil has reported on this project to the Jicarilla Tribal Council. According to Mrs. Vigil, the Council has endorsed the idea. The indexing work currently being undertaken by the Agency is being carried out by Agency staff and Jicarilla college students who actually began working last summer.

Your recent correspondence indicates that you also saw additional boxes in Cage 4. In this regard it would be helpful if you could provide us a copy of any inventories of the original contents

of Cage 4 or of the boxes copied by the Tiller firm in that Cage. I would be happy to do any appropriate follow-up work. You should know, however, that our information is that Cage 4 contains only natural resources and law enforcement files. Please let me know if you have any questions with respect to any of the aforementioned matters.

Sincerely,

Robert W. Rodrigues