# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

MAR 20 2002

Memorandum

To: All Employees

From: J. Steven Griles, Deputy Secretary of the Interior

Subject: Preservation of Tribal Trust Documents

Preserving Indian trust documents continues to be essential to the Department of the Interior. This Memorandum instructs all Interior employees to immediately preserve all documents, e-mail, and other records relating to Indian Tribal trust funds and Tribal trust assets, even if record retention schedules or other rules, manuals, or handbooks would allow their destruction. A number of Indian Tribes have filed lawsuits against the Federal Government and the Department of the Interior ("Interior") alleging a failure to properly account for Tribal trust funds and assets.

Pursuant to previous guidance related to the individual Indian trusts, all employees were directed to retain all documents relating to the following three areas: 1) American Indian trust reform, including the High Level Implementation Plan or any of its subprojects; 2) the Cobell v. Norton litigation pending in the U.S. District Court for the District of Columbia; and 3) administration of Individual Indian Money (IIM) accounts. Given the importance of preserving these documents and given the Tribal lawsuits, it is appropriate to issue this Memorandum to remind Interior employees about our document retention requirements.

This Memorandum does not change the prior guidance. All Interior offices, bureaus, and employees must continue to preserve all documents and e-mail relating to the three areas mentioned above. *All Interior offices, bureaus, and employees must also immediately preserve documents, e-mail, data, and records relating to Tribal trust assets and Tribal trust funds, even if record retention schedules or other rules, manuals, or handbooks would allow their destruction.*

What Tribal documents must be preserved? All documents related to: 1) the management and administration of Tribal trust fund accounts and funds and/or 2) Tribal trust assets. Such documents are referred to in this Memorandum as Tribal Trust Documents and include:

> All documents, data, and records upon which the Government must rely to fulfill its trust duties to recognized Indian Tribes pursuant to the American Indian Trust Fund Management Reform Act of 1994 (P.L. No. 103-412), and other applicable statutes; for example, those which evidence the existence of Tribal trust assets (e.g., ownership data, trust patents, plot descriptions, surveys, jacket files,



Plaintiff's Exhibit 2

ATTACHMENT 3

statement of accounts, etc.), the collection of income from Tribal trust assets (e.g., deposit tickets, journal vouchers, schedule of collections, etc.), the use of Tribal trust assets (e.g., leases, sales, rights-of way, investment reports, production reports, sales contracts, etc.), the management of Tribal trust assets (e.g., daily ledgers, investment reports, production verification reports, trespass enforcement, timber stumpage reports, royalty production reports, etc.), or the disbursement of Tribal trust assets (e.g., transaction ledgers, check registers, transaction registers, or lists of canceled or undelivered checks, etc.). Tribal trust assets are lands, natural resources, money, or other assets that are or were held by the Federal government in trust, or that are or were restricted against alienation, for Indian Tribes.

You must preserve Tribal Trust Documents involving all Tribes. Preserving Tribal Trust Documents is essential to enable Interior to fulfill its obligations.

If you are a supervisor, you are responsible for assuring that subordinate employees who are in possession, custody, or control of Tribal Trust Documents understand the importance of preserving Tribal Trust Documents. Supervisors, as well as employees, are held accountable for compliance. Supervisors must ensure that their employees comply with this Memorandum. If you are a Contracting Officer or a Contracting Officer's Technical Representative, you must notify contractors who are in possession, custody, or control of Tribal Trust Documents that they must preserve Tribal Trust Documents.

If you have any questions, please contact Sabrina McCarthy, Solicitor's Office, (202) 219-2139, or Debbie Meisner, Office of Trust Records, Office of the Special Trustee for American Indians, (505) 816-1600.

Report Fraud, Waste & Abuse: Toll-Free (800) 424-5081; Local (202) 208-5300; Toll-Free TDD (800) 354-0966; or Local TDD (703) 235-9221.