# In The United States Court of Federal Claims

No. 06-945L

(Filed: June 5, 2007)

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 31, 2007, defendant filed an unopposed motion for an enlargement of time of 50 days to respond to plaintiff's motion for entry of a record retention order. This motion is hereby **GRANTED**, in part, and **DENIED**, in part.

On or before June 21, 2007, defendant shall file its response to plaintiff's motion. **No further extensions of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge