# Exhibit 18

# U.S. Department of the Interior Office of Inspector General

## FY2006 FISMA Report



**Report No. NSM-EV-OIG-0002-2006**
**September 2006**

**Sensitive-But-Unclassified**
**For Official Use Only**

Table of Contents ........ 1
Results in Brief ........ 3
Introduction ........ 4
Background ........ 4
Evaluation Results ........ 5
System Inventory ........ 5
Contractor Operations and Oversight ........ 6
Plan of Actions & Milestones Program ........ 7
Certification & Accreditation Program ........ 9
Security Configurations ........ 16
Computer Security Incident Response Capability ........ 19
Training and Awareness ........ 19
Recommendations ........ 21
Enhance System Inventory ........ 21
Enhance Contractor Oversight ........ 21
Enhance Plan of Actions & Milestones ........ 21
Enhance Certification & Accreditation ........ 21
Enhance Security Configurations ........ 23
Enhance Computer Security Incident Response Capability ........ 23
Enhance Training and Awareness ........ 23
Appendix A - System Findings ........ 24
Appendix B - Evaluation Methodology ........ 25
Appendix C - Review of Windows XP and Oracle Security Configuration 26
Appendix D - References and Resources ........ 29

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Results in Brief

During FY2006 (FY06) the Department of the Interior (DOI) continued to improve its Information Technology (IT) security program. DOI took corrective actions to address a number of IT security weaknesses noted in our FY2005 (FY05) report[1] and other measures to achieve compliance with the requirements of the Federal Information Security Management Act of 2002[2] (FISMA). The chart below highlights progress in key FISMA compliance areas over the past two years.




**FISMA Compliance Chart for FY05 and FY06**

DOI has made good progress in improving its system inventory, Plans of Actions and Milestones (POAM), and ensuring that security requirements are included in its contracts. We observed a high level of commitment and dedication from staff throughout DOI who are working, often without adequate resources, to improve DOI's IT security program. While progress has been made, DOI is not yet in full compliance with FISMA. We found that challenges still remain in the quality of DOI's Certification and Accreditation (C&A) practices and the implementation of security configuration standards. DOI has a number of efforts underway that can correct these findings, but they are not expected to be in

[1] *Annual Evaluation of the Department's Information Security Program* (NSM-EV-MOI-0013-2005), October 2005.
[2] 44 U.S.C.§ 35.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

place later next year. While working groups, memos, and how-to guides are helpful, until DOI can actually implement and sustain these efforts it will not achieve full FISMA compliance.

## Introduction

The Congress enacted FISMA to provide a comprehensive framework to secure the federal government's information and IT resources. FISMA requires federal agencies to implement security programs that protect information systems from unauthorized access, use, disclosure, disruption, modification, or destruction. Specifically, FISMA requires that a security program equip federal agencies with mechanisms to accomplish the following:

- ✓ Assess risks and implement policies and procedures to reduce risks
- ✓ Test and evaluate security controls
- ✓ Plan for continuity of operations
- ✓ Maintain subordinate plans for providing information security
- ✓ Plan for security throughout life cycle of systems
- ✓ Plan corrective actions
- ✓ Train employees and contractors
- ✓ Detect, report, and respond to security incidents

FISMA also requires IGs to carry out annual independent evaluations of their agency's IT security program. IG evaluations must include testing management, operational and technical controls of a representative subset of systems. In addition, the evaluation must include an assessment of the agency's compliance with FISMA.

This report presents the results of our FY06 evaluation of DOI's IT security program. The objective of our evaluation was to determine the effectiveness of DOI's IT security program by testing and evaluating management, operational and technical controls used to safeguard the confidentiality, integrity, and availability of DOI information. We are also providing responses to questions asked of the IGs by the Office of Management and Budget (OMB) for a subset of systems.

## Background

The Department's varied missions are carried out by eight bureaus and the Office of the Secretary (OS). DOI is a large, decentralized cabinet-level agency that raises more than $9.1 billion in revenues annually for the national treasury.[3] DOI is staffed by some 80,000 employees and 180,000 volunteers at approximately 2,400 locations. DOI's overall annual budget is $16.4 billion. The annual IT budget for FY06 was $924.0

[3] See http://www.doi.gov/budget/2007/07Hilites/M001.pdf

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

million, or roughly 6% of DOI's overall budget.[4] The DOI CIO has identified 175 certified and accredited systems, including major applications, general support systems and 11 contractor systems.[5] These systems support various program and mission areas, such as National Critical Infrastructure, Indian Trust, Financial Management, Law Enforcement, the Privacy Act, and the Freedom of Information Act.[6] DOI has also undertaken a number of major initiatives to modernize and consolidate its IT infrastructure, particularly in the areas of financial management and networking. These efforts are aimed at enhancing service delivery to the public, improving IT efficiencies, eliminating costly redundancies, and enhancing the security of DOI's information and systems. If successful, projects like the Enterprise Services Network (ESN) will move DOI towards the centralization needed to provide greater security, improved efficiency, and cost savings.[7]

## Evaluation Results

### System Inventory[8]

FISMA requires that agencies maintain an inventory of their major IT systems, whether operated by the agency or third parties, such as contractors, who are working on behalf of the agency. The inventory must be maintained and updated at least annually and system interfaces identified. Historically, DOI has maintained three separate IT systems inventories:

1. DOI-wide inventory: The DOI-wide inventory has been maintained in a module of the DOI Enterprise Architecture Repository (DEAR) maintained by the Office of the Chief Information Officer (OCIO).

2. Bureau-level inventories: Each DOI bureau has used a localized version of DEAR known as the Bureau Enterprise Architecture Repository (BEAR) to manage its separate IT systems inventories.

3. C&A inventory: DOI also maintained a separate inventory of C&A systems within the DOI Command Center system.

---

[4] See http://www.doi.gov/budget/2007/07Hilites/A001.pdf

[5] The total count for contractor systems should be 12, not 11. We have identified an additional contractor operated system that was not on correctly categorized on the DOI inventory. The Office of Surface Mining (OSM) uses a third party hosting service provider for one of its systems. OSM incorrectly reported this system to the OCIO as being operated by the OSM rather than a contractor.

[6] We did not evaluate security controls for DOI's National Security Information Systems because they are subject to review by the Central Intelligence Agency.

[7] The Enterprise Services Network is a major IT initiative, whose goal is to consolidate DOI's numerous Wide Area Networks into a single, commercially operated, and centrally managed system. According to its OMB exhibit-300, ESN's is expected to cost $394 million over it's 10-year life-cycle.

[8] OMB FY06 FISMA Template OIG Questions C1a, b, c and 3b, c, d, e.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

Last year we identified a number of problems with the use of multiple system inventories and the discrepancies that existed between them. Using multiple inventories for reporting purposes made it difficult to maintain an accurate and updated inventory count. We also reported that the inventory process was not efficient since it relied on manual efforts to reconcile the various systems, which increased the potential for errors.

This year we carried out a separate evaluation of DOI's IT system inventory process to determine what improvements were made.[9] We found that DOI has made significant progress in addressing prior weaknesses with its system inventory. The OCIO has initiated the consolidation of three separate IT system inventories into the DEAR. The OCIO has also enabled bureaus to maintain their IT system inventories directly in DEAR, which should reduce discrepancies between multiple inventories and eliminate the need for time consuming, and potentially erroneous, manual reconciliations. In April 2006, the OCIO moved the inventory of C&A systems from the DOI Command Center system to DEAR. DOI currently uses the National Institute of Standards and Technology (NIST) notion of boundary to define systems that share a common certification and accreditation, rather than the term enclave.[10] Any systems that reside in the system inventory that are not linked to an accreditation boundary are categorized as 'unmatched' in DEAR. This will help DOI improve the accuracy of its overall system inventory.

While OCIO has made progress in addressing our concerns, we found areas where additional management controls would strengthen the integrity of the inventory by:

- Ensuring that all IT systems in DEAR are correctly mapped to an appropriate accreditation boundary.[11]

- Ensuring that all contractor operated systems are identified and properly categorized.

- Establishing procedures for maintaining bureau IT systems inventories.

- Requiring bureau CIOs to review and certify the accuracy and completeness of their system inventory.

### Contractor Operations and Oversight[12]

FISMA, OMB and DOI policy require contractor-operated systems to meet the same minimum security requirements as systems operated by the federal government. On

---

[9] Report No. C-EV-MOA-0003-2006, Information Technology (IT) Systems Inventory Evaluation. August 2006.

[10] NIST SP 800-53 defines an accreditation boundary as "all components of an information system to be accredited by an authorizing official and excludes separately accredited systems, to which the information system is connected."

[11] DOI continues to make progress at improving its system inventory. For instance, of the 257 systems that were not mapped to an accreditation boundary in March, 2006 DOI has recently completed mapping 248 systems or 96.5% to their respective accreditation boundary.

[12] OMB FY06 FISMA Template OIG Questions C3a.

August 18, 2004 DOI issued a policy document concerning IT security for its acquisitions and contracts.[13] This policy establishes clear guidelines to ensure IT security requirements are part of the contracting process. In our FY06 FISMA effort we evaluated the same three contractor-operated systems as last year. In addition to examining the relevant security documentation and contract language, we also carried out limited vulnerability testing for two contractor-operated systems that were accessible from the Internet.

In the subset of systems we examined, DOI exhibited adequate oversight of its major contractor operations. During FY06 security requirements were incorporated in all three contract documents. The Bureau of Indian Affairs (BIA) and the Mineral Management Service (MMS) exhibited very good working relationships with their respective contractors. The National Business Center (NBC) exhibited limited oversight involvement. Our technical testing of MMS and NBC did not identify any significant technical weaknesses. However, both systems were vulnerable to Denial of Service (DoS) type attacks due to the way the applications were developed. DoS could be leveraged by an attacker in an attempt to compromise the system or deny legitimate users access to system resource. In the case of the NBC, the threat is multiplied since the contractor is not using an Intrusion Detection/Prevention System that could identify or block network based attacks.

While DOI has improved the policy and procedures needed for overseeing contractor operations, not all contractor systems have been correctly identified in DOI's system inventory. For example, in our penetration testing this year we discovered an Office of Surface Mining (OSM) system being operated by a third party hosting provider. This system was not identified as a contractor system in DEAR. Rather, OSM chose to identify it as part of a regional General Support System (GSS). It is unclear how OSM came to this conclusion for a third party operated system, since none of the GSS's management, operational or technical controls are shared with the service provider. This has resulted in the DOI system inventory incorrectly identifying 11 contractor-operated systems instead of 12.[14]

Plan of Actions & Milestones Program[15]

FISMA requires federal executive branch agencies to develop a process for planning, implementing, evaluating, and documenting remedial actions to address any deficiencies in information security policies, procedures, and practices. OMB designed the POAM to meet this requirement.[16] The guidance requires that POAMs (1) include all security

[13] DOI Memorandum "Information Technology Security Requirements for Acquisition", August 18, 2004.
[14] As the OSM system was not included within the scope of this evaluation we were not able to ascertain if it complied with DOI's contractor policies.
[15] OMB FY06 FISMA Template OIG Question C4.
[16] OMB Memorandum M-02-01, "Guidance for Preparing and Submitting Security Plans of Actions and Milestones", issued October 17, 2001. This guidance was updated by OMB Memorandum M-03-19, "Reporting Instructions for the Federal Information Security Management Act and Updated Guidance on Quarterly IT Security Reporting."

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

weaknesses found during any review done by, for, or on behalf of the organization, (2) represent a prioritization of remediation activities, (3) be tied to the organization's budget submission through the unique project identifier of a system, and (4) be used as the authoritative project management tool for tracking and correcting security weaknesses. DOI's bureaus are required to prepare POAMs for each of their systems and programs where security weaknesses have been identified. The DOI CIO, using bureau data, complies a DOI-wide POAM for submission to OMB.

Last year we noted a number of significant problems with the DOI POAM process and recommended that DOI report it as a material weakness. However, our evaluation in FY06 indicates that DOI's POAM process has improved. We determined that the bureaus have made significant strides to implement DOI's guidance and those with dedicated POAM coordinators have made the greatest progress to date. Specifically we found that:

- Security weaknesses reported as completed actually had been completed 98% of the time in the POAM for the 1st quarter of FY06. This is nearly a two-fold improvement over our POAM review in FY05, when we found that only 48% of weaknesses reported as completed had actually been completed.

- Bureau CIOs and other managers have elevated the importance of the POAM process within their organizations.

- DOI has developed a POAM Standard that once implemented and fully adhered to, will bring DOI into compliance with POAM requirements.[17]

- Bureaus that have integrated the POAM process into their daily operations have a more effective process than those that have not.

While progress has been made, deficiencies continue to exist. We identified:

- Bureaus continue to use inconsistent criterion and sources for identifying security weaknesses. We found that some bureaus looked at multiple sources, such as vulnerability scans, program reviews, audits, etc; while others looked at two or less sources, such as outdated risk assessments.

- Given the absence of a meaningful quality assurance process, the accuracy of some POAM data transmitted to OMB by the OCIO is questionable. We found computational errors in formulas, incorrect system counts, and systems misclassified between the OS and the NBC.

- The OS POAM process lacks designation of formal roles and responsibilities, as well as separation of duties among OCIO, NBC, and OS system managers.

[17] Department of the Interior Plan of Action and Milestones (POAM) Process Standard v1.2 (February 9, 2006)

- The OCIO lacks a reliable process to prioritize weaknesses. Instead, it relies on the DOI CIO to sort through roughly 180 Microsoft Excel spreadsheets in an attempt to prioritize some 1,600 POAM entries.[18]

- Out of the five recommendations advanced in our previous POAM report, only two have been implemented, and one only partially implemented. Two remain unimplemented.[19]

- The OCIO has made little progress developing an automated POAM tool, nor is DOI using presently available automation capabilities.

Lastly, in our FISMA report for FY05 we identified a number of systems that had been accredited in FY2004 (FY04) without completing the required Security Test & Evaluation (ST&E) testing. ST&E was treated as a POAM item by some system managers and completed after the accreditation was issued. This resulted in approving officials not having a full understanding of the risks they were asked to accept. In our POAM review this year we looked at POAMs for the 4th quarter of FY05 and the first quarter of FY06 to determine if this issue persisted. ST&E was not generally listed as a weakness in the sample of system POAMs we reviewed, with the exception of a single system that continued to carry the ST&E as a POAM item after the item was completed.[20] However, we did identify some issues that would suggest more work needs to be done to ensure that the POAM is not used to bypass essential parts of the C&A process:

- We identified a system that was accredited in May 2004 with no ST&E report, contingency plan, system security plan, or risk assessment report in place. Also, the system security plan and risk assessment reports were treated as POAM entries and were not completed until May 2005, 12 months after the system was granted accreditation.

- A C&A package at a bureau had not been updated since last year, as required by DOI policy, with the requirement to update the C&A package being treated as a POAM entry.

Certification & Accreditation Program[21]

OMB A-130, Appendix III, requires that major applications and general support systems undergo a security C&A review every three years or sooner if major modifications are made to the system. Agency officials are required to C&A their systems according to

[18] According to DOI's 1st quarter FY06 POAM submission to OMB.
[19] Report No. A-EV-MOA-0001-2005 – The Department of the Interior's Process to Manage Information Technology Security Weaknesses. August 2005.
[20] This POAM entry was actually completed but, in compliance with POAM requirements, the bureau had to carry it forward on its POAM for one quarter.
[21] OMB FY06 FISMA Template OIG Questions C2 and C5.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

NIST guidelines and standards. Additionally, OMB policy requires IGs to review and report on agency C&A programs as part of their annual independent security evaluations required by FISMA. In this year's reporting guidance OMB asked Inspector Generals to provide a "qualitative assessment" of DOI's C&A process. The assessment requires us to determine adherence to the NIST framework, which is provided below:




**<u>The NIST Risk Framework Used to Secure Information and Systems.</u>**

We began reviewing DOI's C&A program in FY04 and determined that DOI had indeed developed a C&A process. In our FY05 review we found a number of issues with how DOI's C&A process was being interpreted and implemented by the bureaus. We identified areas that were inconsistent with NIST guidance, federal standards, OMB directives, and DOI's own policies and procedures. We also identified a number of areas in the OCIO's quality assurance reviews needing improvement. To its credit, the OCIO began working on a revised C&A handbook that would address the majority of our findings once implemented and its procedures followed. The handbook provides a clear and consistent roadmap through the NIST Risk Framework and a system's C&A lifecycle.[22] The DOI CIO also issued interim C&A guidance on March 14, 2006 that established NIST and OMB compliant guidelines for carrying out C&A of DOI's systems.[23] The interim guidance spells out what needs to be done to achieve compliance with NIST C&A requirements, such as:

---

[22] We were provided a copy for review early in the year. However, the handbook had not yet been finalized when we completed our FISMA fieldwork.
[23] OCIO Directive 2006-008: Interim Guidance for the Certification and Accreditation of Information Technology Systems. March 14, 2006.

This report is exempt from disclosure to the public under the Freedom of Information Act. under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

- Carrying out C&A activities according to guidelines established in NIST Special Publication (SP) 800-37[24] and associated special publications covering system security planning, risk management, contingency planning, system interconnection, selection of security controls, and mapping information types to security categories.

- Adhering to all applicable federal standards, such as Federal Information Processing Standard 199 (FIPS 199) and FIPS 200[25] and use standard NIST C&A templates pending finalization of the revised C&A handbook.

- Including more detailed information in the accreditation package, such as test results of management, operational and technical controls.

- Conducting Privacy Impact Assessments and including the results in the appropriate System Security Plans (SSP).

The interim guidance also requires that any new system be fully compliant with the NIST C&A processes prior to being granted an accreditation. DOI's systems with existing accreditations, most of which are expiring in FY2007 (FY07), can be deferred until their next recertification:

> "This policy is effective immediately for all new Major Applications (MAs) or General Support Systems (GSSs) being certified and accredited and all existing MAs or GSSs requiring re-accreditation. Any MAs or GSSs currently operating under an existing accreditation shall update all C&A documentation in accordance with this directive when the MA or GSS undergoes the next required C&A re-accreditation, or whenever individual C&A documents are revised or updated to reflect significant changes."

Our C&A review this year found many of the same problems that were identified last year, resulting in a rating of poor.[26] While we found that DOI had improved its categorization process to be in compliance with FIPS 199, we also found that a lack of clear guidance has resulted in incomplete and inconsistent categorizations. Many of the issues we identified last year with maintaining key security documents persist. This has resulted in a difference of opinion with the DOI CIO, who feels that the process is, at a minimum, satisfactory. When asked by OMB to assess the overall quality of the DOI C&A process we focus not only on the nuts and bolts of the process, such as security documentation, roles and responsibilities, prioritization and categorization of assets, etc,

[24] National Institute of Standards and Technology Special Publication 800-37, Guide for the Security Certification and Accreditation of Federal Information Systems, May 2004.
[25] FIPS 199 - Standards for Security Categorization of Federal Information and Information Systems; FIPS 200-Minimum Security Requirements for Federal Information and Information Systems.
[26] We found four systems in our FISMA subset that were under going re-certification in accordance with DOI's interim C&A guidance. However, only one of those systems provided us a final C&A package to review, which was received on September 15, 2006. We reviewed the BLM system a second time and found it to be fully compliant with NIST's C&A requirements.

but also on the actual performance of the C&A program. A major element of our evaluation centers on the actual results of DOI's C&A program: Is it working as it is supposed to and can it be relied on by DOI officials to represent a fairly accurate and current view of a system's security posture? We reviewed and evaluated C&A packages, interviewed staff involved in creating and maintaining the C&A, and validated that what is on paper is correct. Areas we identified needing improvement are:

1. Risk assessments
2. Accreditation boundaries
3. Annual security self assessments
4. System security planning
5. Contingency plan testing and documentation
6. Continuous monitoring
7. Improper accreditations
8. Project management
9. Quality assurance reviews

Risk Assessment Process Needs Improvement

The risk assessment process is used to help managers and operators understand vulnerabilities and threats to their systems, consider the probability and impact of occurrence, and identify appropriate safeguards. FIPS 199 is the cornerstone of the federal risk management process. While we found that the systems reviewed were using security category terms established by FIPS 199, we did not find sufficient supporting documentation to determine how the designations were reached. The lack of worksheets, forms, signed documents, or any other kind of supporting documentation makes it very difficult to comprehend the process used to determine the FIPS 199 categories. We identified inconsistencies across various security documents that resulted in different categorizations to be recorded in SSPs, risk assessments, and POAMs. The SSP for a number of systems contained incomplete FIPS 199 security categorizations with the overall FIPS determination not definitively stated. We also identified a number of instances in which the confidentiality, integrity, and availability assessment needed for each information type was missing.

DOI cannot adequately determine the likelihood of a future adverse event without completing each step of the risk assessment. In last year's review we found that DOI was using an outdated risk assessment process that was not fully compliant with NIST SP 800-30.[27] DOI addressed this finding in their most recent interim guidance, which only allows the use of NIST-based SP in the DOI C&A process. However, because system owners are not required to update their documentation for existing systems until their next recertification, some of the risk assessments we reviewed have not been updated, are incomplete, and do not adhere to NIST guidance. For example, NIST SP 800-30 has

[27] NIST Special Publication 800-30, Risk Management Guide for Information Technology Systems.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

identified nine steps to be used in its risk assessment methodology.[28] In our evaluation we found that the following primary steps were either incomplete or missing:

- Control analysis
- Control recommendations
- Likelihood determination
- Impact analysis
- Risk determination
- Identified threats were not linked to vulnerabilities
- Findings based on NIST SP 800-26 Rev. 1 rather than NIST SP 800-30

Accreditation Boundaries Not Well Defined and Poorly Understood

There is on-going confusion surrounding the accreditation boundaries between DOI's administrative systems and bureau implementations of those same systems. This has resulted in several significant bureau-level financial systems not being properly accredited. Some bureaus complete a full certification package and obtain accreditation; some complete part of the C&A package and others do nothing at all. Bureaus contend that the C&A obtained by the NBC/DOI covers the bureau implementation since it is within the NBC/DOI accreditation boundary. However, NBC/DOI cannot extend their C&A to the bureau-level implementations given that bureaus use different operating systems, hardware and software platforms, networking architectures, security devices, and security configuration standards. Additionally, bureau level implementations are under different organizations and management controls and the NBC has no assurance that their (NBC) baseline security controls have been implemented at the bureau level.

We also identified the same level of confusion surrounding ESN's accreditation boundaries. Some bureaus contend that they do not need to recertify their existing wide area networking infrastructure as it is covered by the ESN's C&A. Yet, as we noted in our evaluation, ESN doesn't reach far enough into bureau wide area networks and cannot extend a common set of management, operational, and technical controls.

Annual Security Testing Not Always Carried Out

DOI policy and FISMA both require annual system testing. We found a number of systems that did not comply with the requirement to carry out SP 800-26 or 800-53 reviews within 12 months of their last review.[29] For instance, we identified one system

---

[28] Step 1 System Characterization (Section 3.1);Step 2 Threat Identification (Section 3.2); Step 3 Vulnerability Identification (Section 3.3); Step 4 Control Analysis (Section 3.4);Step 5 Likelihood Determination (Section 3.5); Step 6 Impact Analysis (Section 3.6); Step 7 Risk Determination (Section 3.7); Step 8 Control Recommendations (Section 3.8); and Step 9 Results Documentation (Section 3.9).

[29] We identified many systems that had not been tested in the past 12 months. The CIO issued guidance earlier in the year directing bureaus to ensure that their reviews be completed by July 22, 2006, resulting in many bureau tests not being completed in 12 months. Our results are based on examining the date of the last test and seeing if it occurred with12 months; while the OCIO considers annual testing to be testing

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

that had not had a self assessment since July 2003 and two systems that could not provide any evidence of self assessments being carried out within the last 12 months.

System Security Plans Need Regular Updating

The SSP is the foundational document for a system's C&A. The SSP provides an overview of a system's security requirements and documents the controls used to secure it. We identified a number of issues with the overall maintenance of SSP, including:

- Poor or missing system descriptions, such as the system's purpose.
- Missing document change log to adequately record updates made to the SSP.
- Security configuration standard used to safeguard the system is not documented.
- Differing FIPS 199 category designations between other security documents, like risk assessments and POAMs.

Contingency Plans Need Updating and Testing

A system's contingency plan is an essential component for its C&A. It provides system operators with the guidance and procedures needed to recover from an emergency or system-level outage. Accuracy, timeliness, testing and consistent documentation are critical for an effective contingency plan. Annual testing, at a minimum, is essential and is required by FISMA. Testing helps system managers learn how to improve their overall contingency plans, look for commonalities between systems, networks, and non-technical elements, such as logistical considerations for reconstituting critical services.

This year we found two systems that had been accredited but were operating without contingency plans, making the validity of the C&A questionable. We also found a number of instances when testing was not conducted on an annual basis. In some cases, when tests were carried out, there were no artifacts to support the test, such as documentation of the test procedure, logs, points of contacts, or the actual test results. A few systems were missing critical plan information, such as restoration procedures and updated contact information.

Continuous Monitoring Needs Improvement

To maintain the integrity of the original C&A and to provide ongoing assurance over the effectiveness of the control environment, NIST requires system managers to conduct continuous monitoring of the system. This notion is perhaps the most valuable component of the federal C&A process, as it shifts the assurance process from a paper-based one to a more technically oriented effort. This has the added benefit of actually

within a given fiscal year, which would explain the difference in our reports. We were not able to validate that all systems completed their testing by July 22, 2006.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

verifying the effectiveness of DOI's security controls and providing more meaningful and actionable measures. NIST guidance focuses on four critical areas for continuous monitoring:

1. Configuration management and configuration control processes.
2. Security impact analysis on changes to the information system.
3. Assessment of selected security controls in the information system.
4. Security status reporting to appropriate agency officials.

In FY05 we found that many systems reported as secure on the basis of their C&A were, in reality, vulnerable to a number of security configuration weaknesses. These weaknesses were discovered through our technical testing program and would have remained unknown to DOI had it relied solely on C&A documentation. While DOI has enhanced its vulnerability assessment program through ESN's regular scanning and improved its annual Internal Control Review (ICR) process, continuous monitoring, as envisioned by NIST, and as recommended by us in our ESN evaluation report, requires a more structured approach than what is currently in place.

Improper Accreditation Used to Authorize a System

We identified four systems with inappropriate C&As that should be recertified.

- A single system that had been granted a 12-month accreditation by the bureau Designated Approving Authority (DAA) because critical vulnerabilities could not be corrected in the 90 day time period prescribed by NIST and DOI when granting an Interim Authority to Operate.

- A system that lacks any evidence of official review, concurrence with findings, understanding of any remaining risks, and official authorization via signed C&A memorandum.

- Two systems were accredited without the required security documentation and testing.

Inadequate Project Management Practices to Meet C&A Recertifications

Federal systems are required to be recertified at least every three years or when the system undergoes a major change. We estimate that DOI has 104 systems that need to be recertified in FY07.[30] Recertifying a large number of systems while simultaneously attempting to improve the overall quality of DOI's C&A process will be a significant challenge. If DOI is to accomplish this it will need dedicated project managers to oversee schedules, identify resources, define roles and responsibilities, communicate accurate

[30] Based on information in DEAR, we have identified 104 C&A that expire in FY07. This means that roughly 58% of all DOI systems are going to need to be recertified.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

progress reports, as well as monitor the overall quality of the C&A program. Ideally these activities would be carried out by certified project managers who report to a single entity.

Unfortunately, the OCIO, in its current state, cannot provide the project management resources needed to oversee DOI's C&A program. In the past, the CIO maintained regular communications with DOI's senior managers and had the support needed to meet DOI's aggressive C&A goals. The Deputy Associate Secretary also met regularly with DOI's bureau heads and CIOs to make sure C&A progress was sustained. Given the current state of the OCIO, which is understaffed and suffering from high turnover in key positions, it is unclear how this can be accomplished.

Lack of Quality Assurance Reviews

Last year we observed that the OCIO had implemented a quality assurance program to review all C&A packages. While we found areas that needed improvement, the OCIO was headed in the right direction.[31] This year, however, very little review work was done. The OCIO could not make a contract award to carry out independent reviews of its C&A packages until late August of this year due to staffing limitations. If these reviews had been carried out earlier, perhaps a few months after we issued our FY05 report, many of the weaknesses we found this year could have been corrected. If the OCIO cannot carry out quality assurance reviews in a timely manner and manage the overall C&A effort because of inadequate resources, DOI will continue to suffer the negative effects of its poor C&A process.

## Security Configurations[32]

FISMA requires that each agency "develop minimally acceptable system configuration" requirements for technologies such as Windows, UNIX, and Oracle. Government entities, such as NIST and the Defense Department, as well as private organizations like SANS, provide security configurations for various operating systems, databases, and network devices at no cost. DOI has required the use of Security Technical Implementation Guides (STIG) to ensure that standardized security configurations are deployed on its workstations, servers, databases, web servers, and network devices. These configurations establish security baselines meant to protect systems from compromise by 'hardening' them against attack. A system that lacks hardening can be compromised in less time and with less effort.

A DOI-wide security configuration policy exists; however, it is being poorly implemented, remains unenforceable, and cannot be accurately assessed or measured. What acts as DOI's policy is so broad that it is viewed as a suggestion rather than a

[31] We were informed by several system managers that they never received any of the FY05 quality assurance reports back from the OCIO. We were advised by the OCIO that all completed reports were forwarded to the bureau security manager for redistribution.

[32] OMB FY06 FISMA Template OIG Questions C6.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

critical requirement. Additionally, we saw no evidence of a bureau or DOI-wide system to enforce a given security configuration, measure its deployments, or test its effectiveness. Bureaus report that they are using a variety of STIGs to safeguard their IT systems, yet we found little to no evidence of any analysis, testing, or research to determine if their configurations meet or exceed DOI's baseline STIGs.[33] While we know that some STIGs are used, we have no way to validate their effectiveness. When STIGS are used, they are rarely deployed uniformly, tested, or enforced against a baseline configuration. More importantly, STIGs are not integrated with DOI's Technical Reference Model[34] (TRM) or with DOI's configuration management protocols. The lack of automated procedures to deploy, verify, measure and test the effectiveness of STIGs in use at DOI prevents us, and the OCIO, from determining to what extent systems are covered by DOI's security configuration requirements. As such, we cannot verify the validity of the figures provided to the OCIO by the bureaus.[35]

We did identify a process that can help DOI come up with a meaningful STIG selection, deployment, management and enforcement process. In our evaluation of the ESN we found that DOI had implemented a consistent set of STIGS for their security and network routing devices. We attribute this positive development to good configuration management practices, a well designed security architecture, skilled staff, and the ability to centrally enforce departmental policies. DOI would benefit from looking more closely at how ESN selects, deploys, enforces and administers its STIGs. To DOI's credit, it has recently acknowledged the problems they face in implementing and enforcing their STIGs.[36] The OCIO took the lead in establishing an integrated STIG working group to address these issues and propose a unified set of STIGS.[37]

Penetration Testing

For the past two years we have looked very closely at the effectiveness of the technical controls used to prevent unauthorized access to DOI's systems and information from the

---

[33] The SSP would be the logical place to document what STIG is being used and what process the bureau used to determine its suitability. However, we found a number of SSPs that had omitted STIGS completely

[34] An essential component of an agency's Enterprise Architecture. "The Technical Reference Model (TRM) provides a foundation to categorize the standards, specifications, and technologies to support the construction, delivery, and exchange of business and application components (Service Components) that may be used and leveraged in a Component-Based or Service-Oriented Architecture." (Source: http://www.whitehouse.gov/omb/egov/a-6-trm.html).

[35] See Appendix "C" for our analysis of the number of STIGS in use at DOI as well as our detailed analysis of both the Windows XP and Oracle STIGs.

[36] The OCIO agrees with the OIG that DOI presently lacks a way to verify implementation of its security configurations through technical means and that they are forced to rely on bureau self reporting. The OCIO also agrees that, given its large base of IT deployments, automated tools are critical for making any kind of accurate attestation.

[37] The STIG working group was to deliver a set of unified STIGS by the end of June 2006. To date, the working group has yet to deliver. This is in part due to continued staffing shortages in key OCIO security positions. However, the real challenge for DOI is coming up with a meaningful process to select which STIG to standard on. IT Security managers are, for the most part, program managers, not technical managers and, by the virtue of their other responsibilities, are not well suited to address the complexities of deploying STIGs. Ideally, DOI's Technology Officers and Enterprise Architects should lead this effort.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

Internet. In FY05 we carried out extensive penetration testing of bureau networks and applications. We identified a number of significant weaknesses that allowed us to gain unauthorized access to DOI resources. In FY06, we carried out limited penetration testing as part of our evaluation of the ESN. The results of our penetration testing seem to confirm that the implementation of the ESN is contributing to improving DOI's security posture. MMS continued to maintain its good perimeter security as demonstrated by our inability to penetrate their networks or applications from the Internet. The NBC made significant improvements compared to our FY05 testing. Two other bureaus, however, proved more vulnerable. Fish and Wildlife Service (FWS) was found to be at more significant risk, and OSM vulnerabilities were considerably more significant than in FY05. The scorecard below provides a comparative assessment for the bureaus tested in FY05 and FY06.




**FY06 Penetration Testing Scorecard**

The ESN's sophisticated security architecture has contributed to minimizing threats from the Internet, but by itself and in its current state of slow deployment, is not the silver bullet to DOI's IT security challenges. Presently, the ESN has limited to no control over the bureaus Internet accessible applications, which continue to exhibit configuration weaknesses. These weaknesses were at the root of our penetrations in the past two years. While we found the ESN security architecture to be well designed, with considerable attention paid to security, we also note that not all of its security capabilities are being leveraged. Currently, ESN's security features are of little use for bureau applications that are accessible from the Internet. Bureaus continue, for the most part, to manage their own web applications, Demilitarized Zones, and network security devices. ESN cannot 'see' what is happening on these applications and, as a result, cannot leverage its security architecture to detect, block, and respond to attacks against these applications.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

Computer Security Incident Response Capability[38]

FISMA requires agencies to have a formal process in place to detect, report, and respond to security incidents. Agencies are also required to notify and coordinate their activities with the Department of Homeland Security's United States Computer Emergency Readiness Team (US-CERT), and notify and consult with law enforcement agencies, including their respective agency OIG.

In last year's FISMA report we noted problems with the timeliness of detection and reporting of our penetration testing activities. We found good improvements this year, which can be attributed to the enhanced security capabilities that ESN provides. We also found that DOI took effective action to improve their coordination with law enforcement, particularly with OIG's cyber-crime investigators. DOI has established formal procedures for reporting security incidents and for sharing information regarding common vulnerabilities. The procedures require that bureaus report incidents to the DOI-wide Computer Incident Response Center (DOICIRC), which provides incident response and coordination capability. In turn, the DOICIRC provides incident information to US-CERT, which is responsible for coordinating an incident response for federal and civilian agencies. However, we identified four instances where bureaus had omitted the contact information, description of the actual incident, and threat evaluation instructions in the security documentation needed to support a comprehensive response.

Training and Awareness[39]

DOI policy requires all users, including contractors, of IT systems to receive annual security awareness training.[40] The Departmental Manual for the IT Security Program also requires role-based training for all levels of personnel involved with IT systems including system managers, system owners, operators, IT security staff, and executives.[41] DOI successfully transitioned its end-user security training and awareness module to the Office of Personnel Management's (OPM) E-Training system and began providing role-based training for individuals with significant security responsibility. We found that DOI provided adequate annual security awareness training to its personnel and also addressed the dangers surrounding P2P[42] ('Peer-2-Peer'). One weakness that we identified is that DOI still relies on self-reported measures to report on the number of contractors who took its annual security awareness training. Without having a standard process to identify,

[38] OMB FY06 FISMA Template OIG Questions C7.
[39] OMB FY06 FISMA Template OIG Questions C8 & C9.
[40] OCIO Bulletin 2002-007 Interim Guidance for Basic End-User Information Technology Security Training and Awareness. May 13, 2002.
[41] OCIO Bulletin 2002-007 Interim Guidance for Basic End-User Information Technology Security Training and Awareness. May 13, 2002.
[42] Peer-2-Peer software, which is generally used to share files among participants can provide a conduit for sharing prohibited and even illegal files and/or information. When encryption is used by the P2P software, it is virtually impossible for network administrators to monitor and control. DOI policy prohibits the use of P2P on its networks.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act. 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

track and manage the many contractors who have access to DOI IT resources, DOI will not be able to have an accurate count of all users needing training.

DOI also began a new process to provide specialized training to staff with significant information security responsibilities in FY06. DOI has made good progress in identifying employees with significant information security responsibilities but needs to continue efforts to identify these individuals in a more automated manner. For instance, we found that bureaus are, for the most part, still using manual processes to maintain listings of individuals with significant information security responsibilities. However, discrepancies in the total employee count remained in this years training database. In our analysis of the weekly training statistics for the month of July we found the following variance in total employee counts:




We found that the training database contains more employees than DOI actually has. The training numbers are derived from a database that uses numbers that include seasonal employees, firefighters, departed employees, and employees who do not have computer access. We are aware of DOI's efforts to correct this issue.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Recommendations

Enhance System Inventory[43]

1. Develop and implement policies and procedures that require bureau CIOs to certify the completeness and accuracy of their bureaus' inventory data in DEAR on an annual basis.

2. Mandate consistent DOI-wide procedures for maintaining the IT system inventory or require bureau CIOs to document their individual procedures for implementing OCIO's general guidelines.

3. Document OCIO procedures for providing oversight to the inventory process.

4. Complete the mapping of all IT systems in DEAR to an accreditation boundary.

Enhance Contractor Oversight

5. Conduct an independent evaluation of the NBC Drug Testing System and the OSM Applicant Violator System. Ensure that all contractor systems are correctly classified in DEARS.

Enhance Plan of Actions & Milestones[44]

6. Ensure that all known IT security weaknesses are included.

7. Fully implement a POAM Quality Assurance process.

8. Dedicate security resources for the OS security function.

9. Implement an automated tool for managing the POAM process.

Enhance Certification & Accreditation

10. The OCIO should establish a standard set of documents to support the FIPS 199 designations made by system managers. Additionally, FIPS 199 designations should be consistent throughout the various C&A documents. The OCIO should establish policy that makes the SSP the official repository and starting point for FIPS 199 designations.

[43] See recommendations in OIG Report No. C-EV-MOA-0003-2006 - Evaluation Report Information Technology (IT) Systems Inventory, September 2006.
[44] See recommendations in OIG Evaluation Report for the Department of the Interior's Plan of Actions & Milestones Process, No. NSM-EV-MOI-0001-2006. September 2006.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

11. The OCIO needs to establish a continuous monitoring program, based on NIST guidelines, which tests the validity of the control environment used to safeguard the system; provides meaningful, and verifiable, metrics to appropriate bureau officials; and integrates continuous monitoring into the overall system life-cycle program. The OIG has suggested opportunities for collaboration with DOI to help the OCIO develop this program work with external stakeholders, such as OMB and NIST and oversee a limited number of continuous monitoring activities to determine their effectiveness.

12. The OCIO needs to improve its C&A quality assurance process by conducting on-going reviews and spot checks on document quality, prior to a system being authorized to operate. The OCIO should ensure that the results of their reviews be provided to accountable officials for action. Significant oversight of C&A activities at FWS and OSM are also called for.

13. The OCIO and the bureaus should provide standard, DOI-wide training to staff with C&A responsibilities, particularly approving officials. Training measures should be maintained and participants should be certified every two years.

14. The OCIO should require managers to annually review and update their C&A packages, establish a set date for completing annual C&A reviews, and maintain current, signed copies of all C&A documentation. Bureau CIOs should communicate to their approving officials the most current remaining risks on a regular basis, not just when recertification is needed.

15. The OCIO should establish a uniform date for completing NIST SP 800-53 based annual security self-assessments. By synchronizing review schedules for all DOI systems, Interior can ensure that all of its systems are reviewed every 12 months and prior to the OIG's and CIO's FISMA reviews.

16. The OCIO should develop and implement procedures to ensure contingency plans are tested annually, maintain up to date contact information, and establish a set, annual date for completing the required annual testing and updates. All contingency plans should include the detailed procedures necessary to successfully restore systems to normal operations, including current personnel contact information.

17. The OCIO should require bureaus to submit planned schedules, which include milestones, available human and capital resources, as well as accountable officials for recertifications in FY07. DOI should conduct quarterly progress reviews with senior bureau managers to ensure that progress is being made; documents are kept current, and compliant with DOI's interim C&A guidance. In the case of FWS and OSM more frequent reviews and oversight are warranted.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

Enhance Security Configurations

18. Security configuration deployment and management should be part of DOI's Enterprise Architecture, integrated with the TRM and controlled through DOI's configuration management program. DOI's Enterprise Architects and Chief Technical Officers (CTO) should take the lead in the selection and deployment of security configurations. Under the direction of the CTO, DOI should deploy a single, centralized automated asset management tool with the ability to implement and proactively audit DOI's security configurations.

19. Pending the deployment of automated tools to implement and audit a standard set of security configurations, DOI needs to utilize enhanced technical controls to provide additional layers of security until security configurations are fully deployed. It is critical to transition DOI's web applications, hosting, and configuration management to the ESN's managed security architecture and segment DOI's sensitive networks from non-sensitive networks.

Enhance Computer Security Incident Response Capability

20. Enforce the requirement for bureaus to identify and document, in relevant security documents, an incident response team that is available for contact by anyone who discovers an incident.

Enhance Training and Awareness

21. DOI needs to establish a systematic way and a standard methodology to identify all contractors with access to DOI systems and ensure they receive IT security training and awareness.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Appendix A - System Findings

| Bureau | System Name | Acronym | FIPS 199 | C&A | Security Assessments | POA&M | Incident Reporting | System Interconnections | Security Training and Awareness | Security Configuration | Contingency Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BIA | Trust Asset and Accounting Management System | TAAMS | | | | | | | | | |
| BLM | External Perimeter Network | EPN | | | | | | | | | X |
| BLM | Interior Department Electronic Acquisition System | IDEAS | X | | X | | | | X | X | X |
| BOR | Corporate Data Warehouse | CDW | X | | X | | | | | X | X |
| BOR | Water Operation Record Keeping System | WORKS | | | | X | | | | | X |
| FWS | Federal Aid Information Management System | FAIMS | X | X | X | | X | | X | X | X |
| FWS | Interior Department Electronic Acquisition System | IDEAS | X | X | X | | | | X | X | X |
| FWS | Service Wide Area Network | SWAN | X | X | | | | X | | X | |
| MMS | Advanced Budget/Accounting Control and Information System | ABACIS | X | X | | | | | X | X | X |
| MMS | Minerals Revenue Management Support System | MRMSS | | X | | | | | | | X |
| NBC | Capstone Facility Management System Plan for Interior Bureaus | MAXIMO | X | | X | | | | | X | X |
| NBC | Consolidated Financial Statement System (HYPERION) | CFS | X | | X | | | | X | X | X |
| NBC | Drug Testing System | DTS | | | | X | | | | | |
| NBC | Federal Financial System | FFS | X | | X | | | | | | X |
| NBC | General Support System (Denver) | GSS | X | | X | | | | | X | X |
| NBC | General Support System (Reston) | GSS | X | X | X | | X | X | X | X | X |
| NBC | Interior Department Electronic Acquisition System | IDEAS | X | X | X | | | | X | X | X |
| NPS | Capstone Facility Management System Plan for Interior Bureaus | MAXIMO | X | | X | | X | X | | X | X |
| NPS | Parks Information Mangement System | PIMS | | X | | | | | | | |
| OSM | Advanced Budget/Accounting Control and Information System | ABACIS | X | X | | | X | X | X | X | X |
| OSM | Western Region Coordination Center | WRCC | X | X | X | X | | | | | X |
| OST | OST Network GSS | NET | | | | | | | | | |
| USGS | Enterprise Web | Eweb | X | X | | | | | | X | X |
| USGS | Financial Management System | FMS | X | X | | | | | | X | X |

An "X" denotes a finding

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Appendix B - Evaluation Methodology

This year's evaluation tested a representative subset of DOI's systems, including three operated by contractors. Our evaluation was conducted in accordance with Quality Standards for Inspections issued by the President's Council on Integrity and Efficiency. To answer OMB's questions, we carried out interviews, analyzed relevant security documents, and conducted security testing from May to July 2006. We also carried out a number of IT security evaluations during FY06, the results and recommendations of which are also incorporated into this report.

- Evaluated 24 systems based on OMB's FY06 FISMA guidance, including three systems operated by contractors. Our work focused on the following areas:

    1. System inventory
    2. Certification & Accreditation, including system security planning, FIPS 199 categorizations, system interconnections, and privacy impact assessments.
    3. Plan of Actions & Milestones
    4. Computer security incident response
    5. Security assessments
    6. Contingency planning and testing
    7. Security configurations
    8. Security training and awareness

- Evaluated DOI's ESN security architecture, security configurations, and governance structure to determine effectiveness of the controls used to safeguard DOI from unauthorized access. Our review also included penetration testing of four bureau networks.

- Examined six quarters of data for 21 systems and 11 program level POAMs to determine the effectiveness of DOI's process for correcting security weaknesses.

- Evaluated the effectiveness of DOI's consolidation efforts for three separate inventory systems.

- Continued to integrate our FISMA activities with the annual financial audit and evaluated 14 financial management systems.

- Carried out announced and unannounced Insider Threat Security Assessments in two locations to determine the effectiveness of internal controls used to safeguard the confidentiality, integrity, and availability of information inside two facilities.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Appendix C - Review of Windows XP and Oracle Security Configuration

In this year's evaluation we examined a number of STIGs to provide senior managers a better understanding of our findings and why we consider DOI's overall security configuration implementation to be inadequate. DOI is using a number of different STIGs since bureaus are allowed to deploy their own STIGs if they meet or exceed DOI's approved baselines. This has resulted in the use of many different STIGs for the same software platform making standardization with DOI's Enterprise Architecture almost impossible. (See table below).




| XP | Win NT | Win 2K Pro | Win 2K Svr | Win 2K3 Svr | Solaris | HP-UX | Linux | Cisco IOS | Oracle |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 6 | 6 | 7 | 6 | 5 | 4 | 6 | 5 | 7 |

**<u>Chart Showing Various STIGS Used For The Same Software Platform.</u>**

Our analysis of the Microsoft's Windows XP and Oracle STIGs are perhaps the most representative of the issues we found.

<u>Analysis of Windows XP</u>

We identified five different STIGs in use for Microsoft's Windows XP (XP). The Center for Internet Security (CIS) STIG is in use at six bureaus; making it the most consistently used XP STIG. We found that a few bureaus use as many as three different STIGs to harden their XP deployments. Two bureaus reported no XP STIG being used. Another

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act. 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

bureau reported having a STIG for XP; however, it was not in use. In reviewing implementation methods for the various XP STIGs, two bureaus reported using an automated process, five bureaus reported using manual processes, and one bureau reported a combination of manual and automated processes.

Reported validation methods followed a similar trend with one bureau reporting use of an automated process, two bureaus reporting a combination of manual and automated processes, and five bureaus reporting only manual processes. One bureau reported no implementation or verification method at all; and one bureau did not report.




**Chart Representing Analysis of XP STIGs In Use Throughout DOI.**

Analysis of Oracle

DOI reported that seven separate Oracle STIGs were in use. Of the bureaus with Oracle systems in use, OIG found that three are not using STIGs of any kind. Four bureaus lacked a process for implementation altogether. The remaining bureaus rely on a manual processes to deploy their STIGs. Four bureaus reported a method for verification, only one of which was an automated process. Three bureaus have no implementation or verification process. The chart below summarizes our Oracle findings.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.




| Oracle | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STIGs | CIS | DOI | GRID | NSA | Oracle | SAN | US Govt | None | # of STIGs at this Bureau |
| BIA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BLM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| BOR | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| FWS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| MMS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| NBC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| NPS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OSM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| OST | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| USGS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| # of Bureaus Using this STIG | 3 | 1 | 1 | 1 | 2 | 1 | 1 | | |

**Chart Representing Analysis of Oracle STIGs In Use Throughout DOI.**

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

# Appendix D - References and Resources

## Laws

- Public Law 107.347, Title III, Federal Information Security Management Act (FISMA) of 2002, December 17, 2002.
- Privacy Act of 1974 (P.L. 93-579), September 1975.

## Office of Management and Budget Publications

- Office of Management and Budget Memorandum M-06-20, *FY2006 Reporting Instructions for the Federal Information Security Management Act and Agency Privacy Management.* July 17, 2006.
- Office of Management and Budget Circular A-130, *Management of Federal Information Resources* (November 28, 2000).
- Office of Management and Budget Memorandum M-02-01, Guidance for Preparing and Submitting Security Plans of Action and Milestones (October 17, 2001).
- Office of Management and Budget Memorandum M-03-19, Reporting Instructions for the Federal Information Security Management Act and Updated Guidance on Quarterly IT Security Reporting (August 6, 2003).
- Office of Management and Budget Memorandum M-06-20 FY 2006 *Reporting Instructions for the Federal Information Security Management Act and Agency Privacy Management.* (July 17, 2006).
- Office of Management and Budget, Circular A-130, Appendix III, Transmittal Memorandum #4, Management of Federal Information Resources, November 2000.
- Office of Management and Budget, Federal Enterprise Architecture Program Management Office, Business Reference Model (v2.0), June 2003.
- Office of Management and Budget Memorandum 03-22, OMB Guidance for Implementing the Privacy Provisions of the E-Government Act of 2002, September 2003.
- Office of Management and Budget Memorandum 04-04, E-Authentication Guidance for Federal Agencies, December 2003.

## GAO Reports & Documents

- GAO-04-376 Information Security - Agencies Need to Implement Consistent Processes in Authorizing Systems for Operation: June 2004.
- GAO-05-552 Information Security - Weaknesses Persist at Federal Agencies Despite Progress Made in Implementing Related Statutory Requirements. July 2005.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

- General Accounting Office Federal Information System Controls Audit Manual, GAO/AIMD-12.19.6, January 1999.

## OIG Reports

- Report No. NSM-EV-MOI-0013-2006 - Annual Evaluation of the Department of the Interior Information Security Program. October 6, 2005.
- Report No. NSM-EV-OSS-004-2006 - Flash Report: Security Vulnerabilities at the Information Technology Center Place Sensitive Data at Risk. January 17, 2006.
- Report No. NSM-EV-NBC-0012-2006 NSM - National Business Center-Reston Trusted Insider Threat Evaluation. August 28, 2006.
- Report No. NSM-EV-FWS-0006-2006 Penetration Test of FWS. August 28, 2006.
- Report No. NSM-EV-OSM-0007-2006 Penetration Test of OSM. August 28, 2006.
- Report No. NSM-EV-MMS-0008-2006 Penetration Test of MMS. August 28, 2006.
- Report No. NSM-EV-NBC-0011-2006 Penetration Test of NBC, August 28, 2006.
- Report No. NSM-EV-OIG-0003-2006 - Evaluation Report for the Enterprise Services Network (ESN). September 7, 2006.
- Report No. NSM-EV-FWS-0015-2006. Enterprise Services Network Configuration Report - September 7, 2006.
- Report No. NSM-EV-MOI-0001-2006 - Evaluation Report for the Department of the Interior's Plan of Actions & Milestones Process. September 7, 2006.
- Report No. NSM-EV-NBC-0010-2006 Vulnerability Assessment of Pembroke. September, 2006.
- Report No. NSM-EV-MMS-0009-2006 Vulnerability Assessment Technical Report of MMS Third Party Service Provider US internetworking (USi). September 27, 2006.
- Report No. NSM-EV-PCI-0014-2006 Limited Review of Personally Identifiable Information Safeguards at the Department of the Interior. September, 2006.
- Report No. C-EV-MOA-0003-2006 - Evaluation Report Information Technology (IT) Systems Inventory. September 2006.

## NIST Special Publications & Federal Information Processing Standards

- Federal Information Processing Standards Publication 199, Standards for Security Categorization of Federal Information and Information Systems, February 2004.
- Federal Information Processing Standards Publication 200, Minimum Security Requirements for Federal Information and Information Systems March 2006
- National Institute of Standards and Technology Special Publication 800-12, *An Introduction to Computer Security*: The NIST Handbook, October 1995.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b)(2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

- National Institute of Standards and Technology Special Publication 800-18, Guide for Developing Security Plans for Information Technology Systems, December 1998.
- National Institute of Standards and Technology Special Publication 800-23, Guideline to Federal Organizations on Security Assurance and Acquisition/Use of Tested/Evaluated Products, August 2000.
- National Institute of Standards and Technology Special Publication 800-26, Security Self-Assessment Guide for Information Technology Systems, November 2001.
- National Institute of Standards and Technology Special Publication 800-27, Engineering Principles for Information Technology Security (A Baseline for Achieving Security), Revision A, June 2004.
- National Institute of Standards and Technology Special Publication 800-28, Guidelines on Active Content and Mobile Code, October 2001.
- National Institute of Standards and Technology Special Publication 800-30, Risk Management Guide for Information Technology Systems, July 2002.
- National Institute of Standards and Technology Special Publication 800-34, Contingency Planning Guide for Information Technology Systems, June 2002.
- National Institute of Standards and Technology Special Publication 800-35, Guide to Information Technology Security Services, October 2003.
- National Institute of Standards and Technology Special Publication 800-36, Guide to Selecting Information Security Products, October 2003.
- National Institute of Standards and Technology Special Publication 800-37, Guide for the Security Certification and Accreditation of Federal Information Systems, May 2004.
- National Institute of Standards and Technology Special Publication 800-40, Procedures for Handling Security Patches, August 2002.
- National Institute of Standards and Technology Special Publication 800-42, Guideline on Network Security Testing, October 2003.
- National Institute of Standards and Technology Special Publication 800-45, Guidelines on Electronic Mail Security, September 2002.
- National Institute of Standards and Technology Special Publication 800-46, Security for Telecommuting and Broadband Communications, August 2002.
- National Institute of Standards and Technology Special Publication 800-47, Security Guide for Interconnecting Information Technology Systems, August 2002.
- National Institute of Standards and Technology Special Publication 800-48, Wireless Network Security: 802.11, Bluetooth, and Handheld Devices, November 2002.
- National Institute of Standards and Technology Special Publication 800-50, Building an Information Technology Security Awareness and Training Program, October 2003.
- National Institute of Standards and Technology Special Publication 800-53A, Guide for Assessing the Security Controls in Federal Information Systems (draft).

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

- National Institute of Standards and Technology Special Publication 800-58, Security Considerations for Voice Over IP Systems, January 2005.
- National Institute of Standards and Technology Special Publication 800-59, Guideline for Identifying an Information System as a National Security System, August 2003.
- National Institute of Standards and Technology Special Publication 800-60, Guide for Mapping Types of Information and Information Systems to Security Categories, June 2004.
- National Institute of Standards and Technology Special Publication 800-61, Computer Security Incident Handling Guide, January 2004.
- National Institute of Standards and Technology Special Publication 800-63, Version 1.0.1, Electronic Authentication Guideline, September 2004.
- National Institute of Standards and Technology Special Publication 800-64, Revision1, Security Considerations in the Information System Development Life Cycle, June 2004.
- National Institute of Standards and Technology Special Publication 800-65, Integrating Security into the Capital Planning and Investment Control Process, January 2005.
- National Institute of Standards and Technology Special Publication 800-70, Security Configuration Checklists Program for IT Products: Guidance for Checklists Users and Developers, May 2005.

## DOI Polices, Procedures and Other Documents

- IRM Bulletin 2005-07, Plans of Action and Milestones (POAM) Process Verification (May 3, 2005).
- IRM Bulletin 2004-09, Revised POAM Reporting Instructions (February 02, 2004).
- IRM Bulletin 2004-04, Revised POAM Reporting Instructions (November 24, 2003).
- Department of the Interior Plan of Action and Milestones (POAM) Process Standard v1.2 (February 9, 2006).
- POA&M Management Service Area Process Definition Version 1.0 (May 2005).
- Securing DOI's Network and Computer Infrastructure. Memorandum issued by DOI's Chief Information Officer on July 22, 2002
- OCIO Directive 2004-005 Reporting of Medium and Low Priority Computer Security Incidents. December 19, 2003.

This report is exempt from disclosure to the public under the Freedom of Information Act, under Exemption 2 of the Act, 5 U.S.C. § 552(b) (2). For this reason, recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.

- Standardized System Security Configuration. IRM Bulletin 2004-07, issued on March 05, 2003.
- System Audit Logs. IRM Bulletin 2004-20, issued on July 17, 2004.
- Computer Incident Response Capability. IRM Bulletin 2003-13, issued on August 04, 2003.
- Interior Computer Security Incident Response Handbook (v1), issued on August 04, 2003.
- DOI CIO Memorandum on Peer-to-Peer file sharing restriction, issued on July 28, 2003.

This report is exempt from disclosure to the public under the Freedom of Information Act. under Exemption 2 of the Act. 5 U.S.C. § 552(b) (2). For this reason. recipients of this report must not show or release its contents for purposes other than official review and comment under any circumstances.