# Exhibit 33

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. Allegra |

DECLARATION OF STEVEN D. TILLEY

I, Steven D. Tilley, do hereby declare:

1. I hold the position of Director of the Textual Archives Services Division in the Access Programs unit of the Office of Records Services, Washington, DC, National Archives and Records Administration (NARA), located in College Park, Maryland. I have been the Director of the Textual Archives Services Division for the past three years. I am responsible for all reference, processing, and preservation work on the permanently valuable textual records in NARA's legal custody (*i.e.,* our archival paper holdings) in our headquarters facilities located in College Park and Washington, DC. Among my overall duties, I supervise a staff of approximately 180 archivists and other personnel. Prior to my present position, I served as the Chief of the Special Access and FOIA Staff in the Textual Archives Services Division from 1997 to 2004. From 1993 to 2004, I served as the Director of the President John F. Kennedy Assassination Records Collection.

2. I am generally familiar with the *Navajo Nation v. United States* lawsuit, and have read the Proposed Order submitted by plaintiff accompanying their Motion for

Entry of Record Retention Order. I am submitting this declaration to provide the Court with additional information on the scope of NARA's holdings and to apprise the Court of the extraordinarily burdensome indexing and other requirements that would be placed on NARA were plaintiff's Proposed Retention Order adopted in its present form.

3. This declaration is based on my personal knowledge, as well as factual information gathered on my behalf by NARA staff.

*NARA's Role in the Management and Retention of U.S. Government Records*

4. The Archivist of the United States has the statutory responsibility to "provide guidance and assistance to Federal agencies with respect to ensuring adequate and proper documentation" of governmental policies and transactions, as well as to ensure "proper records disposition." 44 U.S.C. § 2904. Working in cooperation with the Archivist, the head of each agency is, in turn, required to "establish and maintain an active, continuing program for the economical and efficient management of the records of the agency." *Id.*, § 3102. Both the Archivist and agency heads have the responsibility "to promulgate standards, procedures and guidelines with respect to records management." *Id.*, § 2904(a). By statute, the Archivist "establish[es] standards for the selective retention of records of continuing value, and assist[s] Federal agencies in applying the standards to records in their custody." *Id.*, § 2905. The statutory scheme thus contemplates that all federal records will be appraised as either having temporary or continuing value, in accordance with records schedules approved by the Archivist. Pursuant to such record schedules, records that are designated as permanent are subject to transfer into the legal and physical custody of the National Archives under the terms of those schedules.

*Records in NARA's Legal and/or Physical Custody – A General Overview*

5. The Archivist is responsible for the custody of all records transferred to NARA, and by statute is required to maintain adequate facilities for the housing of those records. 44 U.S.C. §§ 2108(a) & 2110. To house what at latest estimate is approximately 3.3 million cubic feet of archival holdings, 543,000 artifacts, and over 11.8 billion electronic logical data records, NARA currently maintains two national headquarters facilities in the Washington, DC area. NARA also is responsible for the preservation of hundreds of millions of presidential records contained within 11 presidential libraries throughout the country. A discussion of NARA's separate regional facilities holdings is contained in my colleague Gregory Pomicter's Declaration, filed contemporaneously herewith. In light of my principal duties and responsibilities for the management of NARA's archival holdings in the Washington, DC area, I will provide a brief introduction to NARA's holdings, and then will generally limit my discussion to how the proposed Order would affect NARA operations in processing and working with respect to archival holdings in our headquarters buildings in Washington, DC and College Park.

*NARA's Storage of Records Relevant To This Litigation*

6. NARA's vast archival holdings are organized or classified in over 500 record group designations. In general, federal records are arranged by the name of the government agency with which they are associated (*e.g.*, the Defense Department (formerly War Department), the Treasury Department, the Government Accountability Office, the Department of Interior, etc.), and each agency has its own bureaucratic filing system, none of which are known to have been designed to enable a search of records by

the name of an Indian tribe. Rather, the records of each agency are arranged and filed by the agency's own bookkeeping and filing system, in accordance with existing file plans and records series set out in each agency's records schedules. For example, Army records might be arranged by the name of a division, fort, or department, not what tribes Army staff might have had contact with. Consequently, NARA archivists are not generally able to search records of all government agencies under the search term "Navajo" to locate all records relating to this tribe. Moreover, although, as described in more detail below, many records related to the Navajo would be expected to be found within the Department of Interior's (DOI) record groups, NARA archivists are also aware of many record groups outside of DOI that also might conceivably contain Navajo-related records.

7. The records of DOI collectively comprise sixteen record groups, including among others located in our headquarters archives, Record Group 75 (Records of the Bureau of Indian Affairs (BIA)), and Record Group 48 (Records of the Office of the Secretary of the Interior (OSI)). Many of these DOI Record Groups potentially hold extremely substantial quantities of archival records. For example, in our Main Archives facility in Washington DC, we estimate that there are at least 25,777 cubic feet of BIA records in Record Group 75, housed in 58,549 containers (which would stretch to over five miles of records). Based on NARA's estimate that each cubic foot of records contains, on average, between 2000 and 3000 pages, this record group alone approximately contains between 52 and 77 million pages. In turn, we estimate that we have 34,383 cubic feet (approximately between 69 and 103 million pages) just of "known" records relating to Native Americans in our archival holdings at the Archives II

building in College Park. These holdings are drawn from approximately 73,978 cubic feet (approximately between 148 and 222 million pages) of records consisting of Record Group 48 (Records of the Office of the Secretary of the Interior); Record Group 57 (Records of the United States Geological Survey), Record Group 79 (Records of the U. S. Park Service); Record Group 217 (Records of the Office of the Accounting Officers of the Department of the Treasury); Record Group 381 (Records of the Office of Economic Opportunity); Record Group 411 (Records of the Government Accountability Office), and Record Group 513 (Records of the Indian Health Service), each of which may include information on the Navajo tribe relevant to this lawsuit.

8. As a general matter, although NARA's collections of records in each record group more or less have existing documentation and finding aids associated with them, which normally can be of use to researchers in locating records related to the Navajo tribe, NARA neither has nor generates in the ordinary course of its operations document-level indexes of its collections sufficient to identify all records relevant to the present lawsuit. Moreover, neither NARA's holdings, nor our existing finding aids, can be said to be differentiated or segregated into what constitute "trust" and "non-trust" records pertaining to either Indian affairs generally or Navajo-related records specifically. Accordingly, to make available to plaintiff all inactive "Navajo Trust records," searches would have to be devised and conducted according to ad hoc and highly variable filing systems developed over the course of the past 100 or more years by all the pertinent government agencies involved. To the extent that the Proposed Retention Order contemplates that NARA archivists would attempt to engage in isolating "trust" records relating to the Navajo from the larger known or conceivable collections of records groups

containing records relating to the Navajo tribe, the Order amounts to imposing an impossible burden on this Agency to perform, given the magnitude of performing such a task.

9. Given what might be on the order of the tens or hundreds of thousands of hours involved, *see* ¶ 14, *infra,* requiring highly-trained NARA archivists to devote their time to a project of segregating trust from non-trust Navajo-related records would, in my view, effectively mean shutting down the ability of the National Archives of the United States to perform the important mission of providing reference services to the public at large. Such reference services include providing guidance to individual citizens who personally visit NARA headquarters facilities, or who write in or call us, seeking guidance as to where to locate individual records in our vast collections. In FY 06, NARA headquarters staff handled 23,373 written reference requests and 57,642 oral reference requests for information about our holdings. In addition to handling reference requests, my staff also is actively engaged in processing a backlog of more than a million cubic feet of records awaiting being made available to the public; accessioning approximately 35,000 cubic feet of new records per year; performing preservation work on existing archival record collections; and screening records for privacy-related information and to ensure that only unclassified records are opened.

10. No less impossible is the task of reliably segregating "all" records related to the Navajo tribe for inspection by plaintiff, even without regard to a concern for their "trust" or "nontrust" status. Just with respect to Bureau of Indian Affairs records in Record Group 75, there is a tremendous level of complexity to NARA's records holdings, coupled with highly varying degrees of documentation ranging from the helpful to the

unhelpful with respect to isolating holdings related to the Navajo tribe. BIA records are most often arranged by the federal agency that had responsibility with respect to particular tribes, rather than by the name of a specific tribe. The BIA has had responsibilities regarding Indian tribes from 1824 to the present, and was set up in an organizational system of "agencies" under an "agent" that oversaw different tribes or reservations and reported back to Washington to the Commissioner of Indian Affairs. The records were filed in Washington under the name of the agency. In the case of the Navajo, the Navajo Agency was established in 1852, and its records can be found listed under the correspondence of the New Mexico Superintendency, which also included eight other agencies. The Navajo-related records were not separated from those other agencies. In the 20th century, the Navajo divided into a number of agencies, including the Northern, Eastern, Western, and Southern Navajo. While records of these agencies are retrievable by name, there may be sub-groups of Navajo tribes that have sought "federal recognition" in an identified petition or process under another name, and such groups may not necessarily appear in NARA holdings identified by the name "Navajo."

11. In addition, many other potential records related to the Navajo tribe within NARA's archival collections of BIA records are subsumed within a very large number of more generic categories of Indian records types, including such categories as correspondence files consisting of "Letters Received by the Office of Indian Affairs," broken down into three periods 1824 to 1880/1881, 1881 to 1907, and 1907 to 1957, respectively. There would be thousands of boxes of letters to sort through, filed by a number retrievable by an existing register. In many instances, where particular original documents do not exist amongst NARA's holdings, synopses of letters are available on a

separate Register of Letters, or in a series entitled Abstracts of Letters Sent. Other series of records within Record Group 75 that might contain records relating to the Navajo tribe, if examined, would include BIA correspondence files called General Services (1,666 boxes for the years 1909-1939, and 1,500 more for subsequent time periods), as well as records under the headings Surveys, Allotment Books, School Reports, Inspection Reports, Claims, Treaty Files, Land Reserves, Military Bounty Lands, Census Records, Annuity Payment Rolls, Enrollment Records, Personnel and Employment Records, Removal Records, Irrigation Division Records, Forestry Division Records, Education Division Records, records from the office files of several commissioners, records of the Health Division, Registers of Contracts, Land Management Standards and Surveys, Farming and Grazing Leases, Land Operations Branch Annual Reports, Administrative Office Files of the Branch of Welfare, Job Corps Records, Hearings on Indian Affairs, Economic Development of Tribal Resources, and a plethora of additional categories, all of which conceivably might contain Navajo-related records. A listing of BIA record series known or likely to contain Navajo-related records (with some additional relevant non-BIA holdings also stored in our Main Archives building in Washington, DC) is set out at Tab A.

12. As extensive as NARA's BIA archival holdings are, they represent only a fraction of the universe of record collections potentially containing records relating to the Navajo tribe. As listed in more detail *supra,* ¶ 7, NARA's archival collections in College Park also include Record Groups 48, 57, 79, 217, 381, 411, and 513. Some of these record groups are known to contain substantial holdings of Indian records, and may well hold information about the Navajo tribe; however, although some of these record

collections have isolated references to the name Navajo, the majority of the records are neither indexed nor searchable under the name Navajo. For such collections, a labor-intensive research effort would need to be undertaken to review individual collections on a file-by-file basis, to determine if records related to the Navajo tribe existed. This would be the case given that existing finding aids are structured to correspond to how the records were organized by the various agencies that originally generated or maintained the records, as explained above, and not necessarily by name of tribe. A listing of what NARA archivists believe to be the most likely record series within these larger record groups where Navajo-related records may be found is attached at Tab B. As stated above, this substantial subset of "likely places" to find records related to the Navajo tribe itself amounts to an estimated 34,383 cubic feet of records holdings.

13. For the foregoing reasons, the task of finding all or substantially all archival records in NARA headquarters collections actually relating to the Navajo is simply not possible without a close review of millions of unindexed records. NARA does not have either the adequate staffing or resources that would be needed to attempt to engage in isolating or indexing these vast records collections.

14. As a purely hypothetical matter, I will estimate how long it would take to review and index just the 25,777 cubic feet of BIA records held at Main Archives in Washington, DC, for the purpose of isolating Navajo records. Based on my extensive experience in reviewing archival records, including on very large projects involving thousands of individual pages, I am familiar with how much time it would take a NARA archivist reasonably familiar with the relevant records collections to review archival holdings for the purpose of generating a document-level index. Based on past

experience, it is reasonable to estimate that 15 hours of labor would be spent indexing one cubic foot of records. Assuming one labor year equals 40 hours per week for 50 weeks, to index 25,777 cubic feet of records would take 386,655 hours of labor, or 193.33 person/years of labor. This equates to 20 archivists spending 9.7 years of their time indexing, or 100 archivists spending a full two years of their time indexing.[1] Pulling 100 or even 20 staff members away from all of the other functions that NARA archivists perform, to index Navajo-related records, would interfere with all of the other competing priority work performed on a daily basis by my NARA staff, including the referencing, processing, and screening functions I described at length, *supra,* at ¶ 9.

*NARA's Specific Objections To The Proposed Record Retention Order*

15. On NARA's behalf, I note the following general objections to the Proposed Record Retention Order as drafted.

16. First, any form of "retention order" is completely superfluous with respect to NARA's archival holdings, which by operation of law and by definition have come into the legal custody of NARA as records to be *permanently retained by the United States government.* Accordingly, there is no reason for NARA's archival holdings to be subject to paragraph 1(a) of the Proposed Order.

17. Second, NARA's policy during the 70 years that our reading rooms have been open and available to the public has been to afford access to all to our permanent archival holdings. As such, Navajo-related records that are contained in various of the above-referenced record groups are open and available for research and copying by plaintiff's counsel in this litigation, just as they are to all members of the public. NARA

[1] Moreover, the hypothetical does not take into account the additional 34,383 cubic feet of non-BIA records in our College Park holdings likely to contain Navajo-related records that I referenced above.

objects to any requirement set out in the proposed Court order that would require NARA staff to assume duties never before performed, including isolating "trust" records on behalf of a party litigant, and/or engaging in wholesale indexing of records collections over and above the specificity afforded by existing finding aids. As a matter of principle, this Court should not shift the burden to NARA staff to perform highly intensive research for the benefit of one party, given the fact that all other members of the public will suffer due to the diversion of staff resources that would ensue. To the extent that paragraph 3 of the Proposed Order and its subparagraphs purport to impose an additional burden on NARA staff to provide assistance to plaintiff beyond what might be reasonably provided to a member of the public asking for reference assistance, those portions of the Order should be deemed inapplicable to NARA.

18. Third, for the reasons given above, the proposed requirement in section 3(c) and elsewhere that would impose an obligation on NARA staff to index Navajo-related records should not be imposed, as it would place crippling burdens on NARA and its staff and in fact should be regarded as simply impossible to comply with, given existing time and resources.

19. In lieu of the entry of the Proposed Order or its being made applicable to NARA archival collections, I can represent on behalf of NARA's headquarters staff, that NARA very much wishes to assist plaintiff in providing existing finding aids that deal primarily with records related to the Navajo and other Indian tribes, so as to work with plaintiff and its representatives in an effort to find and review as many Navajo-related trust records as possible. There are many senior and knowledgeable archivists regarding the records of Indian country, and we stand willing to work with plaintiff on a voluntary

basis in assisting in the collection of pertinent material during the discovery phase of the present lawsuit.

20. In sum, the Proposed Retention Order would cripple NARA's ability to perform its important mission to U.S. citizens, by hugely diverting scarce staff resources for an indexing enterprise of vast dimension, but uncertain utility and result, in any reasonable time frame. The Proposed Order would also impose unprecedented burdens on this Agency to the extent it requires the expenditure of resources towards the isolation or segregation of particular types of records otherwise fully open and available to the public, merely on behalf of a party seeking records in furtherance of litigation. On behalf of this agency, I urge the Court not to impose any provisions of the proposed Order noted above, or any others that would impose such severe burdens on NARA and its staff, and severely constrain NARA's ability to serve the public at large, including those who seek research assistance and access to NARA holdings.

I declare under penalty of perjury that the foregoing is true and correct.

Steven D. Tilley

STEVEN D. TILLEY

Executed on this 20th day of June, 2007

# Tab a

# Overview of Records Held at Archives 1 that Relate or May Relate to the Navajo Tribe

Records relating to the Navajo Tribe may be found in the following series of records at the National Archives and Records Administration (NARA). Additional record groups at NARA in the Washington D.C. area may also hold information about the Navajos.

## RECORD GROUP 75
## Records of the Bureau of Indian Affairs

### GENERAL CORRESPONDENCE RECORDS, 1824 to 1975

**<u>1824-1880</u>** (Most records of this period are microfilmed)

**Letters Received by the Office of Indian Affairs, 1824 to 1880**, microfilmed as **M234**. Navajo records are microfilmed on **M234** under Santa Fe Agency , New Mexico Superintendency, 1877-1880 and Colorado Superintendency on reels 767, 546 – 582, and 207 – 214. The letters are arranged by the name of the agency, the first letter of the surname of the correspondent, and the register number assigned when the letter was received.

**Registers of Letters Received by the Office of Indian Affairs, 1824-1880,** (Entry 79). The registers are microfilmed as **M18**, in 126 rolls. The registers are arranged by year, and by alphabetical sections. The registers can be used to help locate specific letters received by determining how they were filed.

**Letters Sent by the Office of Indian Affairs, 1824 to 1886.** From 1824 until 1886 outgoing correspondence was copied by hand into letter books, kept in chronological order until 1869 and subdivided into sections corresponding to administrative divisions of the Office of Indian Affairs, such as Land, Finance, Civilizationm, after 1869. These are microfilmed on **M21**, in 166 rolls. Certain outgoing correspondence to high officials was copied into “Report Books,” microfilmed on **M348**. There are Registers (Entry 80), and Abstracts (Entries 81 and 82, unmicrofilmed,

### RECORDS OF THE NEW MEXICO SUPERINTENDENCY

These are on microfilm **T21**, comprised of all or some of Preliminary Inventory 163, Entries 1155-1166. The New Mexico Superintendency was established at Santa Fe in 1850. The principal Indians in New Mexico were Ute, Apache, **Navajo**, Pueblo, Pima, Papago, and Maricopa. Among the first permanent

agencies was the **Navajo**, established in 1852. The Navajo Agency, although located in Arizona after 1868, remained in the New Mexico Superintendency. The New Mexico Superintendency was abolished in 1874. Thereafter the agents in New Mexico reported direct to the Office of Indian Affairs in Washington.

**JOURNAL. 1852-53; September-November 1863**. 1 vol. (Entry 1154). A daily record of events and transactions, such as visits of Indians, arrivals and departures of agents, issuance of licenses to traders, issuance of instructions, arrival and departure of mail, and payments made. Included are some statements of the United States in account with the superintendent, 1869-73. Arranged chronologically.

**LETTERS RECEIVED AND FINANCIAL AND OTHER RECORDS. 1850-74.** (Entry 1155). Letters received (with some copies and drafts of letters sent), circulars, vouchers, invoices, bills of lading, financial statements, property returns, licenses, contracts, proposals, estimates, printed Army orders, and other records. There are some records concerning Territorial matters other than Indian affairs. Arranged by year and thereunder for the most pert by kind of record. The letters received are usually divided according to source: those from the Commissioner of Indian Affairs, those from agents in the superintendency, and those from others. Thereunder they are arranged for the most part chronologically; letters from agents may be arranged by name of agency and thereunder chronologically. There are no letters from the Commissioner of Indian Affairs after February 1872. For the main series of letters sent, see entry 1158. For segregated letters from Agent Christopher (Kit) Carson, see entry 1157. For segregated documents in Spanish, see entry 1156. For other documents concerning financial matters, see entries 1160-1164.

**LETTERS SENT. 1851-73**. **9 vols.** (ENTRY 1158)**.** Press copies, arranged for the most part chronologically. The 1851 and some of the 1852 letters are included with the 1857 letters. In some of the volumes there is an alphabetical index to names of addressees. There are other copies and drafts of letters sent with the letters received and other records described in entry 1155.

**DATA BOOK. 1859-69. 1 vol.** (ENTRY 1159). This book was used at different times and for different purposes. For 1859-60 there are records of accounts of the **Navajo Agent** and a diary kept by him for a few days. There are also a list of expenses incurred in feeding Pueblo Indians in 1866, a list of goods that were transferred to Superintendent Norton in 1866, and a list of purchases that were made in 1869. For 1869 there are also copies of endorsements on letters received by the superintendent and referred to other officials. These endorsements were continued in the volume described in entry 1161.

**LEDGER. 1853-57, 1871. 1 vol.** (ENTRY 1160). Begun as a chronological record of debits and credits to the cash account ("cash book"). There are also accounts for special funds, such as the Rescue Fund, Contingent Fund, Treaty Fund, and Pueblo Fund, and for payments of salaries. For 1871 there are accounts for salary funds, the Apache Fund, the Incidental Fund, and miscellaneous expenses. For later cashbook, see entry 1161. For other ledgers, see entries 1163 and 1164.

**CASHBOOK AND ENDORSEMENTS. 1861-65, 1869-72. 1 vol.** (ENTRY 1161). For 1861-65 there is a chronological record of debits and credits to the cash account of the superintendent. There are entries for many of the same transactions in the Journal described in entry 1162 and in the ledger described in entry 1163. There is also a check account for 1861-62. For 1869-72 there are copies of endorsements on letters received by the superintendent and referred to other officials, most frequently to the Commissioner of Indian Affairs. Arranged chronologically. For earlier cash account, see entry 1160. For earlier endorsements, see entry 1159.

**JOURNAL FOR CASH PAID TO AGENTS. 1861-66. 1 vol** (ENTRY 1162) A chronological record of transactions concerning the transmittal of funds to agents. There are also a few statements of account current. The journal entries include page references to the ledger described in entry 1163. There are no journal entries for the period August 1863-June 1865. There are entries for many of the same transactions in the cashbook described in entry 1161.

**LEDGER FOR CASH PAID TO AGENTS. 1861-69. 1 vol.** (ENTRY 1163) A record of transactions concerning transmittal of funds to agents. It consists chiefly of accounts for individual agents, but there are also some general accounts. The accounts are arranged for the most part chronologically by date of first transaction. Until 1866 the ledger entries include page references to the chronological journal described in entry 1162. See also the cashbook described in entry 1161. For other ledgers, see entries 1160 and 1164.

**LEDGER OF SUPERINTENDENCY AND SOUTHERN APACHE AGENCY. 1863-64, 1870-74. 1 vol**. (ENTRY 1164). This ledger was maintained by the superintendency for the period 1863-64 and by the Southern Apache Agency for the period 1870-74. There are general statements of account current and accounts for particular funds and for individuals. There are also some records of issues, including some for 1865 and 1866. Arranged roughly by type of account. For other superintendency ledgers, see entries 1160 and 1163. For other records of the Southern Apache Agency, see entries 1217-1222.

**RECORDS OF ARMY SUBSISTENCE AGENT AT CIBOLLETTA. 1849-50.** (ENTRY 1166). Letters received, vouchers, invoices, and other records

maintained by Capt. Henry Dodge. The letters received are separated from the other records; records in each group are arranged chronologically. Dodge became agent of the **Navajo Agency** in 1853, which may account for these records being among those of the New Mexico Superintendency.

**1881 to 1907** (Letters Received and Letters Sent not microfilmed for this period.)

**Letters Received, 1881-1907** (Entry 91). Letters not filmed, but Indexes and Registers are on microfilm P2187, and P2186. The Indexes and Registers consist of 182 reels of microfilm. The unfilmed letters are arranged and filed in order of year and file number, not by tribe or agency as they were earlier, and consist of about 1884.271 cubic feet in 3743 boxes. The filmed indexes and registers can be used to search for individual letters concerning the Navajo tribe.

**Letters Sent, 1881-1907** consists of press copies filed by Division (Entry 96). These consist of 2668 volumes, arranged by dates, not accessible by tribes.

**1907 to 1975**

**Central Classified Files**, Entries 121 A through P contain all correspondence received and sent out arranged by agencies under a subject numerical classification system. These occur in several time blocks:

**1907-1939 Central Classified Files**, filed under Navajo- 239 boxes, Southern Navajo- 32 boxes, Northern Navajo- 20 boxes, Western Navajo- 61 boxes, Eastern Navajo- 23 boxes; arranged by subject number system.

**1940-1960s Central Classified Files**, Navajo- 275 boxes.

**SPECIAL FILES OF THE OFFICE OF INDIAN AFFAIRS, 1807-1904:** This is an early series of records which may contain information on individual tribes accessible by name. The **Special Files** consist of correspondence, reports, accounts, affidavits, and other records that were brought together for easy reference. The records relate principally to claims and investigations but include some other subjects. Most of the records in the series were withdrawn from the general incoming correspondence of the office; but some records of special commissions, transmitted to the office when their work was completed, are also included. The records have been microfilmed as **M574**. There is an index.

**SPECIAL CASES. 1821-1907. Not microfilmed.** (ENTRY 102)

Cases concerning land disputes. Most of the records within the cases were removed from the general incoming correspondence by the BIA and brought together by subject for easier reference. The cases relate to matters such as railroad rights-of-way, establishment of reservations, boundaries, trespasses, water and grazing rights, timber contracts, allotments, leases, and sales. These cases were originally kept in the Land Division of the BIA, but in 1908 they were transferred to the general records maintained in the Mail and Files Section. The inclusive dates given above are those for individual documents within the files. The first Special Cases, as such, were probably not created until about 1880.

There are **203 Special Cases**, each relating to a particular subject. There is a finding aid, by tribe.The individual documents within a case are usually arranged in basically the same manner as the main series of letters received. The pre-1881 records are arranged by jurisdiction, thereunder by year, thereunder alphabetically by the first letter of the surname or other designation of the writer, and thereunder by file number or chronologically by date of receipt. The post-1880 records are arranged by year and thereunder by file number (chronologically by date of receipt). A cross-reference was usually placed in the general correspondence to indicate the removal of a document to a Special Case.

**SPECIAL SERIES A. ca. 1859-1934.** 163 boxes. BOX List available. (ENTRY 126).
Consists of records withdrawn from the letters received by the Bureau (**ENTRIES 79 and 91**), the central classified files (**ENTRY 121**), records of the Land and Inspection Divisions, special reports, materials prepared for congressional hearings, and other records that apparently were segregated to accommodate their unusual size or to bring related records together. They relate to land matters (boundaries, patents, surveys, and leases), heirship cases and other legal matters, claims, personnel matters, estimates, enrollments, investigations, schools, and many other subjects. These records were arranged in bundles. Each bundle related to a particular subject and often consisted of records assigned the same file number. Within the bundles, the arrangement of the records varied. The records were placed in boxes, ("old box" numbers) and later were placed in folders and rehoused by NARA in new archives boxes ("new box numbers"). A list of the records in this series is available in the National Archives.

**IRREGULARLY SHAPED PAPERS. 1849-1907**. (ENTRY 310)
These records consist chiefly of incoming correspondence and enclosures that were kept separately from the main correspondence series (entries 79 and 91) and the Special Cases (entry 102) by the BIA because of unusual size or bulk. Included are some copies of outgoing correspondence, reports, proceedings, testimony, journals, census rolls, schedules, plats, field notes of surveys, patent applications, vouchers, receipts, ledgers, and newspaper clippings. These records

relate to such matters as appraisals and allotments of land, boundaries, leases, railroad rights-of-way, enrollment of Indians, proceedings of special commissions, timber operations, and irrigation projects. These were originally arranged, according to subject matter, into bundles that consisted of one item or of many items. In many cases all the records in a bundle were received by the Bureau with one transmittal letter, which signifies that the bundle is one file unit of incoming correspondence. The records have been removed rom the bundles and rehoused in boxes. The arrangement within the boxes varies. There is a finding aid/box list.

**SUPERINTENDENTS' ANNUAL NARRATIVE AND STATISTICAL REPORTS FROM FIELD JURISDICTIONS OF THE BUREAU OF INDIAN AFFAIRS, 1907-1938. M1011**. 174 rolls. Descriptive Pamphlet (DP) available.
The annual narrative reports, 1910-38, and the annual statistical reports, 1920-35, reproduced in this microfilm publication are a continuation of the annual reports of the agents and superintendents that, prior to 1907, had been published as part of the *Annual Report of the Commissioner of Indian Affairs.*

**AERIAL PHOTOGRAPHS. 1934-36. ca. 10,000 items.** (ENTRY 153)
Composite aerial prints of the Fort Apache, **Navajo**, Hopi, and Zuni Reservations. The prints, made for the Soil Conservation Service, are arranged in a geographical pattern. Included also are some index maps. At College Park, in the Still Pictures Branch.

**BIA MAPS-** Now At College Park, in the Cartographic Branch.
Maps of the **Navajo** country. Parts of State maps, dated 1882-1909, which show location of the Navajo Reservation (including subdivisions, the Moqui Reservation, and other reservations, some of which are annotated to show areas added by Executive Orders. Topographic maps of the reservations show routes of survey and travel. Maps of the boundaries of the Navajo Indian Reservation as surveyed in 1869, 1884-85, and partly resurveyed in 1919-20. Sketch of the Navajo Reserve and proposed extension. Sketches of the Navajo Extension and adjoining area south of the Moqui Reservation with information in margin relative to area, population, dry farming, and stock raising. Maps of the San Juan Navajo Reservation, subdivision of the larger Navajo reservation, showing topography, farming and grazing lands. Maps of irrigation projects, including irrigable lands, reservoirs, dams, ditches, canals, wells and springs. Maps of power development projects. Plats showing mine locations and claims. Maps showing Navajo Indian allotments. Maps, some of which were approved 1930-33, showing proposed and located highways, roads, bridges, and telegraph and telephone lines. Plat showing Government and railroad lands. Map, dated 1914, of a survey of a railroad in the Navajo and Hopi Reservations. Sketch and plan of mission schools.

**OFFICE FILE OF COMMISSIONER JOHN COLLIER. 1933-45**. ***ARC 611812 27 boxes*** (ENTRY 178). Included are letters received, copies of letters sent, memoranda, reports, processed procedural and reference material, clippings, copies of publications, and legal documents. The records relate to many subjects. Particularly significant are those records concerning alleged Nazi activities (centering around the American Indian Federation), the Court of Claim suit of the California Indians, the **Navajo** Indians, the Pueblo Indians, peyote, the War Relocation Authority and the internment of Japanese on Indian lands, a study of Indian personality, conferences and other meetings, and trips of the Commissioner. There are a few pre-1933 records, some of which were taken from the files of the American Indian Defense Association. (Collier was National Executive Secretary of the Association before he became Commissioner of Indian Affairs.) There are also a few post-1945 records that were added to the file after Collier left office. Arranged alphabetically by subject or by name of correspondent and thereunder for the most part chronologically. For other records maintained in the Office of the Commissioner during Collier's tenure, see entries 179 and 180.

**COMMISSIONER WILLIAM BROPHY FILES, 1945-49. 2 boxes *ARC 612021*** (ENTRY 180 A). This series consists of a small portion of miscellaneous files from the office of Commissioner William A. Brophy. The records include correspondence, telegrams, articles from journals and magazines including one by Felix Cohen, news clippings, press releases, transcript of a radio interview, a few maps and photographs, a few magazines and booklets. Items of interest include a study of the Navajo, a copy of the 1948 **Navajo** constitution, a report on the Sitka Naval Air Station, 1946, proposed legislation including the Indian Claims Commission. Subjects include Alaska, and the Navajo.

**COMMISSIONER JOHN NICHOLS FILES, 1949-50. 1 box *ARC 612030*** (ENTRY 180 B). This series consists of a small portion of miscellaneous files from the office of Commissioner John Nichols. The documents include correspondence, speeches, reports, clippings, a few maps, circulars, copies of magazine and journal articles, memoranda. Topics include proposed legislation, arts and crafts, education, employment of Indians, health, irrigation. Items of interest include a paper on Sac social organization by Robert Rietz, and a report on **Navajo** trading. Some files have an internal arrangement by agencies and topics.

**COMMISSIONER DILLON MYER FILES, 1950-1953. 3 boxes *ARC 612048*** (ENTRY 180 C). Arrangement of files is according to subject. Subjects of files include Aberdeen Area Offices and Agencies, Albuquerque Area Office and Agencies, Anadarko Area Office and Agencies, Indians in World War II, Juneau Area Office, legislation, Management Planning Progress Report, Minneapolis Area

Office and Agencies, Muskogee Area Office and Agencies, Indian organizations, Phoenix Area Office and Agencies, Portland Area Office and Agencies, Sacramento Area Office and Agencies, speeches – D. Myer, studies and surveys, and **Window Rock Area Office** and Agencies.

**OFFICE REPORTS , 1865-1972. 3 boxes *ARC 300308*** (ENTRY 180 L). This series consists primarily of weekly and monthly reports relating to administrative and program activities. Weekly reports from Area Offices contain information provided by agency officials within their jurisdictions. The reports relate to such subjects as employment, housing, education, cultural activities, agricultural loans, law enforcement, training programs, and tribal elections. Monthly staff reports document policy and program decisions in the areas of education, economic development, and community, management, and operating services. Also included are the Commissioner's remarks to the Secretary's Advisory Committee, Western Inter-Tribal Coordinating Committee, the House Committee on Interior and Insular Affairs, and the National Congress of American Indians; and HUD planning grants for Indian reservations. Arranged by type of report, and thereunder chronologically by year.

**RECORDS RELATING TO THE HOPI-NAVAJO LAND DISPUTE, 1967-1972. *ARC 300309*** (ENTRY 180 M). These records relate to a long-term land dispute between the Hopi and Navajo tribes. Included are correspondence, memorandums, studies, maps, news clippings, and reports on the joint-use area; briefing books on the history of the dispute; transcripts of negotiations; and proposed legislation for the resolution of the dispute. Arranged in rough alphabetical order by subject.

**TRIBAL CONFERENCE FILES OF COMMISSIONER GLENN L. EMMONS, 1956-1958. 7 boxes *ARC 300301*** (ENTRY 180 N). This series consists of transcripts, minutes, and administrative memorandums that document conferences involving Bureau of Indian Affairs (BIA) Central Office staff, field staff, and tribal representatives. The majority of the records relate to Commissioner Glenn Emmons' meetings with tribal leaders in Phoenix, Arizona; Omaha, Nebraska; Denver, Colorado; El Paso, Texas; Salt Lake City, Utah; Seattle, Washington; Portland, Oregon; Boise, Idaho; Des Moines, Iowa; and Dallas, Texas. Subjects covered during the conferences included industry; health; land; old age assistance; welfare; discrimination; roads; and alcoholism. Also included are transcripts of a 1958 conference in Phoenix, which focused on "Bureau Planning and Programming for Assumption of Resources Management by Indians." BIA staff from the Phoenix, Sacramento, and Gallup Area Offices participated, as well as representatives from tribes in California; Colorado; Nevada; New Mexico; Utah; and Arizona. The records relate to such subjects as

forestry; land operations; irrigation; soil and moisture conservation; credit; roads; and education. Arranged chronologically by date. A NARA-created box list is available.

**STATEMENT SHOWING LAND GRANTS MADE BY CONGRESS TO AID IN THE CONSTRUCTION OF RAILROADS, WAGON ROADS, CANALS, AND INTERNAL IMPROVEMENTS (November 27, 1907).** 1 vol. 0.134 cu ft (ENTRY 310 A)
This is a publication of the General Land Office of the Department of the Interior that sums up land grants made by Congress to aid in the construction of railroads, canals, wagon roads and other internal improvements. Tabulated entries include various information, based on the kind of construction, but samples of information found in them include date of grant, route of road, extent of grant in place, extent of indemnity limits, grantee, grantee of state, subdivisions of grant and present owners, and additional legislation affecting but not increasing grant. The time span covers grants from around 1829 up to 1906.

**PHOTOGRAPHS AND FIELD NOTES OF SURVEYS OF THE OF NAVAJO RESERVATION. 1903**. (ENTRY 318). Mounted photographs and field notes of surveys relating to proposed irrigation work along the San Juan River. These records are enclosures to a report that was submitted by Superintendent of irrigation George Butler. The report (file no. "31060-03") is among the general incoming correspondence of the Bureau (entry 91). A map submitted with the report is among the cartographic records of the Bureau. Arranged by enclosure number.

**LAND MANAGEMENT STANDARDS AND SURVEYS, 1940-1966**. 2 LTA-S boxes. (ENTRY 321 A)**.** This series contains reports and surveys concerning the current condition, management, and development plans for forage resources on Indian lands. Included are progress reports arranged by area offices (Aberdeen, Billings, Gallup, Phoenix, Portland) and a separate report and pilot study for the **Navajo**, annual reports, range seeding handbook, draft reviews and final review of the range management handbook, and site and condition surveys.

**LIST OF FIELD NOTES OF SURVEYS OF INDIAN LANDS AND RESERVATIONS.** n.d. l vol. 0.143 cu ft (ENTRY 311). Individual entries give name of reservation or other area surveyed and usually include the date of survey and the name of the surveyor for many of the field notes described in entry 313. There are also references to related records, mainly incoming correspondence and maps, and other notations. Volume references are given, but they do not coincide with the present numbering of the volumes. References to the Ancient and Miscellaneous Surveys (entry 315) are included. Copies of correspondence and lists of contents of some of the volumes have been inserted.

There are references to records dated from 1796 to 1911. There are also some notes relating to Geological Survey field notes. Entries are arranged alphabetically by name of State.

**GUIDE TO FIELD NOTES OF SURVEYS OF INDIAN LANDS AND RESERVATIONS. ca. 1914-19**. 1 vol. 0.057 cu ft (ENTRY 312). Consists of lists of the areas of land surveyed and described in each of volumes 1-165 of the records described in entry 313, with a few notations for higher numbered volumes. The information is entered in the guide (apparently compiled during the period 1914-19) in the same order as the volumes are numbered and arranged. Also included is an alphabetical index, chiefly to names of reservations or other geographic locations, giving volume references (and, sometimes, page references) in the field notes. This index is for all the volumes, not only the first 165.

**BOUND FIELD NOTES OF SURVEYS OF INDIAN LANDS AND RESERVATIONS. 1832-1919.** 287 vols. 58.812 cu ft (ENTRY 313). Surveyors' records of the results of surveys--mainly cadastral but some astronomical ones. Most of the surveys were conducted under the supervision of the General Land Office. In addition to the notes themselves, some of the volumes include copies of correspondence and other documents. Arranged numerically by number assigned to the volume; but some numbers are missing and there are some unnumbered volumes. The numbers were assigned apparently after the volumes had already been arranged in rough alphabetical order by name of State or Territory. The volumes for each reservation are usually together. In the higher numbered volumes (chiefly for more recent surveys) the geographical arrangement is no longer followed. For finding aids for these records, see entries 311 and 312. For other field notes, see entries 314, 315, and 317-321. Additional field notes have been retained by the Bureau, and there are others among the records of the former General Land Office (in Record Group 49).

**UNBOUND FIELD NOTES OF SURVEYS OF INDIAN LANDS AND RESERVATIONS.** 11.994 cu ft (ENTRY 314). These notes are essentially a continuation of the series of records described in entry 313, although there is some overlapping of dates. Arranged by State, thereunder by reservation, and thereunder by location of land.

**REAL ESTATE APPRAISAL REPORTS, 1960-1974.** 7 boxes 2.856 cu ft (ENTRY 314 A). This series consists of real estate appraisal reports compiled for the Branch of Real Estate Services of the Land Division of the Bureau of Indian Affairs by independent appraisers. These land appraisals contain such information as legal descriptions, location, land value, mineral rights, flood history, history of the property, assessed valuation and taxes, description of the

land, improvements, highest and best use, and fair market value. Some black and white photographs and maps are included, showing the land, houses, barns and outbuildings, and small businesses. The reports are arranged by Area Offices and cover reservations and individual plats.

**FIELD NOTES OF ANCIENT AND MISCELLANEOUS SURVEYS. 1797-1887**. 1.008 cu ft (ENTRY 315). These records were once bound as volumes 299-302 of the field notes described in entry 313. They consist of notes of early surveys and also of some more recent ones that were not voluminous enough for a separate volume. Many of the notes are enclosures to incoming letters. They have been kept in the same order as that in which they were formerly bound, but no pattern for this order has been discerned. A list of the notes, with references to related correspondence, is included with the records.

**LAND MANAGEMENT STANDARDS AND SURVEYS, 1940-1966**. 2 LTA-S boxes. 0.816 (ENTRY 321 A). This series contains reports and surveys concerning the current condition, management, and development plans for forage resources on Indian lands. Included are progress reports arranged by area offices (Aberdeen, Billings, Gallup, Phoenix, Portland) and a separate report and pilot study for the **Navajo**, annual reports, range seeding handbook, draft reviews and final review of the range management handbook, and site and condition surveys.

**MAPS OF STATES SHOWING INDIAN CESSIONS AND MILITARY LANDMARKS.** n.d. 0.322 cu ft (ENTRY 322). Printed maps of States, with penciled notations showing Indian land cessions. Included are a few maps showing military establishments, battle sites, and other places of interest. On some of the maps no notations were made. The maps were printed in 1839, 1841, and 1855; there is no indication, however, of the dates when the notations were made. Arranged in two sets: one for maps showing land cessions and one for maps showing military landmarks. The maps in each set are ranged by geographical location of State.

**LETTERS RECEIVED RELATING TO ALLOTMENTS AND CERTIFICATES. 1871-87**. 0.504 cu ft (ENTRY 329). Mainly letters transmitting receipts for certificates of allotment. These letters have been segregated from the general incoming correspondence of the Bureau (entries 79 and 91). In some cases there is only a cross-reference or transmittal letter, but often included are the receipts themselves. Arranged chronologically by date of receipt.

**INDEX TO LETTERS RECEIVED RELATING TO ALLOTMENTS. 1907-09.** 1 vol. 0.236 cu ft (ENTRY 330). Given are file references for incoming letters

concerning allotments, patents, surveys, and related subjects. Arranged in alphabetical sections by name of person or by subject.

**INSTRUCTIONS TO ALLOTTING AGENTS. 1892-1909.** 1 vol. 0.281 cu ft (ENTRY 331). Copies of letters sent by the Commissioner of Indian Affairs to allotting agents giving them instructions for specific assignments. There is an alphabetical index by name of agent or reservation or by subject.

**RECORD OF APPLICATIONS FOR ALLOTMENTS. 1908-18, 1 vol.** 0.252 cu ft (ENTRY 332). Given for individual applications are name of applicant, file reference, decision on entitlement, and sometimes an application number. The dates given above are those of the references rather than of the compilation of the volume. Entries are arranged by name of tribe in no discernible order, but there is an alphabetical index to names of tribes. The entries for each tribe are arranged in rough chronological order.

**REGISTERS OF CORRESPONDENCE CONCERNING CERTAIN PERSONS. 1915-22.** 8 vols. 0.689 cu ft (ENTRY 335). Entries give file references for incoming letters in the general classified correspondence (entry 121) relating to certain persons and concerning chiefly allotments and heirship cases. There are some entries relating to other subjects. Some indication of the handling of the letter within the Bureau is usually given. The first volume, covering the period March 15-September 14, 1915, is arranged chronologically. Thereafter there is a volume for each year from 1915 through 1921. There are some entries for 1922 in the 1921 volume. Entries in each of these volumes are arranged, in alphabetical sections, by initial letter of surname of person; thereunder the arrangement is chronological, usually by date of filing.

**LETTERS SENT RELATING TO LAND ALLOTMENTS** 6 boxes (5 lta, 1 lga**)** 2.544 cu ft (ENTRY 336). Copies of letters sent by the Bureau and usually signed by the Chief Clerk. Included are copies of enclosures and related documents, particularly copies of letters sent by the Office of the Secretary of the Interior. Arranged for the most part in rough chronological order. Documents relating to a particular subject, however, are often grouped together.

**TRACT BOOKS. ca. 1857-1912**. 51 vols. 14.016 cu ft (ENTRY 340). These volumes show allotments made on Indian reservations under various laws and treaties. The contents of the volumes vary somewhat. Some information is given for each subdivision--at least the location. Given for individual allotted tracts are the English and/or Indian name of the allottee, information concerning the approval and issuance of the patent, and sometimes the valuation of the land. There are a few notations dated as late as 1920. Arranged for the most part alphabetically by name of reservation or tribe. For some reservations there are several volumes. Within each volume the entries are arranged by tract of

land. For finding aids, see entries 337 and 338. For other tract books, see the records relating to trust lands. We have a list of tract books.

**PLATBOOKS. 1858-1923**. 23 vols. and unbound papers 8.437 cu ft (ENTRY 341).
Platbooks mainly concerning reservations, but including some concerning oil lands and coal lands. Most of the plats show individual allotments. The volumes vary in their contents. Sometimes included are blueprints, overlays, photostats of General Land Office records, or penciled plats. Arranged by name of reservation, generally in alphabetical order but with some variation to accommodate the different sizes of volumes. Entries in each volume are arranged by location of land. For other plats, see entries 334, 342, 347, 396, and 642. See also tract books (entry 340) and allotment schedules (entry 343). We have a list of platbooks. Many platbooks have been retained by the Bureau.

**ALLOTMENT SCHEDULES. 1856-1935**. 46 vols. and unbound papers. 32.594 cu ft (ENTRY 343). Chiefly schedules showing the land allotments of individual Indians, but including some schedules of land set aside for special purposes, such as schools, missions, agency buildings, and cemeteries. Included also are some unapproved schedules of selections. With some of the schedules there are plats, affidavits, and correspondence. Entries for individual allotments usually give name of allottee, some personal information (such as age, sex, and position in family), and location and acreage of the allotment. Information is sometimes given concerning the issuance of the patent. Arranged in rough alphabetical order by name of tribe, reservation, or geographic location; but there are some modifications to accommodate varying sizes of volumes. Some of the volumes also include schedules for more than one tribe. The individual schedules are usually arranged by allotment number. These numbers were sometimes assigned in alphabetical order by name of allottee or in chronological order, but usually there is no discernible pattern to their sequence. Some of the volumes include alphabetical indexes to names of allottees. We have a list of allotment schedules.

**SCHEDULES OF INDIAN HOMESTEADS ON WHICH TRUST PERIOD WAS DUE TO EXPIRE. ca. 1915-17**. 1 vol. (ENTRY 350). Comprise a record of homesteads of Indians not living on a reservation on which the trust period was due to expire in 1916 or 1917. Given for individual homesteads are name of State or Territory, name of land office, location and acreage of land, name of allottee, and information concerning the patent; and often included are the date of expiration of the trust period, references to records, and other information. Entries are arranged by the year in which the trust period was due to expire and thereunder in order of entry in another volume not located among the records of the Bureau now in the National Archives.

**SCHEDULES CONCERNING SURVEYING AND ALLOTTING. 1907-. 1909**. 1 vol. 0.143 cu ft (ENTRY 351). Chiefly two types of schedules. One type is a record of payments made--mainly to agents--showing for individual payments the name of the person to whom payment was made, date, authority number, amount appropriated, amount authorized, and balance remaining. The other type is an abstract of weekly reports by allotting agents, giving a statistical account of their accomplishments and expenditures. Included are some other schedules (largely fragmentary) concerning allotments approved, patents issued, family history cards, and other subjects. Also included are some file references to records. Arranged by type of schedule and thereunder for the most part by names of reservation. For a later reference volume concerning expenditures for surveying and allotting, see entry 352.

**RECORDS OF PURCHASE OF LANDS WITH TRUST AND UNSCHEDULED FUNDS, VARIOUS TRIBES ca. 1930's-1940's.** 1 vol. 0.219 cu ft (ENTRY 406 B). This series consists of a ledger recording land purchases by Indian tribes. The columns include a record of options, record of deeds, abstracts, area, costs, and name of grantors. The tribes include the Blackfeet in Montana, Choctaw in Oklahoma, Coleville in Washington, Cherokee in North Carolina, Flathead in Montana, Fort Hall Reservation in Idaho, Fort Peck Reservation in Montana, Lummi in Washington, Makah in Washington, Minnesota Chippewa, Nez Perce in Idaho, Navajo in Arizona, Pueblo in New Mexico, Round Valley Reservation in California, Seneca-Cayuga in Oklahoma, Southern Ute in Colorado, Spokane in Washington, Uintah and Ouray in Utah, and Warm Springs in Oregon. Also attached to the ledger is an envelope of correspondence with the Commissioner of Indian Affairs concerning these transactions, from 1939. Records are arranged by tribe or reservation, in alphabetical order, as noted in description.

**APPLICATIONS FOR PERMITS TO PROSPECT FOR OIL AND GAS, 1921-1927** 14 boxes LGA-S 6.552 cu ft (ENTRY 414 A). These records consist of applications for individuals and companies to do exploratory drilling on Indian lands in Arizona, New Mexico, and Utah, searching for gas and oil. The applications also include correspondence and legal documents, such as bonds and petitions, either filed in support of the application or documenting the application progress. Arranged by regional office and thereunder by application number. [Creator: Department of the Interior; Bureau of Indian Affairs; Division of Resources]. Related numbers: accession #NN3-075-95-012, records center #075-53B and 53C-3067.

**RECORDS RELATING TO FARMING AND GRAZING LEASES 1940 – 1949** 6 boxes LTA-S 2.448 cu ft (ENTRY 414 B). These records concern leases by private companies and individuals to raise crops and livestock on Indian lands.

Many aspects of these transactions, including disputes among the various parties to these leases, are the subjects of these files. They contain **clippings**, correspondence, memoranda, telegrams, resolutions, and other legal documents. Arranged by agency or tribe, chronologically by year, and numerically by file thereunder. [Creator: Department of the Interior; Bureau of Indian Affairs; Division of Resources]. Related numbers: accession #NN3-075-95-012, records ctr #075-53S-0367.

**RANGE UNIT RECORDS RELATING TO GRAZING 1949-1963** 3 OS ledgers 5.665 cu ft (ENTRY 414 BB). This series consists of oversized ledgers providing information on individuals' grazing accounts such as location and acreage; type and number of livestock (cattle, horses, sheep and goats); grazing season, value and fees. Arranged chronologically by year and thereunder alphabetically by agency.

**RECORDS RELATING TO LAND TENURE AND ACQUISITION 1917- 1947** 21.912 cu ft (ENTRY 414 D). This series includes leasing records, including lease forms, statistical and narrative reports, circulars, correspondence, memoranda, and orders, relating to the leasing of Indian lands to non-Indians; and other records relating to the acquisition of lands by the federal government for use by Native Americans under provisions of the IRA Indian Reorganization Act. Included are preliminary and final project plans for land acquisition under the IRA; land purchase record cards for each project; maps of reservations and other tribal lands; correspondence; reports; minutes of tribal council meetings, tribal constitutions and by laws; legislation; reports and schedules of appraisals. The correspondence includes communication with land field agents, and budget recommendations. Oversized maps connected with this series have been transferred to the Cartographic Branch at College Park. [Creator: Department of the Interior, Bureau of Indian Affairs, Office of the Commissioner, Division of Resources, Branch of Land] Folder list available.

**RECORDS RELATING TO LAND TRANSFERS FROM FEDERAL AGENCIES, 1935-1944** 2 boxes LTA-S 0.816 cu ft (ENTRY 414 E). This series consists of records relating to lands originally under the jurisdiction of the Department of Agriculture, acquired through the Resettlement Administration. The Resettlement Administration was one of several agencies responsible for acquiring land for redistribution projects that offered assistance to needy families. Executive Orders contained in these records provided for the transfer of custody to the Department of the Interior. These lands were placed under the control of the Secretary of the Interior for use and administration through the Commissioner of Indian Affairs, for the benefit of such Indians as he might designate, under the conditions that would best carry out the purposes of the land conservation and utilization programs. Arranged by subject . [Department of

the Interior, Bureau of Indian Affairs, Land Operations Branch] Acc # NN3-075-095-013 Rec. Ctr. # 075-53Z 0367

**CARD FILES RELATING TO LAND ACQUISTION AND UTILIZATION, 1934-1947**. 3 boxes PHO-G 1.008 cu ft (ENTRY 414 F). This series contains transferred Resettlement Administration Land Utilization Division records consisting of Regional Office Case Record Cards, 1934-1936 and Land Acquisition Project Cards, 1935-1937. Arranged by project names. The case cards include information such as option and file numbers, dates of expirations of options, number of acres, price per acre, date accepted, date acquired, land use, appraised and assessed value, and tax and mortgage information. The project cards contain name of reporting agency, location and name of the project, proposed method of acquisition, actions of other agencies and notes. The cards include Office of Indian Affairs projects for which the Resettlement Administration acted as purchasing agent for acquiring the lands. Box List available. Acc # NN3-075-095-0128 Rec. Ctr. # 075-53X- 0367 boxes 1686-1687.

**RECORDS RELATING TO IRA LAND ACQUISITION PROJECTS 1934-1946** 2 SUI-S boxes. 1.660 cu ft (ENTRY 414 G). This series consists of records created under the IRA. Included are descriptions of the Ute Project (Uintah and Ouray Reservation)) and related plat maps and photographs; correspondence and memoranda concerning funding, projects, and individual tracts; maps; and project summaries. Project summaries are arranged alphabetically by States and thereunder by project names. Subjects include school funds, land acquisition in Alaska, tribal projects, IRA purchases, and contract and expendable lands from 1936-1942. Information in the summaries includes project names, reservation or jurisdiction, acceptance and authorization of title papers by the Bureau of Indian Affairs, final purchase information, and remarks. Acc # NN3-075-095-003 Rec. Ctr. # 075-68A-3531, bundles 1-4

**ACCOUNT BOOK FOR INDIAN TRUST LANDS AND CERTIFICATES OF INDEBTEDNESS ca. 1865-73.** 1 vol. 0.219 cu ft (ENTRY 422). Consists of accounts of individual holders of certificates of indebtedness; accounts current of the Secretary the Interior concerning various land sales; journals of trust land sales; schedules of bids, awards, and receipts of funds; and other statements and tables. Arranged in rough chronological order. There is an alphabetical index, chiefly to names of persons.

**STUBS OF CERTIFICATES OF COMPETENCY. 1911-ca. 1918**. 2 vols. 0.286 cu ft (ENTRY 488). Issued to individual members of various tribes in conformance with an act of June 25, 1910 (36 Stat. 855). Many of the stubs give name of Indian, name of agency or tribe, allotment number, location and some-

times acreage of allotment, a file reference, and date of issue of certificate. Other stubs give less information--in some cases only the name of the Indian is given. The latest year noted on a stub is 1916, but some of the certificates may have been issued later. The dated stubs are arranged chronologically.

**CERTIFICATES OF COMPETENCY, VARIOUS TRIBES, Jan.23, 1911-Mar. 23, 1954.** 3 vols. 0.657 cu ft (ENTRY 488 A). Issued to allottees "found to be fully competent and capable of transacting" their "own business and caring for" their "own individual affairs." Edward E. Hill, Guide to Records in the National Archives of the United States Relating to American Indians, states: "These certificates removed the restrictions on land sales, although some of the specific acts exempted the homestead or land on which the Indian was living. The certificates were issued on the recommendations of special boards, Indian agents, and the Commissioner to the Five Civilized Tribes." (p. 85). The certificates also give a description of the location of the allotee's land. They were issued in accordance with an Act of Congress of June 25, 1910. Arranged chronologically.

**RECORD OF FEE PATENTS, VARIOUS TRIBES, 1943-52.** 1 vol. 0.657 cu ft (ENTRY 498 A). Arranged into several categories, thereunder arranged chronologically by date of approval. Some of the categories are patents in fee, disposals by deed, sales by deed, and removals of restrictions. Each entry lists name of allottee, allotment number & reservation, area disposed of, consideration, department approval date, file reference, and clerk. Attached to the rear cover is a pocket containing correspondence relating to the statistics in this volume. The volume is numbered 2-B.

**INDEX TO REGISTER OF INDIAN DEEDS TO INHERITED LAND. 1903-09**. 1 vol. 0.219 cu ft (ENTRY 503). An index to names of grantors and grantees of deeds registered in the volume described in entry 504, giving the name of the other party to the transaction and page references. Arranged in alphabetical sections by initial letter of surname. Within each section the names of grantors are segregated from those of grantees and thereunder the individual entries are arranged numerically by page references.

**REGISTER OF INDIAN DEEDS TO INHERITED LAND. 1903-09**. 1 vol. 0.219 cu ft (ENTRY 504). A register of incoming letters, usually from agents, transmitting deeds for inherited land. Each entry gives file number of letter, name of responsible agency, date of transmittal, name of Bureau clerk handling the matter, names of grantor and grantee, and notations of the actions taken by the Bureau and by the Department of the Interior. Arranged by file number of transmittal letter; this number was assigned in chronological order by date of receipt of letter. For index, see entry 503.

Note:
The following **Indian Deed Volumes** (ENTRIES 504 A, B, and C) are indexed by two sets of index cards arranged by the names of Grantors, and Grantees (see Entries 111 A and 111 B). The cards give references to specific volumes and pages, and dates of transferals. The dates go back to 1825, but the cards were compiled in the twentieth century and were stopped in 1961.

**INDIAN DEEDS, INHERITED LANDS, ca. 1903-1967**. 51 vols. 13.941 cu ft (ENTRY 504 A). Arranged in rough chronological order. These document sales of inherited allotments and allotments of non-competents. Among the types of deeds included are: Indian Deed to Inherited Lands, General Warranty Deed, Quit Claim Deed, Guardian's Deed, Sheriff's Deed on Partition, Sheriff's Deed to Improvements, Warranty Deed, and Deed of Right of Way. Former volumes 52 through 199 were unbound at some point and are included as loose documents at the end. However only small portions exist in some instances. Volume 53 and Volume 55 are missing.

**INDIAN DEEDS, 1824-1956.** 22 vols. 6.582 cu ft (ENTRY 504 B). Arrangement is in roughly, though not always exact, chronological order. The deeds and accompanying papers for those sales of reserves of individual Indians contained in these volumes required the approval of the Secretary of the Interior. (Cf. Hill, p. 86) Each volume has a name index in the beginning which is alphabetical by the first letter of the surname. Former volumes 23 through 38 were unbound at some point and are included as loose documents at the end.

**MISCELLANEOUS INDIAN DEEDS, 1880-1932.** 9 vols. 1.971 cu ft (ENTRY 504 C). This set "includes deeds for railroad rights-of-way and terminals, mortgages of railroad companies, deeds to the United States for official purposes, tribal and individual contracts with attorneys and agents, logging contracts, leases, and various other kinds of deeds and related documents." (Hill p. 86) Each volume begins with a name index arranged alphabetically by first letter of surname. Arrangement is roughly, though not always exactly, in chronological order.

**POWERS OF ATTORNEY FOR GRAZING LEASES. 1931-35**. 9.384 cu ft (ENTRY 519). Forms, signed by Indian allottees or heirs, authorizing agency superintendents to enter into agreements for grazing leases on individual allotments. Included are some plats and schedules of allotments. Arranged alphabetically by name of reservation and thereunder by range or grazing unit.

**LAND LEASE AND PERMIT REPORTS. 1959-1962**. 3 LGA-S boxes 1.512 cu ft (ENTRY 520 A). This series consists of periodic reports and summaries on Bureau forms 5-117, 5-118, 5-152, and 5-153, showing accomplishments,

statistical information and related correspondence on all phases of real property management. Files contain information regarding acquisitions and disposals of lands, surface leases and permits, oil and gas and other mining leases and permits, land planning and real estate appraisals. Arranged numerically by form and thereunder by date.

**ABSTRACTS OF FARMING REPORTS. 1863-65**. 1 vol. 0.219 cu ft (ENTRY 677).
Abstracts consist of statistical data compiled from annual reports submitted by agents. The abstracts give information concerning acreage, buildings, crops, livestock, sale of fish and furs, manufacture of sugar, and other aspects of Indian agriculture. Arranged by agency and thereunder by year. Occasionally there are breakdowns for individual tribes or reserves. There is a table of contents. The volume is labeled "Vol. 1"; however, no other volumes have been located among the Bureau records now in the National Archives.

**EVIDENCE CONCERNING DEPREDATION CLAIMS. ca. 1835-96**. 26.520 cu ft (ENTRY 700). Affidavits of claimants and witnesses, reports of agents and other field officials, reports of the Commissioner of Indian Affairs to the Secretary of the Interior, decisions of the Secretary of the Interior, transmittal letters and other correspondence, and other records concerning individual claims of whites and Indians for depredations by Indians (and a few claims of Indians against whites). Many of the records were originally parts of the general incoming correspondence of the Bureau (entries 79 and 91). In many cases there are only endorsement sheets or jackets remaining, for the records were transferred to the Court of Claims. There are a few copies of records dated as late as 1908 and on some endorsement sheets there are notations dated as late as 1911. Arranged by claim number.

**REPORTS OF INDUSTRIAL SURVEYS. 1922-29**. 20.715cu ft (ENTRY 762). Most of these surveys were made in 1922 and 1923. The reports, submitted by agency superintendents, consist chiefly of descriptions of home and farm conditions of individual Indian families. Included are many photographs. Included also are some correspondence concerning surveys, copies of annual narrative reports of superintendents, and other pertinent records. The records are arranged alphabetically by name of agency and thereunder chronologically by date of report.

**CENTRAL CLASSIFIED FILES RELATING TO EXTENSION BRANCH ACTIVITIES, 1933-50.** (ENTRY 786 A). Arranged in alphabetical order by name of agency or reservation with general records and an index at the beginning. Content and volume vary considerably across agencies with records for the Navajo, Pine Ridge, and Wind River reservations being the most

extensive. Much of this series was withdrawn from the Central Classified Files, especially the (916) and (919) decimal codes. Indexes listing CCF files for certain agencies are attached. The major topics are: farming, stock raising, housekeeping, and home extension. Common are annual narrative reports prepared by extension agents regarding the progress of programs on reservations. TC-BIA "Reconnaissance Surveys" are another recurring document, prepared by the Department of Agriculture's Soil Conservation Service. (See ENTRY 797F for a more comprehensive collection of these surveys). Records relating to fairs held on reservations, excerpts from "supervisor's report on jurisdiction visits", and copies of tribal minutes and resolutions related to extension activities are included. There are also detailed reports on particular projects such as the Pine River Project under the Consolidate Ute agency. Maps and photographs supplement the textual records. 18 boxes See ENTRY 797A, extension of these records

**ANNUAL REPORTS AND WORK PROGRAMS. 1934-43**. (ENTRY 789 A). Statistical and narrative reports from field officials concerning extension work, mainly for 1934, and work programs, mainly for 1935. Many photographs, including negatives, are attached. There are also transmittal letters and sometimes other correspondence. There are a few records dated earlier than 1934. Arranged alphabetically by name of agency or other jurisdiction. For earlier annual reports, see entry 788. There are also annual reports with the central classified files of the Bureau (entry 121). 6 boxes

**MISCELLANEOUS EXTENSION BRANCH MATERIAL AND REPORTS, 1939-51.** 2 boxes (ENTRY 797 A). Arranged in alphabetical order by name of agency with miscellaneous records at the beginning. This is essentially an accretion to ENTRY 786A with the content being somewhat more recent. There is a collection of photographs relating to the cattle industry (possibly fragments from another series). Also included are "Food for Freedom" pamphlets relating to Indian agricultural production for the war effort. The pamphlets date from January 1942 to October 1946. There are also annual reports of extension activities. Unique to this series are reports entitled "Bar Charts Showing Results of Extension Work". These were generally submitted in 1947 for various agencies across a multi-year time frame.

**RECORDS RELATING TO NAVAJO SOIL CONSERVATION ACTIVITIES, CA 1933-50. 1 box.** (ENTRY 797 C). A collection of statistical reports, memoranda, and correspondence related to soil conservation activities on the **Navajo** reservation. Beyond soil conservation, the reports deal with the related issue of over-all economic development among the Navajos and reducing their reliance on livestock raising. Numerous plans and initiatives were suggested and

assessments made in that regard. Included are memoranda of understanding reflecting the cooperation between the BIA and the Soil Conservation Service. The correspondence is largely between headquarters and field officials based in Window Rock, AZ. There is also some correspondence from citizens asking for assistance on erosion control problems. Also included is a report by various non-governmental organizations, including the American Civil Liberties Union, that highlight the Navajo's economic problems and critique BIA policy. Unarranged.

**ANNUAL REPORTS AND WORK PROGRAMS, ANNUAL REPORTS BY AGENCY, 1943-1945.** Addition to the above series. 8 boxes (ENTRY 798 B)

**PRESS COPY BOOK OF SAMUEL E. SLATER. 1900-1909**. 1vol. 0.236 cu ft (ENTRY 825). Slater was Chief of the Finance Division until 1908 when he became Chief of the Purchase Division. This book consists of press copies of reports to the Commissioner of Indian Affairs, concerning financial affairs, letters sent, and memoranda prepared by Slater. Some of the letters are informal and personal. Arranged chronologically. There is an alphabetical index to names of addressees and subjects.

**REGISTER OF LETTERS RECEIVED BY THE SECRETARY OF WAR CONCERNING INDIAN FINANCES. 1834-38.** 1 vol. 0.236 cu ft (ENTRY 826).
Entries for individual letters give name of writer, date of letter, file number, and subject. Arranged in rough chronological order and numbered consecutively. There are some estimates and other financial statements in the back of the volume.

**LETTERS CONCERNING FINANCIAL AFFAIRS SENT BY THE SECRETARY OF THE INTERIOR TO OFFICIALS IN INDIAN TERRITORY, 1900-1906.** 1 vol. 0.408 cu ft (ENTRY 826 A). The letters in this volume pertain to a wide variety of financial matters including payments of warrants and purchases of supplies. Some letters to the Secretary from the Indian Inspector for Indian Territory are included. An index arranged alphabetically by first letter of entry is located at the beginning. The letters are in press copy format and some are barely legible. On the left side of most letters is a reference to the numbered correspondence of the Indian Territory Division. Arrangement is in chronological order.

**ENTRY 827. LETTERS RECEIVED BY DISBURSING AGENT SAMUEL HUMES PORTER. 1844-46.** 0.281 cu ft (ENTRY 827). Porter was disbursing agent for the central office of the Bureau. Most of the letters are from the Treasury Department. Arranged chronologically.

**INSTRUCTIONS SENT TO NEW AGENTS AND THEIR PREDECESSORS. 1881-84.** 1 vol. 0.236 cu ft (ENTRY 828). Press copies of instructions sent to newly appointed or newly assigned agents and to the agents whom they were to succeed. The instructions relate chiefly to the submission of bonds, the transfer of cash and property, and the rendering of accounts. Arranged chronologically. There is an alphabetical index to names of addressees. The letters in this volume are not usually in the main series of press copies of letters sent by the Bureau (entry 96).

**ABSTRACTS OF REPORTS. 1870-75, 1891-99**. 1 vol. 0.219 cu ft (ENTRY 829).
Chiefly abstracts of reports to the Secretary of the Interior. Each abstract gives date and subject matter of report, and volume and page reference in the Division's press copy books (see entry 96). The abstracts are divided into three sections: one section for reports concerning special appropriations, 1870-75, arranged chronologically; and two general sections for reports for the periods 1870-75 (with a few later entries) and 1891-99, respectively, arranged alphabetically by subject or by name of agency or person and thereunder chronologically.

**CIRCULARS. 1890-1918**. 0.504 cu ft (ENTRY 830). Circulars relating mainly to accounts issued by the Bureau. Included are some Treasury Department circulars, Executive orders, orders of the Secretary of the Interior, rules and regulations, copies of acts of Congress, and sample forms. Two of the Bureau circulars were issued before 1890. The circulars are arranged chronologically. Many of the circulars are not with the general series of circulars of the Bureau (entries 131 and 132).

**REFERENCE BOOK CONCERNING POLICES AND PROCEDURES. 1906-08**. 1 vol.2.040 cu ft (ENTRY 831). Consists of copies of circulars, decisions of the Comptroller of the Treasury, letters sent, orders of the Secretary of the Interior and the Commissioner of Indian Affairs, and other records concerning financial policies and procedures. Arranged in rough chronological order. There is an alphabetical subject index.

**MEMORANDA TO FIELD OF ACCOUNTING PROCEDURES, 1952-1967**. 11 vols. 2.448 cu ft (ENTRY 831 A). Arrangement is in general chronological order. These were sent out to the numerous field units of the bureau. Examples of subjects covered in these memoranda are payroll forms, designation of deputy disbursing agents and certifying officers, installation of revised accounting system, copies of drafts on Manual of Accounts, and prompt payment of bills. The memoranda are kept in binders and a listing of the memoranda by subject and date are kept at the beginning of each binder.

**BUDGET AND FINANCE LETTERS, ca. 1949-1968**. 2.040 cu ft (ENTRY 831 B).
Arrangement is by letter and supplement number. Examples of subjects covered in letters are modifications in accounting procedures, submission of statement of depositary account and report of checks drawn by disbursing officers, requirements for preparation of forms, withdrawals and credits between appropriations, and accounting for limitations and working fund subsidiary accounts. Some letters are hand-annotated with notes on when they were rescinded or when they were mailed to the field . A listing of letters by number in each file is kept at the beginning of each respective file.

**FINANCE AND BUDGET MEMORANDA AND ORDERS, 1949-52.** 0.408 cu ft (ENTRY 831 C). Arrangement is in chronological order. Included are orders 548, 554, 547 and Budget-Treasury Regulations 1 & 3. Examples of subjects of these documents are allotment ledger accounts and reporting procedures, objective classification reports, procedures for control of obligations under apportionments, and monthly budget status reports. A listing of these memoranda and orders is to be found in the beginning of the first folder.

**CIVIL SERVICE RETIREMENT AND INSURANCE MEMORANDA, 1954-61**. 0.408 cu ft (ENTRY 831 D). Arrangement is by subject. The files include a retirement manual and a life insurance manual from the US Civil Service Commission, transmittal sheets of manual changes, Departmental memos on retirement and on insurance, and Bureau memos retirement and on insurance.

**BUREAU FORMS, 1962-65**. 0.438 cu ft (ENTRY 831 D). Arrangement is in chronological order. The forms record detailed budgetary data on appropriations and apportionments for all aspects of bureau activity. Bureau forms 1-4 are included for all major categories of activity. Apportionments are usually listed on an obligation basis (SF-132) and occasionally on an accrual basis (SF-142). Also included is SF-225 which is a report on obligations. SF-225 is only present for the period June 1964-May 1965.

**BUDGET MANUAL, ca. 1951-66**. 0.816 cu ft (ENTRY 831 F). These files contain the pages of a BIA Budget Manual. Samples of properly filled out forms comprise a substantial segment of the manual. Also included are numerous transmittal sheets containing revisions and updates to the manual.

**JOURNAL. 1827-31**. 1 vol. 0.219 cu ft (ENTRY 835). A record of financial transactions of the Bureau- entered under two headings, Appropriations and Sundries. Arranged for the most part chronologically. Entries for each of the two headings are sometimes grouped together.

**LEDGERS. 1833-53.** 7 vols. 1.305 cu ft (ENTRY 836). Consist of accounts of appropriation items, accounts with banks, and some other accounts. The individual volumes cover varying periods of time, sometimes overlapping. Most of them appear to be ledgers maintained by individual disbursing officers in the Bureau. Each ledger is arranged by accounts, which are sometimes grouped into broad subject areas. There is an alphabetical subject index in each volume. For the main series of appropriation ledgers begun in 1837, see entry 837.

**APPROPRIATION LEDGERS. 1837-1921**. 96 vols. 18.396 cu ft (ENTRY 837).
These ledgers were used to account for individual items in congressional appropriations. Their form and arrangement varied over the years. For the period from 1837 until 1856 each volume contains the accounts for a number of fiscal years; and it is arranged either by fiscal year and thereunder by account or by account and thereunder chronologically. Beginning in 1856 more than one volume was in use at the same time. Different volumes were gradually set up for different classes of appropriation items. The classes used were Treaties and Supports, Schools and School Buildings, Indian Moneys-Proceeds of Labor, Trust Funds and Interest Funds, Reimbursable Appropriations, and Miscellaneous. In some cases two classes were combined in a single volume. All except the most recent volumes are numbered in order; some volumes, however, were divided when rebound. There are 96 volumes with the present bindings. Accounts in the individual volumes are arranged for the most part alphabetically by name of tribe or jurisdiction and thereunder the individual accounts are arranged chronologically. There are alphabetical subject indexes in most of the volumes. For appropriation warrants, which give a chronological record of appropriations, see entry 856. For other appropriation ledgers, see entry 836; and for other types of ledgers, see entries 838-845. The General Accounting Office has appropriation ledgers after 1921.

**RECORDS RELATING TO APPROPRIATIONS.** 1937-1966. 8 boxes 4.004 cu ft (ENTRY 837 A). Series consists of Interior Department Appropriations Bills, estimates of appropriations, and appropriations for various projects such Navajo Irrigation and the Upper Colorado River Basin.

**GENERAL APPROPRIATION LEDGERS. 1869-94**. 8 vols. 1.752 cu ft (ENTRY 838). These ledgers should probably be designated as "journals"; but they were known as ledgers in the Bureau. They balance receipts and disbursements of the Bureau and are arranged chronologically, with no breakdowns such as those in the appropriation ledgers (entry 837) or in other series of ledgers.

**LEDGER FOR REIMBURSABLE APPROPRIATIONS. 1866-1930**.

1 vol. 0.219 cu ft (ENTRY 839). Contains records of appropriations and reimbursements. Many of the accounts are for irrigation work or for surveying and allotting. The years given above refer to dates noted in entries; the volume was actually begun much later than 1866. Accounts are arranged for the most part alphabetically by subject and thereunder chronologically. There is an alphabetical subject index in the volume. Individual entries often include volume and page references to the main series of appropriation ledgers (entry 837).

**APPROPRIATION LEDGERS FOR EXPENDITURES FOR FIELD WORK. 1917-24**. 2 vols. 0.438 cu ft (ENTRY 840). These ledgers were used to record expenditures under appropriations for irrigation, surveying and allotting, determining heirs, support of schools, support of Indians, proceeds of labor, and other expenditures in the field. Individual accounts balance credits and debits from Treasury cash, disbursing officers' cash, allotments, encumbrances, and unavailable funds. One volume is for closed accounts and one is for current accounts. Accounts in each volume are arranged by class of appropriation. For the main series of appropriation ledgers, see entry 837.

**APPORTIONMENT LEDGERS. 1911-18.** 4 vols. 0.876 cu ft (ENTRY 841). Ledgers recording status of appropriation accounts arranged in different ways: by type of appropriation, alphabetically by title of appropriation item, or alphabetically by name of State concerned. For main series of appropriation ledgers, see entry 837.

**GENERAL APPROPRIATION LIABILITY LEDGER. 1909-11.** 1 vol. 0.281 cu ft (ENTRY 842). A ledger recording credits and debits to general accounts during fiscal years 1910 and 1911. Arranged by type of appropriation and thereunder for the most part in alphabetical order. For more detailed ledgers, see the main series of appropriation ledgers (entry 837) and the liability registers (entry 843).

**LIABILITY REGISTERS. 1909-16**. 39 vols. 8.541 cu ft (ENTRY 843). Ledgers recording individual authorizations for disbursements. The form was changed several times; but, in general, amounts authorized to be expanded are entered under the proper appropriation item. Arranged by fiscal year and thereunder alphabetically by name of agency or other jurisdiction. Accounts for each year not relating to any one jurisdiction are together and are arranged alphabetically by subject or by name of person or office. For most of the years the entries for each agency are arranged by appropriation item and thereunder chronologically; but for fiscal year 1910 the entries are arranged chronologically, with columns for the different appropriation items. For some of the years there are "controlling," in which all the transactions for a jurisdiction are entered in chronological order with references to the appropriation account, in which more detailed information is given. Some of the registers are missing; and none of the

sets of registers for fiscal years 1913-16 are complete. For a general appropriation liability ledger for fiscal years 1910 and 1911, see entry 842.

**EXPENSE AND INCOME LEDGER. 1919-22**. 1 vol. 0.219 cu ft (ENTRY 844). In this ledger (labeled as a cost ledger) different kinds of expenses of jurisdictions are balanced against their receipts for fiscal years 1920-22, showing gains or losses in financial positions. Arranged alphabetically by name of jurisdiction and thereunder by month.

**COST LEDGERS. 1921-36**. 16 vols. and unbound papers. 52.619 cu ft (ENTRY 845). Ledgers used to account for apportionment of individual disbursements and of disbursements over periods of time (chiefly months and quarters) according to the purpose of the expenditure. Amounts of disbursements are charged against items such as salaries, transportation, buildings, purchases of different kinds of goods, annuity payments, and trust fund payments. Through fiscal year 1930 the entries are arranged by fiscal year, thereunder alphabetically by name of agency or other jurisdiction, thereunder by appropriation item, and thereunder chronologically. Accounts for irrigation and for surveying and allotting and accounts for expenditures not relating to any one jurisdiction are entered after the regular accounts for jurisdictions for each fiscal year. Beginning in fiscal year 1931 a coded form was adopted on which all entries for an individual jurisdiction were entered in chronological order and there were no breakdowns by appropriation item.

**ANALYSES OF APPROPRIATIONS, STATEMENTS OF EXPENDITURES, AND SUMMARIES OF EXPENDITURES. 1917-31.** 1 vol. and unbound papers. 5.358 cu ft (ENTRY 846). Annual statements with the same headings as those in the cost
ledgers (entry 845). Arranged by fiscal year and thereunder by type of statement.

**ANNUAL STATEMENTS OF EXPENDITURES BY STATES. 1920-25**. 0.893 cu ft (ENTRY 847). Show amounts expanded under the following headings: Agencies and Indians, Boarding and Day Schools, Contract Schools, Allotment and Survey, Irrigation, Per Capita Payments and Pro Rata Shares, Attorneys, Miscellaneous, and Total. Arranged by fiscal year, thereunder alphabetically by name of State, and thereunder by name of jurisdiction.

**OPERATING STATEMENTS, 1965-1966.** 1.512 cu ft (ENTRY 847 A). Arrangement is by activity but in no discernible order. Detailed appropriations are listed for each type of activity (e.g. forestry, irrigation, housing, law & order) and broken down by area office. However, for no activity are all area offices represented. These appropriations are listed on standardized operating statements. Cost reports on computer paper are included for most activities.

Most records cover fiscal year 1966 but a few summaries of operating expenses for 1956-66 are found at the beginning of the series.

**STATE MENT OF EXPENDITURES BY AGENCIES AND SCHOOLS 1917-1931**, 8 boxes (ENTRY 847 B). Ledgers showing current expenses and the acquisition of property of agencies and schools, arranged into budget account categories with totals for the year. Arranged in chronological order and thereunder alphabetically by agency.

**RECORD OF REQUISITIONS. 1817-19.** 1 vol. 0.219 cu ft (ENTRY 848). Entries for individual requisitions give date, number, name of person in whose favor the requisition was to be issued, purpose, and amount. Included are some estimates for 1830 and 1831. Arranged chronologically. There is a separate section for requisitions for annuity payments.

**REQUESTS FOR REQUISITIONS. 1832-35**. 0.504 cu ft (ENTRY 849). Handwritten letters from the Commissioner of Indian Affairs and the Second Auditor of the Treasury to the Secretary of War requesting him to draw up requisitions for funds. Included are a few requisitions. The letters are arranged chronologically.

**PAYROLLS. 1834-52.** 4 vols. 0.504 cu ft (ENTRY 850). Receipts for monthly salaries received by employees in the central office of the Bureau. Arranged chronologically. There are payrolls, beginning in July 1853, among the records of the Finance Division of the Office of the Secretary of the Interior.

**BLOTTER FOR INDIAN STOCKS AND RECORD OF EXPENDITURES ON ACCOUNT OF CONTINGENCIES. 1837-53**. 1 vol. 0.219 cu ft (ENTRY 851). A very incomplete preliminary chronological record of transactions concerning stocks held for Indians, 1837-43, and a chronological record of expenditures for contingencies (chiefly purchases of supplies and payments for services) in the Washington office, 1841-53. For a more adequate chronological record of stock transactions, see the journals of Indian trust funds (entry 927).

**STATEMENTS OF FUNDS REMITTED. 1837-45, 1855-56, 1858-60, 1877.** 3.528 cu ft (ENTRY 852). Copies of statements of funds remitted to field officials, with some recapitulations. Most of the 1837-45 statements are recorded in the volumes of Miscellaneous Records (entry 113). Statements for 1855 are for the Southern Superintendency only and those for 1858-60 are for a special agent to the Miami of Indiana. For 1856 there is only one summary statement for funds for annuity payments. Arranged in chronological order- For the main series of statements, see ENTRY 854.

**INDEXES TO STATEMENTS OF FUNDS REMITTED TO FIELD OFFICIALS. 1872-76.** 3 vols. 3.528 cu ft (ENTRY 853). Indexes to names of persons, jurisdictions, and tribes in three of the volumes of statements described in entry 854 (for fiscal years 1873, 1875, and 1876). Arranged by fiscal year and thereunder alphabetically by initial letter of surname of person or by name of jurisdiction or tribe.

**TABULAR STATEMENTS OF FUNDS REMITTED TO FIELD OFFICIALS. 1870-1908.** 40 vols. 8.760 cu ft (ENTRY 854). Handwritten copies through 1905 and thereafter press copies. The statements include appropriation headings under which funds were to be accounted, names of tribes concerned, purposes of expenditures, amounts, and totals. There are also file references to related records and notations of dates of checks sent. The statements are arranged chronologically. There are alphabetical indexes to names of officials and jurisdictions in most of the volumes and to names of tribes in some of the volumes. There are also notations on the forms of preceding and succeeding statements for the same official. For separate indexes for fiscal years 1873, 1875, and 1876, see entry 853. For earlier statements, see the volumes of Miscellaneous Records (entry 113) and the records described in entry 852.

**APPROPRIATION WARRANTS. 1843-63.** 1.779 cu ft (ENTRY 855). Copies of warrants from the Secretary of the Treasury to the Comptrollers of the Treasury and to the Register of the Treasury for funds appropriated for the Indian Service, mainly for interest on trust funds and other expenses necessary to fulfill obligations. Included are some financial statements, schedules, and copies of congressional acts. The warrants are arranged chronologically by date of approval. For the main series of appropriation warrants, see entry 856.

**APPROPRIATION WARRANTS. 1861-1934**. 13 vols. 2.847 cu ft (ENTRY 856).

Copies of notices from the Secretary of the Treasury to the Comptrollers and to the Register (later the Chief of the Division of bookkeeping and Warrants) of the Treasury Department, requesting that the necessary bookkeeping entries be made to credit congressional appropriations for the Indian Service. For the period up to 1908 there are handwritten copies, which usually omit much of the standard terminology. Thereafter there are official copies signed by the Chief of the Division of Bookkeeping and Warrants. The warrants are arranged chronologically. For some earlier warrants and a few duplicates, see entry 855. For appropriation ledgers to which there are cross-references to individual items noted on the 1861-1908 warrants, see entry 837.

**ACCOUNTS OF CENTRAL OFFICE DISBURSING AGENTS. 1847-54.** 2.520 cu ft (ENTRY 857). Abstracts of disbursements, accounts current, vouchers, and

some other records of William Devereux and James J. Miller. Arranged in rough chronological order.

**CANCELLED CHECKS. 1832, 1836-42, 1850-53.** 0.598 cu ft (ENTRY 858). Signed by the Commissioner of Indian Affairs or a disbursing agent. The checks are arranged by name of disbursing official; thereunder they are arranged, in part, by name of bank on which the checks were drawn and thereunder chronologically and, in part, in rough chronological order.

**CHECK STUBS. 1838-44 1845-47**. 2 vols. 0.595 cu ft (ENTRY 859). Shown on each stub are date, check number, amount, name of bank on which drawn, name of payee, and account charged or purpose of expenditure. Arranged chronologically.

**ESTIMATES OF FUNDS NEEDED. 1836-56.** 3 vols. 0.657 cu ft (ENTRY 861). Annual estimates of funds needed for the Indian Service. There are also some special estimates, including a few as late as 1866, and some other financial statements. Arranged for the most part chronologically. For earlier estimates, see entry 848. For later estimates, see entries 862 and 863.

**ABSTRACTS OF ESTIMATES OF GOODS NEEDED. 1879-80**. 1 vol. 0.219 cu ft (ENTRY 862). For amounts of different kinds of goods needed. Arranged by type of goods and thereunder alphabetically by name of agency. Estimates for Pacific coast agencies are not included.

**ABSTRACTS OF ANNUITY GOODS. 1885-86.** 1 vol. 0.219 cu ft (ENTRY 864). These abstracts give amounts of different kinds of goods for annuity payments at field offices, but there is no indication whether they were goods that were estimated or requested or whether they were goods actually furnished. Arranged alphabetically by name of agency or school.

**REGISTER OF AGENTS' ACCOUNTS THAT WERE TRANSMITTED TO THE SECOND AUDITOR. 1831-33.** 0.252 cu ft (ENTRY 865). Entries for individual sets of accounts give date of transmittal, name of agent, period covered, appropriation headings, and amounts. Arranged chronologically by date of transmittal.

**SCHEDULES CONCERNING USE OF FUNDS. 1833**. 1 vol. 0.252 cu ft (ENTRY 866). These schedules contain data concerning the allocation of funds sent to field officials. The data were taken from their accounts. Given are the amounts allotted for purposes such as annuities, contingencies, presents, iron

and steel, transportation, provisions, and salaries of employees. Arranged by name of official.

**REGISTER OF ACCOUNTS AND CLAIMS RECEIVED. 1838-46**. 0.219 cu ft 1 vol. (ENTRY 867). Individual entries give date of receipt, name of person submitting accounts or name of claimant, subject, and sometimes file reference, indication of the action taken, and other information. Arranged alphabetically by initial letter of surname or other designation of person concerned and thereunder chronologically by date of receipt. For later registers of accounts and claims, see entries 112 and 873. The records themselves that are still among the records of the Bureau are usually with the general series of letters received (entry 79).

**ABSTRACTS OF ACCOUNTS OF SUPERINTENDENTS AND AGENTS. 1847-69**. 5 vols. 1.095 cu ft (ENTRY 868). Data--broken down by appropriation item--taken from accounts submitted by field officials, usually quarterly. Amounts are entered under the following headings: Balances, Receipts, Transfers, Disbursements, Due From, and Due To. Arranged chronologically by date of receipt of accounts. The volumes for the periods July 1851-September 1855 and May 1859-September 1860 have not been found nor have any of the volumes for the years after 1869. In the individual volumes there are alphabetical indexes to names of officials, and in some of the volumes there are marginal references to abstracts of other accounts submitted by the same official. The accounts were usually forwarded to the Second Auditor. Accounts still among the records of the Bureau are usually with the general series of letters received (entry 79) or with the records described in entry 879.

**SCHEDULES OF RECEIPTS AND DISBURSEMENTS AT AGENCIES. 1869-81**. 2 vols. 0.252 cu ft (ENTRY 869). Schedules for each quarter giving--under appropriation headings-the amount received from the Bureau, the amount disbursed, and the amount on hand. There is one volume (1869-78) for the Chippewas, Mackinac, La Pointe, New York, and Green Bay Agencies. The second volume (1875-81) is for agencies in Washington, Oregon, California, Arizona, and New Mexico. The schedules in each volume are arranged by name of agency. The second volume includes an alphabetical index to names of officials and jurisdictions.

**RECORD OF REFERRAL OF ACCOUNTS TO THE BOARD OF INDIAN COMMISSIONERS. 1871-75**. 1 vol. 0.252 cu ft (ENTRY 870). Entries for accounts of field officials give period covered, date of referral of accounts to the Board for examination, and date of their return to the Bureau. Entries for individual agents are arranged in chronological order by date of first referral. The later entries, however, have been placed in blank spaces on pages already used. Later referrals of accounts of the same agent are entered in chronological order on the same page as that on which the first referral is entered. There is an

alphabetical index to names of officials. In the back of the volume there are some abstracts concerning the accounts of Special Agent George W. Ingalls (see entry 832).

**STATEMENTS OF PUBLIC FUNDS. 1873-78**. 2.016 cu ft (ENTRY 871). Forms that were submitted by superintendents and agents, usually weekly but sometimes monthly. They show amount of funds on deposit and of those on hand. The forms are endorsed by the Commissioner of Indian Affairs and the Treasurer of the United States. Arranged for the most part chronologically. In some cases, however, statements submitted for one agency have been brought together.

**SCHEDULE OF UNSETTLED ACCOUNTS. 1877-83**. 0.204 cu ft (ENTRY 872).
A schedule for accounts of agents, superintendents, Commissioners of Indian Affairs, and other officials, which were considered or acted upon during the period 1877-83. The accounts themselves are for periods as early as 1831. Individual entries give name of official, title, period covered, amount not accounted for, and balance due the United States. Sometimes there is other information, often concerning the institution of suits. Arranged alphabetically by initial letter of surname of official for the period 1877-81, with the entries for 1882 and 1883 appended at the end of the schedule.

**REGISTERS OF ACCOUNTS RECEIVED FROM DISBURSING OFFICERS. 1878-1902**. 3 vols. 0.657 cu ft (ENTRY 873). Individual entries give date of receipt, type of account (cash or property), period covered, data concerning examination and referral to the Second Auditor (and to the Board of Indian Commissioners until 1882), notations concerning exceptions and explanations to them, and sometimes other information. The entries for each officer are arranged chronologically by date of receipt of account. When all the space available for entries for an individual officer had been used, a new entry was begun in the next available space. When an officer was replaced, entries for the accounts of his successor were sometimes placed immediately after those of his predecessor; and sometimes they were entered on a new page. In the individual volumes there are alphabetical indexes to names of officers and jurisdictions. Accounts still among the records of the Bureau now in the National Archives are with the general series of letters received (entries 79 and 91), and occasionally they are also with the superintendency and agency accounts described in entry 879. In most cases, however, the only permanently retained copies of accounts are those in the General Accounting Office. For an earlier register, see entry 867.

**INDEX TO STATEMENTS OF REMITTANCES AND ACCOUNTS RENDERED.** n.d. 1 vol. 0.219 cu ft (ENTRY 874). An index giving names of officials and page references to a volume like the one described in entry 875. The volume itself has

not been found. The names are those of officials in the office during the 1850's. Arranged alphabetically by initial letter of surname of official.

**LEDGER FOR REMITTANCES AND ACCOUNTS RENDERED. 1869-76**. 1 vol. 0.219 cu ft (ENTRY 875). In this ledger the receipts of superintendents, agents, and other disbursing officers are balanced against their accounts for expenditures. Entries are made under appropriation item headings for such subjects as fulfilling treaties, trust funds, salaries, school support, and civilization of Indians. Arranged by name of disbursing officer and thereunder chronologically. The year 1873 is the latest date for the opening of an account, but many of the accounts were used until 1876 and, in a few cases, even later.

**INDEXES TO STATEMENTS OF ACCOUNTS OF DISBURSING OFFICERS. ca. 1885-1908.** 8 vols. 0.472 cu ft (ENTRY 876). Given are names of officials and/or jurisdictions and page references to volumes of the type described in entry 875 or of the type described in entry 877, although in most cases the indexes are for volumes that have not been found among the records of the Bureau now in the National Archives. There is one index volume for one or two volumes of statements. The index in each volume is arranged alphabetically by name of jurisdiction or surname of official.

**STATEMENTS OF ACCOUNTS OF DISBURSING OFFICERS. 1900-1908.** 5 vols. 1.095 cu ft (ENTRY 877). These statements balance receipts and disbursements of individual agents, school superintendents, and other disbursing officers under appropriation item headings for such subjects as pay of different classes of employees, fulfilling treaties, interest on trust funds, school support, surveying and allotting, transportation, and buildings and repairs. Statements for agency officials are kept in separate volumes from accounts for school and other officials. Entries in the agency volumes are arranged alphabetically by name of agency and thereunder chronologically. Entries in the school volumes are arranged alphabetically by name of school--with other accounts at the back of the volume--and thereunder chronologically. There are some missing volumes. For indexes, see entry 876.

**LEDGER FOR FUNDS RECEIVED. July-Dec. 1907.** 1 vol. 0.252 cu ft (ENTRY 878). A ledger for funds received from private persons and companies for rights-of-way, taxes, payments for land, and other purposes and credited to accounting headings, chiefly Indian Moneys and Proceeds of Labor. Arranged by account and thereunder chronologically. There is an alphabetical index to names of persons and companies.

**SUPERINTENDENCY AND AGENCY ACCOUNTS. 1827-82**. 16.128 cu ft (ENTRY 879). Property returns, accounts current, abstracts of disbursements, other statements and abstracts, certificates of issue, vouchers, muster and

payrolls, bills of lading, bids, correspondence, affidavits, memoranda, and other records concerning accounts submitted chiefly by agents and superintendents. Arranged in rough alphabetical order by name of superintendency, agency, or State and thereunder for the most part chronologically by quarter. There are other accounts with the field office records.

**PROPERTY BOOK. 1840-46**. 1 vol. 0.219 cu ft (ENTRY 880). Compiled from property returns submitted by agents and other field officials. Given is information concerning receipts and issuances of different kinds of goods. Arranged by name of official and thereunder for the most part chronologically. There are sometimes subdivisions according to the nature of the use of the goods. There are few of the original property returns for this period among the records of the Bureau of Indian Affairs. For later property returns, see entry 879.

**LETTERS SENT FROM WAREHOUSES. Aug.-Oct. 1879, 1881-84, July-Oct. 1897, 1898-99.** 5 vols. 1.095 (ENTRY 881). Press copies of letters sent by the Commissioner of Indian Affairs and other officials from the San Francisco, Chicago, and New York warehouses relating to bids, awarding of contracts, open market purchases, inspection and shipping of goods, and other subjects. The 1879, 1881-84, and 1897 letters were sent from San Francisco; the 189899 letters were sent from Chicago and New York. Arranged chronologically. The last volume includes an alphabetical index to names of addressees.

**LISTS OF PRICES OF SUPPLIES. 1898-1901**. 1 vol. 0.252 cu ft (ENTRY 883).
The volume is divided into two sections. In one section the prices of different goods in 1901 are compared with those during the years 1898-1900. Arranged by type of goods. In the second section there are comparative prices for goods for the years 1903-06. This section is in two parts: (1) for subsistence goods and (2) for other goods; thereunder arranged alphabetically by name of individual item.

**RECORD OF PUBLIC PROPERTY PURCHASED FOR AGENCIES. 1906-08**. 18 vols. 3.942 cu ft (ENTRY 884). Gives information relating primarily to individual shipments of purchases during fiscal years 1907 and 1908, including exact amounts of articles. Arranged by fiscal year; thereunder alphabetically by name of agency or other jurisdiction; and thereunder roughly by claim number, which was assigned in chronological order by date of receipt of claim for payment. The records for 1907 are incomplete.

**CONTRACTS AND BONDS. 1836-77.** 14 vols. 3.066 cu ft (ENTRY 885). Handwritten copies of contracts with persons supplying goods and services (including certain employees) and bonds of contractors, agents and other

officials, and traders (1865-72 only). Arranged in rough chronological order. In the individual volumes there are alphabetical indexes to names of contractors and persons bonded and sometimes to names of contracting officers, jurisdictions, and kinds of goods or services. Beginning in 1867, bonds of employees were copied in separate books now among the records of the Employees Section (entry 969). Beginning in 1872, bonds of traders were copied in volumes now among the records of the Miscellaneous Division (entry 946). For later contract books, see entry 889.

**CONTRACT STUB BOOKS. 1876-78.** 4 vols. 0.876 cu ft (ENTRY 886). Serve as registers for the earliest contract books described in entry 889 and for the latest contracts in the last of the volumes described in entry 885. These stub books are predecessors to the main series of registers of contracts (entry 887). Given for individual contracts are name of contractor, name or position of contracting officer, date of contract, goods or services to be furnished, jurisdiction for which to be furnished, information concerning processing, and file references to related records--including the record copy of the contract. Arranged by contract number. There are alphabetical indexes to names of contractors in each volume and also to names of jurisdictions in the last volume.

**REGISTERS OF CONTRACTS. 1878-1926.** ll vols. 2.409 cu ft (ENTRY 887). Registers for most of the contracts described in entry 889 and also for later contracts. For the period after 1910 these registers are the main source of information concerning contracts, since there are no record copies of the contracts themselves among the records of the Bureau now in the National Archives. The information concerning individual contracts varies over the years, but it usually includes contract number, name of contractor, name or position of contracting officer, date of contract, date of its termination, articles or services to be furnished, agency or other jurisdiction from which articles or services were to be furnished, amount of contract, dates of approval by officials, dates of referrals, notifications and other actions, and volume and page references for the record copy of the contract. The entries are arranged by contract number, which was assigned in rough chronological order. In the first five volumes there are alphabetical indexes to names of contractors. There are separate indexes for the remaining volumes (entry 888). For earlier contract stub books (1877-78), which served as registers, see entry 886.

**INDEXES TO REGISTERS OF CONTRACTS. 1913-26**. 6 vols. 1.314 cu ft (ENTRY 888). Indexes for the last six volumes of the registers described in entry 887. Individual entries usually give name of contractor, position of contracting officer, date of contract, kinds of goods or services to be furnished, jurisdiction for which they were to be furnished, and contract number. Some of these items have been omitted in the last two volumes. There is one index volume for each register. Index entries are arranged alphabetically by initial letter of surname of

contractor or by name of company. Indexes for the earlier registers are bound with the registers.

**CONTRACTS AND BONDS FOR GOODS AND SERVICES. 1875-1911**. 139 vols. 30.222 cu ft (ENTRY 889). Copies of completed forms (sometimes with specifications, advertisements, and other related records inserted). The forms are divided into the following types: Goods and Supplies; Miscellaneous; Transportation; Beef Cattle; Buildings and Plants, Etc. (construction and leases); and Schools (operation of rather than construction). Thereunder they are arranged for the most part chronologically. In the individual volumes there are alphabetical indexes to names of contractors and jurisdictions and sometimes to kinds of goods and services. There are a few missing volumes. For registers, see entries 886 and 887; these registers were continued after the practice of keeping permanent record copies of contracts was discontinued. For earlier contracts and bonds, see entry 885.

**REGISTERS OF OPEN MARKET PURCHASES. 1891-1908**. 2.109 cu ft 37 vols. (ENTRY 890). For purchases made for field offices, with the authority of the Secretary of the Interior. Individual entries give file mark of letter received requesting approval of purchase, name of purchaser (usually an agent or school superintendent), character of expenditure, amount recommended, date of referral to Secretary for approval, amount approved, date of letter from the Secretary, date of notification to field official of action taken, authority number (see entry 110), and appropriation to which charged. All of these steps were not followed in every instance. Agency purchases are recorded in other volumes than the ones for school purchases. Warehouses and other special jurisdictions are included with agencies. Entries for each type of jurisdiction are arranged by fiscal year, thereunder alphabetically by name of jurisdiction, and thereunder in rough chronological order by date of receipt of letter from field official. The school volume for fiscal year 1893 is missing. In the individual volumes there are alphabetical indexes to names of jurisdictions.

**RECORDS OF SPECIAL ACCOUNTS. 1876-1907**. 250 vols. 54.750 cu ft (ENTRY 891). Completed forms concerning settlement of accounts for individual transactions. Given are name of claimant, nature of transaction, amount claimed, amount allowed, and appropriations to which charged. There are also notations concerning the processing of the claim. Until 1882 most of the accounts had to be approved by the Board of Indian Commissioners and the Secretary of the Interior. Arranged chronologically, for the most part by date of referral to the Board of Indian Commissioners until 1882 and thereafter by date of referral to the proper Auditor in the Treasury Department. In the individual volumes there are alphabetical indexes to names of claimants. In most of the volumes there are page references--on the individual forms--to preceding and succeeding accounts with the same person or firm.

**RECORDS CONCERNING CLAIMS. 1921-35.** 411 boxes LGA-S 167.688 cu ft (ENTRY 892). Letters received, copies of letters sent, applications, vouchers, schedules of disbursements, affidavits, and other records concerning claims for compensation for such items as goods furnished, back salaries, expenses, transportation, advertising, other services rendered, back annuity payments, and shares in funds. Arranged by claim number assigned in order of receipt of claim. The individual documents concerning each claim are arranged for the most part chronologically. There are a few documents dated later than 1935; they are, however, for claims submitted in 1935 or earlier. The records concerning claims for the period 1877-1921 were destroyed by authority of Congress while the records were still in the Bureau. There are indexes and registers for the claims for the period 1877-1907 (entries 111 and 112). Some index entries for the claims since 1907 are in the indexes to the central classified files of the Bureau. Another index is listed below, Entry 892 A. Many of the records concerning claims were referred to the General Accounting Office.

**INDEX OF CLAIMS, 1912-44**. 150 Index Boxes 17.700 cu ft (ENTRY 892 A). Arranged in two parts, 1) alphabetically by surname of claimant or Indian tribe; 2) numerically by claim number. This series is composed of slips or paper and index cards that constitute several indexes to the records in ENTRY 892. These cards are arranged mainly in alphabetical order by person or Indian tribe, although there is one small index in numerical order. Except in the numerical index, each card or paper slip contains a six-digit claim number that refers to a claim in ENTRY 892. However, this series is dated 1912-44, thus overlapping the records in ENTRY 892 and including ENTRY 892B. In addition, many of the cards refer to records that were destroyed at the agency or are otherwise missing from ENTRY 892. As a result there are many more index cards than records corresponding to them. The numerous indexes within this series make it difficult to use, however, a NARA-prepared box list is available.

**CLAIMS FILES, Aug. 1935-Nov. 1944 and Feb. 1951-Jan. 1962**. 26 LGA boxes and 55 FRC cartons. 72.339 cu ft (ENTRY 892 B). Arranged in numerical order which corresponds to rough chronological order. This is an accretion to ENTRY 892 which ended with claim number #413260. This series starts with claim #413261 from Aug. 1935 and runs through claim #471272 of Nov. 1944. It resumes with claim #493514 from Feb. 1951 and ends with claim #499251 of Jan. 1962. The whereabouts of the claims between Nov. 1944 and Feb. 1951 are unknown.

**SCHEDULES OF TRADERS' ACCOUNTS. 1911**. 1 vol. and unbound papers. 0.438 cu ft (ENTRY 894). Schedules for claims of traders against individual

Indians (not including members of the Five Civilized Tribes in Oklahoma) before December 17, 1909. The forms give the amount claimed against individual Indians by each trader and sometimes the amount the Indian admitted to owing and other information. Included are recapitulations of the amounts claimed by each trader. Arranged alphabetically by name of agency and thereunder alphabetically by name of Indian; the recapitulations are arranged by name of trader. For earlier records concerning traders' claims, see entry 893.

**REGISTER OF LETTERS TRANSMITTING VOUCHERS. 1875-76**. 1 vol. 0.219 cu ft (ENTRY 896). For incoming letters transmitting, for settlement, vouchers for purchases of goods. Individual entries give date of purchase, name of seller, file reference, items purchased, and other information. Arranged by name of agency and thereunder chronologically. The incoming letters are with the main series of letters received by the Bureau (entry 79). This volume was succeeded by the first register of claims and contracts (entry 112).

**RECORDS CONCERNING WAR DEPARTMENT CLAIMS. 1877-83.** 13.608 cu ft (ENTRY 897). Correspondence, abstracts of issues, vouchers for returns of provisions, other vouchers, and other records concerning claims submitted to the Bureau by the War Department, chiefly for the subsistence of Indian prisoners. Included are some claims from other sources. These records were segregated from the main series of claims, which has not been retained for the years given above (see entry 892). Arranged by claim number, which was assigned in chronological order by date of receipt. The claims are registered in the volumes described in entry 112.

**BUDGET RECORDS, 1941, 1944-57.** 20.208 cu ft (ENTRY 900A). Arranged in rough chronological order. Consists of a wide variety of records relating to the preparation of the Bureau's budget. Many of the individual files were extracted from the Central Classified Files (220) files. Among the recurring records are "Justifications for Appropriations", "Estimates of Appropriations", and copies of U.S. budgets, listings of salaries and expenses, and costs for special programs. Very few records are present for 1941, the series basically starts with the FY 1946 budget.

**ACCOUNTS CURRENT, Mar. 1952-May 1954.** 2.448 cu ft (ENTRY 900 B) Arranged in chronological order. Each month is filed separately. Consists predominantly of various standard Treasury Department forms detailing the day-to-day financial status of the Bureau.

**POSTING DATA, 1949-52.** 2.040 cu ft (ENTRY 900 C). Arranged in chronological order. From 1949-51 the series consists almost entirely of Journal Voucher sheets, Form 1017G. For 1951 and 1952, several other types of records are included, mainly schedules of collection. Also contains separate files on Storm Disaster – 1949 and irrigation funding.

**REPORTS OF STATUS OF FUNDS, 1935-41.** 0.504 cu ft (ENTRY 900 D) Consists of three items. Two are published reports showing the status of funds under the Emergency Relief Appropriation Acts. These were published by the Bureau of Accounts of the Treasury Department and cover all federal agencies affected by the act, including the BIA. One report is current as of Nov. 30, 1940, the other as of Mar. 31, 1941. They were apparently kept for reference purposes. The third item is a hand-written report in tabular form entitled "Summary of Expenditures from Public Funds by Agencies and Appropriations for FY 1936-41". All agencies or reservations are listed with a further breakdown by program area.

**AUDIT REPORTS, 1953-57.** 2.448 cu ft (ENTRY 900 E). Arranged alphabetically by name of area office, thereunder alphabetically by name of agency or reservation. Contains regular audit reports, special audit reports, and memos, notes, and working papers related to audits. Staff from the Office of Audit carried out the audits. Many of the reports were from the Central Classified Files (249) file series. For each area office there are Administrative Reports, generally from 1953-54. The type of audits are not standardized across area offices, Portland especially has unique reports. An agency-prepared folder list is at the front of the series.

**GENERAL LEDGER SHEETS (01.10), 1947-51**. 2.448 cu ft (ENTRY 900 F). Arranged numerically by appropriation symbol number (a seven digit number starting with "14"), thereunder alphabetically by name of area office or agency. The sole exception is a section at the end of the series labeled "Miscellaneous Trust Funds". Consists of two basic forms: Form 1014 "General Ledger" and Form 5-768 "Disbursing Fund Journal", most of which bear code #01.10. Each appropriation symbol represented a different program area.

**SCHEDULES OF PRO RATA SHARES APPLICATIONS, ca. 1913-61**. 3.672 cu ft (ENTRY 900 G). Arranged alphabetically by name of tribe or agency. Most of the records are copies. Each schedule details the share due individual members of the tribe in question and cites the legal authority. Also listed are: the number of the applicant on the tribal rolls, the appropriation symbol to be charged to, how the claim should be paid (generally by the Treasury

Department), and who examined the schedule. A claim number is often in the upper right hand corner – this corresponds to the claims in ENTRIES 892 and 892B.

**EMPLOYMENT SURETY BONDS, 1936-55.** 1.512 cu ft (ENTRY 900 I) Arranged into two sub-series. The first is arranged chronologically by date of signature of bond and runs from 1936-49. It consists of books 28-31. The second sub-series is arranged alphabetically by name of employee and covers 1946-55. It consists of books 32 and 33. The employees signing for these bonds were high level employees, generally those charged with disbursing funds. All books have a name index at the front. The whereabouts of books 1-27 is unknown.

**NAVAJO-HOPI LONG RANGE REHABILITATION BUDGETARY FILES, Nov. 1947- Dec.** 1958 Division of Administration; Branch of Budget and Finance; 2 boxes in 11E2A 25/15/05. (ENTRY 900 J). This series consists of budgetary records, reports, and publications related to the progress of the **Navajo-**Hopi rehabilitation plan inaugurated in 1950 by PL 81-474 in response to near famine conditions on the Navajo and Hopi Reservations. Some of the budgetary records were originally part of the Central Classified Files with cross references still in that series. In addition to lists of specific budget items, inputs from field and central office BIA officials and members of Congress on proposed projects are included. Of note is a series of protest letters from around the nation criticizing a proposed cut in the Navajo-Hopi Emergency Budget. An ample portion of the series concerns educational expenditures. Also included are tribal budgets, reports on the tribal health situation, and published copies of Navajo Annual Reports detailing the progress made with the appropriated funds. This series complements other development plans such as the 1944 Post War Plans and the Ten Year Development Plans and Over-All Economic Development Plans of the 1960s.

**RECAPITULATIONS OF ACCOUNTS OF INDIVIDUAL INDIAN MONEYS. 1930-32.** 1 vol. 0.219 cu ft (ENTRY 921). Summaries of receipts, disbursements, and balances of accounts at jurisdictions during fiscal years 1931 and 1932. Arranged by fiscal year, thereunder alphabetically by name of jurisdiction, and thereunder by month.

**LEDGER FOR TRIBAL MONEYS. 1909-10.** 1 vol. 0.219 cu ft (ENTRY 923). Contains accounts of receipts and disbursements of tribal moneys during fiscal year 1910 and, in some cases, for part of fiscal year 1911. Receipts are entered under headings, such as grazing permits, different kinds of leases, and sales of town sites. Disbursements are divided into funds deposited into the United States

Treasury and fields not so deposited. Arranged alphabetically by name of school or agency and thereunder chronologically by quarter of fiscal year.

**LETTERS SENT CONCERNING INDIAN TRUST FUNDS. 1843-57, 1861-74**. 5 vols.1.095 cu ft (ENTRY 926). Handwritten copies of letters sent. Included are copies of many letters over the signatures of the Secretary of War and the Secretary of the Interior as well as the Commissioner of Indian Affairs. Letters were sent to the Secretary of War, the Secretary of the Interior, Treasury Department officials, State officials, bankers, field officials of the Bureau, and others. There are also some copies of letters sent by the Secretary of the Interior to the Commissioner of Indian Affairs. Letters in this series relate to investment of funds, collection of interest, deposits, and other subjects. Arranged chronologically. There are indexes in the individual volumes. During periods for which there are no letters in this series, letters concerning trust funds were copied in the main series of letters sent by the Bureau (entry 84) and in the Report Books (entry 85). There were, however, few letters sent during the years 1858-60; and by 1874 most of the correspondence concerning trust funds was handled in the Office of the Secretary of the Interior.

**JOURNALS FOR INDIAN TRUST FUNDS. 1837-65**. 3 vols. 0.657 cu ft (ENTRY 927). These journals provide a chronological record of transactions. For the years 1858-62 there is a combined daybook and journal. There is some overlapping but no duplication of entries in the second and third volumes. For corresponding ledgers, which are arranged by individual account and to which there are references in the journals, see ENTRY 928.

**LEDGERS FOR INDIAN TRUST FUNDS. 1837-65.** 3 vols. 0.657 cu ft (ENTRY 928). The ledgers contain accounts of individual funds; accounts with States, banks, and disbursing officers; and some other kinds of accounts. There are volumes for the periods 1836-49, 1849-62, and 1862-65, respectively. Entries in each volume are arranged by account. There are alphabetical indexes to subjects and to names of tribes, States, and persons. For corresponding journals, which provide a chronological record of transactions and to which there are references in the ledgers, see entry 927. There are ledgers for the years 1857-83 among the records of the Indian Division of the Office of the Secretary of the Interior.

**RECORD OF STOCK HOLDINGS. ca. 1869-73.** 1 vol. 0.219 cu ft (ENTRY 930).
Entries for individual securities give number of bond or certificate, cost, interest rate, date of bond or certificate, date of redemption, dates of interest payments, place where payable, name of trust fund for which held, amount of bond or certificate, and other information. Arranged by name of State in which the

security was issued. This volume is labeled "No. 3"; no other volumes, however, have been found among the records of the Bureau of Indian Affairs. There is a similar volume (also labeled "No. 3") among the records of the Indian Division of the Office of the Secretary of the Interior, but it is for a somewhat later period.

**STATEMENTS CONCERNING INTEREST PAYMENTS. 1869-74.** 1 vol. 0.219 cu ft (ENTRY 931). These statements give information concerning the distribution of interest payments among the several funds. There is a separate form for each payment. The following information is given, when applicable, for individual funds: amount of stock credited, amount of interest, amount of premium, and amount credited to fund. Often there are notations stating that Congress had appropriated the amount of the payment due and that the money was to be credited to the Treasury. The statements are arranged chronologically and numbered in order. There are other copies of these forms (for the years 1869-98) among the records of the Indian Division of the Office of the Secretary of the Interior.

**STATEMENTS CONCERNING TRUST FUNDS. ca. 1867-84**. 1 vol. 0.219 cu ft (ENTRY 932). Tabular statements relating to interest due, interest collected, nonpaying securities, estimates for appropriations, receipts and disbursements, status of individual funds, accounts current of the Secretary of the Interior, and other subjects. Many of them appear to be copies of statements prepared for the use of persons outside the Bureau. The dates given above are those of compilation; many of the statements have references to earlier dates. Arranged in rough chronological order by date of preparation. There is an alphabetical subject index.

**PRINTOUTS RELATING TO TRUST FUND ACCOUNTS, 1945 – 68**. 9 boxes. 3.618 cu ft (ENTRY 933 A). Assistant Commissioner For Administration; Division Of Financial Management. This series contains records concerning tribal and general trust funds administered by the BIA. The numerically coded balance sheets document transactions in undisbursed appropriation accounts.

**RECORDS RELATING TO INDIVIDUAL SECURITIES, 1936-49.** 6 boxes**.** 2.321 cu ft (ENTRY 933 B). This series consists of individual record sheets that document transactions concerning collateral securities, primarily savings bonds. At the end of the series are records relating to the Commerce Trust Company of Kansas City, Missouri, which dealt with Indian Trust Funds, and copies of receipts concerning closed bank accounts. Subject to FOIA personal restrictions.

**SCHEDULES. ca. 1832-77.** 1.812 cu ft (ENTRY 938). Relate to appropriations, estimates, contracts, annuity payments, payments to employees, and other subjects. Some of the schedules contain information concerning earlier

periods than the dates given above. Arranged roughly by subject and thereunder chronologically.

**MISCELLANEOUS RECORDS CONCERNING FINANCES. ca. 1797-1881**. 5.897 cu ft (ENTRY 939). Included are vouchers, invoices, correspondence, contracts, canceled checks, abstracts, receipts, memoranda, property returns, and clippings. These records relate to bids and proposals, purchases of goods, office expenses, central office and field office accounts, and other subjects. Arranged for the most part by subject and thereunder chronologically. For main series of superintendency and agency accounts, see entry 879.

**SPECIAL AGENT FILES. 1907-48**. (ENTRY 949- see below)
Letters received, copies of letters sent, statistical and narrative reports, memoranda, financial records, photographs, mimeographed procedural material, and other kinds of records. The records relate not only to the activities of special agents but to those of any field officials not assigned to a particular agency or school. These included inspectors, field representatives, supervisors of schools, supervisors of construction, irrigation engineers, special officers (liquor control), examiners of inheritance, traveling auditors, clerks and special disbursing agents for irrigation districts, medical supervisors, special physicians, and field dentists. Included are some records relating to tours of Commissioners of Indian Affairs. The records pertain chiefly to administrative matters such as travel itineraries, work assignments, purchases and supplies, accounts, and the submission of reports. Also included are some records, particularly reports, concerning operations in the areas of irrigation, education, and health activities. The records in this series were assigned file and classification numbers as part of the central classified files of the Bureau (entry 121). Later records on a particular subject were added to the first incoming letter on that subject to form files or dossiers.

The files are divided into four chronological parts: (A) for the years 1907-21; (B) for the years 1922-32; and (C) for 1936 [when the Shafer or “New” system of filing was adopted for that year only], and (D) for 1931-1948. Within each part the records are arranged alphabetically by surname of official and thereunder by file number. The records in individual files are usually arranged chronologically. For the period after 1932 there are only a few large files for irrigation officers. The files have 1936 and 1939 base letters but include records dated as late as 1948. For related records and for duplicate records (especially for reports), see the central classified files (ENTRY 121); Inspection Reports (ENTRY 953); and the records of the several divisions--particularly of the Irrigation, Health, Education (Administrative), and Probate Divisions.

**ENTRY 949 A Contains the segment 1907 to 1921.** 132 boxes 53.952 cu ft

**ENTRY 949 B Contains the segment 1922 to 1932.** 101 boxes 41.208 cu ft

**ENTRY 949 C Contains the segment 1936.** 38 boxes 15 504 cu ft

**ENTRY 949 D Contains the segment 1931 to 1948.** 203 boxes 82 824 cu ft

**SUPERINTENDENTS' ANNUAL NARRATIVE REPORTS. 1910-38, and 1920 -1935**. 113.832 cu ft (ENTRY 960). **1910 to 1938 segment** includes reports on operations and accomplishments at agencies, schools, hospitals, and other field jurisdictions. These reports were submitted chiefly by superintendents or other persons in charge. Photographs are sometimes included. The reports relate to law and order, education, health, population, land ownership, agriculture and land use, industry, forestry, welfare, social conditions, tribal organization, and other subjects. Included are some reports of the Chief Special Officer concerning liquor control and some reports of supervisors. Arranged alphabetically by name of jurisdiction and thereunder chronologically, with the supervisors' reports at the end of the series. There are a few reports for years before 1910 and after 1938. There are other narrative reports among the records described in entry 963. Earlier reports are not usually among the records of the Bureau of Indian Affairs now in the National Archives; but until 1906 they were printed regularly with the Annual Report of the Commissioner of Indian Affairs. For accompanying statistical reports, see entry 961.
**1920-35 segment**, includes standard forms, submitted by agency superintendents or other persons in charge of field jurisdictions, to accompany the narrative reports described in entry 960. Individual sections of the reports relate to population figures, school enrollment, health, industries, agriculture and livestock, forestry, irrigation, land ownership, employment, Government property, and other subjects. Included are some transmittal letters and other correspondence. For fiscal year 1928 there are weekly and monthly medical reports, which are usually among the records of the Health Division (see ENTRY 774). Arranged alphabetically by name of jurisdiction and thereunder chronologically. There are later statistical reports among the records described in ENTRY 963.

**NOTATIONS OF ERRORS IN ANNUAL STATISTICAL REPORTS. 1920-21**. 0.204 cu ft (ENTRY 962). Completed forms indicating errors in individual items in the reports described in entry 961. Arranged by year. The forms for 192O are arranged alphabetically by name of State and thereunder by name of agency.

**REPORTS AND OTHER RECORDS. 1933-48**. 38,760 cu ft (ENTRY 963). Included are annual statistical reports, annual narrative reports, other narrative and statistical reports, letters received (chiefly transmittal letters ), copies of letters sent, processed procedural and reference material, and copies of publications. The reports--other than the annual reports--relate to extension activities, land tenure, individual Indian income, land acreage verification, Federal real estate, population and vital statistics, law and order, surveys conducted by Technical Cooperation--Bureau of Indian Affairs (TC-BIA) of the Soil Conservation Service, verification of spelling of place names, and other subjects. The correspondence relates mainly to the submission and correction of REPORTS and other records. The records are arranged alphabetically by name of field jurisdiction, thereunder by subject or type of record, and thereunder, when applicable, chronologically. For earlier annual reports, see entries 960 and 961. For other correspondence concerning reports, see entries 957-959. See also the reports maintained by other divisions, particularly the Health and Extension Divisions.

**ADULT VOCATIONAL TRAINING AND DIRECT EMPLOYMENT REPORTS, 1975-1979**. 1.008 cu ft (ENTRY 963 A). Arrangement is alphabetical by name of area office. These reports were requested for an OMB review in 1980. The major categories of program reports are Adult Vocational Training (AVT) and Direct Employment (DE). AVT reports list: occupation; numbers entered, completed, & discontinued; numbers employed in & not employed in training occupation; status to date (today); and average cost per placement. DE reports list: occupation; number placed in employment; status to date (today); and average cost per placement. The other major report is the Annual Employment Assistance Report which provides broad statistics for an area office or agency such as number of applications for the various programs and was apparently only started in 1979. This report is broken down by “Origin Offices” and “Destination Offices”. For all reports, statistics are furnished for individual agencies as well for the area as a whole and are reported by fiscal year. Narrative reports are often included. For certain areas, additional reports have been attached such as the Navajo’s Career Development Annual Report. Note: These records may need screening for privacy.

**CENSUS ROLLS AND SUPPLEMENTS. 1885-1940**. Microfilm M595, in 692 reels. (ENTRY 964). Rolls of Indians, which were usually submitted annually by agents or superintendents as required by an act of Congress of July 4, 1884 (23 Stat. 98). The information concerning individuals varies to some extent; but usually given are the English and/or Indian name, roll number, age or date of birth, sex, and relationship to head of family. Beginning in 1930 there were also given the degree of Indian blood, marital status, ward status, residence, and

sometimes other information. During the 1930's complete new rolls were not prepared every year. For certain years there are only supplemental rolls of additions and deductions, usually listing births and deaths. There are a few post-1940 rolls. Arranged alphabetically by name of agency or school and thereunder by year. For jurisdictions with more than one tribe or band there may be several rolls for each year. On the individual rolls family groups are listed together. On the earlier rolls there is often no discernible order in the listing of the families. The later rolls are arranged alphabetically by surname of head of family. Most of the later rolls are on standard forms. A list of the rolls is available for use in the National Archives.

**CENSUS ROLLS AND SUPPLEMENTS, 1938-1955, ARC 300317** 5.712 cu ft (ENTRY 964 A). Associate Commissioner; Office Of Tribal Operations Arranged alphabetically by name of agency or school and thereunder by year. This series consists of census rolls, which were usually submitted annually by agents or superintendents as required by an act of Congress of July 4, 1884 (23 Stat. 98). The information concerning individuals varies but usually includes the English and/or Indian name; roll number; age or date of birth; sex; relationship to head of family; degree of Indian blood; marital status; ward status; residence; and sometimes other information. For certain years there are only supplemental rolls of additions and deductions, usually listing births and deaths, and sometimes marriages. For jurisdictions with more than one tribe or band, there may be several rolls for each year. On the individual rolls, family groups are listed together. The rolls are arranged alphabetically by surname of head of family and are usually on standard forms. Most of the rolls end by 1943.
Also included are several rolls for California Indians, as approved under statutes dating from 1948-1955. These rolls are arranged alphabetically by surname.
Most rolls for the years before 1940 are located in the series CENSUS ROLLS AND SUPPLEMENTS, 1885-1940. This earlier series also contains a few post-1940 rolls.

**TABLES. 1909-11**. 0.408 cu ft (ENTRY 965). Prepared mainly to provide data for the Annual Report of the Commissioner of Indian Affairs. The tables relate to schools, lands, livestock, per capita payments, Indian income, appropriations and other financial matters, employees, and other subjects. Arranged by year.

**ADULT VOCATIONAL TRAINING AND DIRECT EMPLOYMENT REPORTS, 1975-1979.** (ENTRY 992 A). Arrangement is alphabetical by name of area office. These reports were requested for an OMB review in 1980. The major categories of program reports are Adult Vocational Training (AVT) and Direct Employment (DE). AVT reports list: occupation; numbers entered, completed, &

discontinued; numbers employed in & not employed in training occupation; status to date (today); and average cost per placement. DE reports list: occupation; number placed in employment; status to date (today); and average cost per placement. The other major report is the Annual Employment Assistance Report which provides broad statistics for an area office or agency such as number of applications for the various programs and was apparently only started in 1979. This report is broken down by "Origin Offices" and "Destination Offices". For all reports, statistics are furnished for individual agencies as well for the area as a whole and are reported by fiscal year. Narrative reports are often included. For certain areas, additional reports have been attached such as the **Navajo'**s Career Development Annual Report.

**REPORT, "NAVAJO TRADING", 1935. 1 vol.** (Entry 998 C).
A single report, prepared by USDA Agricultural Economist B. Youngblood with the assistance of staff from the Soil Conservation Service and William Bostrom of the Indian Service. Provides a historical background to the Navajo's dire economic situation and contains numerous statistical tables highlighting the past role and current condition of Indian trading. The statistics are quite detailed, for example, listing the frequency distribution of average percentage markups on goods for sale. The report proposes revisions of trading regulations to curb abuses with the system. The study was triggered by a request from the Secretary of the Interior to the Secretary of Agriculture "asking for a study of Navajo trading in relation to Navajo economy and life" and was designed to be preliminary.

**FILES FOR PUBLIC WORKS ADMINISTRATION PROJECTS. 1931-43.**
88.822 cu ft (ENTRY 999). Incoming correspondence, copies of outgoing correspondence, memoranda, narrative reports, statistical reports, completed forms, estimates, specifications, court records, blueprints, schedules, tables, graphs, photographs, clippings, catalogs, samples of materials, and other kinds of records concerning construction projects that were financed with PWA funds. These records pertain chiefly to projects for the construction and repair of school buildings, hospitals, housing facilities for employees, sewerage and water systems, heating and power plants, and other structures. There are also some records concerning irrigation projects. There are very few records concerning road and bridge projects, since these projects were not ordinarily handled by the Construction Division. The records relate to surveys, plans, estimates, bids, equipment and materials, construction progress, inspections, legal questions, employees, and other matters. Most of the correspondence was conducted with field officials of the Bureau; but there is also some with other agencies, officials of private companies, and others. There are some records dated earlier than

1931 and a few dated later than 1943. Many of the projects were begun by the Bureau before the PWA program was set up.

The records are arranged by project number, which was assigned by the PWA. There are many gaps in the numbers, chiefly for irrigation and road projects with which the Construction Division was not concerned. The records for each project are divided by type. Included in the project files is general correspondence that was once a part of the central classified correspondence of the Bureau (entry 121). There are also copies of correspondence and other records maintained in the Construction Division--with separate folders for records concerning subjects such as bids, finances, procurement instructions, and final inspections. Several kinds of statistical reports, quantity survey and cost estimates, mimeographed copies of specifications, and blueprints are usually separate within the project file. Although there is no set order for the several kinds of records, the correspondence folders are usually first. For each project the records of each type are usually arranged chronologically. The several kinds of project records are not always included in each project file; and some of the project files contain almost no records. Sometimes projects were combined, in which case there are usually cross-references. At first the projects were numbered according to type of project and thereunder alphabetically by name of jurisdiction. This system was abandoned, however, as new projects were begun.

**HIGHWAY PROJECTS AND MAPS, 1949-1979**. 4.776 cu ft (ENTRY 999 B). Arranged into three subseries. The first is unarranged while the latter two are arranged alphabetically by name of area. The first, general correspondence, is grouped by subject such as road maintenance, legislation concerning airports on Indian reservations, overall economic development, highway funding, surveys, and audits and reports. The second subseries lists road construction projects. These files contain correspondence, recommendations, resolutions, and maps. Correspondence includes requests for construction and repairs sometimes illustrated with photographs of washed out roads and bridges. Control schedule project location maps are the final subseries. The maps feature the road improvements drawn onto an existing map in colors corresponding to a specific time frame along with the project number. The different colors are used to differentiate between fiscal year, calendar year, and budget year projects.

**RECORDS RELATING TO FACILITIES AND UTILITIES, 1957-72**. Office Of Operating Services; Division Of Plant Management; 17.640 cu ft (ENTRY 999 C).

**ROADS DIVISION REFERENCE FILES, 1949-1969.** 3 FRC 3.231 cu ft (ENTRY 999 D). This series consists of miscellaneous subject files accumulated in the Roads Division. Included are maps of various agencies and reservations,

recurring reports, copies of legislation, agreements, correspondence files, project files, loan applications, and bid files. Among the topics found are an agreement covering Navajo-Hopi Routes 1 and 3, a study of road improvement program proposed under a Navajo relief bill, a report on the justification for and benefits of a proposed Oahe reservoir crossing in the Standing Rock Agency, and an inventory of roads in the Seminole Agency.

**GENERAL RECORDS of CCC Indian Division. 1933-44**. 104.024 cu ft (ENTRY 1000). Included are letters received, copies of letters sent, REPORTS, memoranda, photographs, plans, maps, specifications, tables, schedules, lists, forms, applications, agreements, minutes, circulars and other procedural material, financial records, clippings, and catalogs. The records relate to project proposals, surveys, work program, work progress, training, enrollees programs, allotment of funds, accounts, equipment, materials, camps, buildings, water supply, investigations, and many other subjects. Most of the correspondence is with field officials of the CCC-ID; but there is also some correspondence with other officials, representatives of private companies, and others. These records are actually files that were maintained separately from the central classified files of the Bureau (entry 121) but that were classified by subject by the same decimal system and arranged in the same way as those files alphabetically by name of jurisdiction (with "General Service" records first) and thereunder by decimal subject classification, year, and file number of base letter. Records in the individual files are usually arranged chronologically. The years given above are those of the base letters for files; there are some earlier and later individual documents. Usually there is no cross-reference in the central classified files to indicate that a particular file is with the records of the CCC-ID.

**MANUALS FOR THE CCC-INDIAN DIVISION, ca. 1933-1939**. 0.689 cu ft (ENTRY 1000 A). The first manual consists of bound circular letters arranged numerically in ascending order. The first manual is of Indian Emergency Conservation Work, Office of Indian Affairs, and has an index at its beginning. The second is a handbook of the Indian Division of the Civilian Conservation Corps. The third manual pertains to accounts and statistics, CCC- ID. It also includes a War Department manual, Technical Duties of Finance and Disbursing Officers, and a GAO Bulletin, Classification of Objects of Expenditure.

**RECORDS CONCERNING ENROLLEES PROGRAM. 1937-42**. 7.344 cu ft (ENTRY 1001). Letters received, copies of letters sent, reports, memoranda, photographs, clippings, tables, lists, circulars and other procedural material, requisitions, camp menus, and other kinds of records concerning the CCC-ID Enrollees Program. The records relate to training and education, recreation, vocational guidance and job placement, follow-ups on former enrollees, camp facilities, health, food, and other subjects. The correspondence is chiefly with

field officials of the CCC-ID. Nearly all these records are designated as part of the 346 classification of the general decimal classification system for the Bureau; and most of the records assigned to this classification are in this series rather than with either the central classified files of the Bureau (entry 121) or with the general records of the CCC-ID (entry 1000)There are "General Service" files for each of the CCC-ID field districts, arranged in numerical order; files for agencies and other jurisdictions, arranged alphabetically by name of jurisdiction; and some files for records relating to subjects, which are divided into broad groups designated as "EP 2," "EP 3," and "EP 4." The base letters for files are dated from 1937 until 1942, but there are individual documents dated as early as 1933. Records in the individual files are arranged for the most part chronologically.

**SPECIAL FILES of the CCC Indian Division. 1933-36**. 0.816 cu ft (ENTRY 1003). Letters received, copies of letters sent, memoranda, reports, photographs, and other kinds of records relating to beetle control, blister rust control, leader camps, health, and forestry. Arranged by subject and thereunder chronologically. Apparently these records were never integrated into the general records of the CCC-ID (entry 1000), although some of the files have file and classification numbers.

**NARRATIVE AND PICTORIAL REPORTS. 1937-42**. 2.040 cu ft (ENTRY 1004). Narrative reports that are illustrated with photographs depicting CCC-ID activities. Sometimes there are only mounted photographs, with captions, or merely loose photographs. Arranged alphabetically by name of agency or other jurisdiction.

**GENERAL RECORDS of the Rehabilitation Division. 1935-44**. 2.040 cu ft (ENTRY 1006). Memoranda, reports, lists, schedules, tables, letters received, copies of letters sent, manuals, circulars, orders (including Executive orders), other procedural material, maps, estimates, justifications, forms, congressional bills, and other kinds of records concerning the rehabilitation sad relief program. Records relate to legislation, budgets and allotments, program proposals, surveys, accomplishments, relations with other divisions and other agencies, regulations, organization, office procedure, personnel matters, and many other subjects. These records are designated by the "New System" file classification "76039--Rehabilitation--General Correspondence." Theoretically they should be with the project records described in entry 1007; but they have been considered as a separate series because they differ in content and arrangement. They are arranged by subjects to which are assigned alphabetical-numerical symbols (for example, G-3-e-0.1). The subjects and symbols are different from those used for the project records. Records in the individual files are usually arranged chronologically.

**PROJECT RECORDS, Rehabilitation Division. 1935-44**. 21.216 cu ft (ENTRY 1007). Letters received, copies of letters sent, reports, memoranda, lists, forms, resolutions, legal papers, minutes, financial records, clippings, photographs, maps, plats, and other kinds of records concerning rehabilitation and relief work at individual agencies and schools. The records relate to project proposals, surveys, work progress, accomplishments, distribution of goods, allotment of funds, accounts, legal matters, personnel matters, and many other subjects. Most of the correspondence was exchanged with agency superintendents. The records are arranged by an amplification of the "New System" used by the Bureau for its general correspondence during 1936. A few files have been converted to the decimal system (see entries 121 and 122). These records are part of the 76000 series ("Rehabilitation") of the "New System," Numbers from 76001 to 76110 were assigned to the records for the individual agencies in alphabetical order; and the records are arranged in the same alphabetical order. Thereunder the records are arranged by subjects to which are assigned alphabetical-numerical symbols. The headings most frequently used are "P-l-a--Current Program," "P-l-b--Data for Later Program," "P-2--General Correspondence," and "P-13—General Correspondence--Relief." Some or all of these headings (and occasionally additional ones) are used for the records of each agency. The "P-2" headings are the most extensive. The records relating to any one agency and filed under any one heading are usually arranged in chronological order. In the main "New System" series (entry 122) there are cross-references to only some of these segregated files.

**PROGRAM PROPOSAL DATA, Rehabilitation Division. 1935**. 1.632 cu ft (ENTRY 1008). Completed questionnaires, submitted by agency superintendents, concerning rehabilitation needs; narrative statements concerning reservations; memoranda; letters received (mainly transmitting or explaining the questionnaires); copies of letters sent; and other kinds of records relating chiefly to rehabilitation needs on Indian lands and to proposed projects. There are a few 1934 and 1936 documents. Arranged alphabetically by name of agency or school.

**ANALYSES OF REHABILITATION PROGRAM. 1935-41**. 0.408 cu ft (ENTRY 1009). These analyses, prepared in the Bureau, consist of narrative and statistical summaries of expenditures and accomplishments on projects. Arranged alphabetically by name of agency or school.

**PICTORIAL REPORTS, Rehabilitation Division. 1936-42.** 0.816 cu ft (ENTRY 1010). These reports consist chiefly of photographs and a few plats, with captions showing project accomplishments. There are a considerable number of "before" and "after" scenes. Sometimes included are narrative statements and tables. Arranged alphabetically by name of agency or geographical area.

**LAND PURCHASE PROJECT FILES, ca. 1934-39**. 1.632 cu ft (ENTRY 1010 A). Arrangement is alphabetical by name of agency with the exception of a few unarranged files at the beginning. These records document the efforts of the Resettlement Administration and its successor, the Farm Security Administration to assist Indians. The work included: repair of homes, barns, and other structures; building of new structures; clearing of land for farming and gardening; and water development and distribution. Maps and photographs accompany some of the projects. The lands purchased by the government were known as submarginal lands. There is substantial information for certain agencies and nothing for others despite the presence of file folders for them. There are "Title Clearance Reports", a list of projects approved by President Roosevelt, and "Final Opinions on Tracts" which provide comprehensive information on the overall program.

**SUBMARGINAL LAND ACQUISITION - CASE FILES, 1935**. 2.520 cu ft (ENTRY 1010 C). The projects were generally named for an agency, or on occasion, for a county. Each project was identified by an alphanumeric code: e.g. LI-OK-4 for Delaware County, OK or LI-MT-6 for Ft. Peck reservation. Form SL-4 "Offer to Sell Land to the United States" and Tract Ownership Data forms are the most common documents. Correspondence related to land purchases between officials of the Resettlement Administration and the BIA Commissioner and Director of the Land Division is included. Some files contain aggregate statistics for a project including acres and prices, often with hand-written annotations. There are some reports on proposed submarginal land purchases. Folders entitled "Duplicate of Project Material" are found for certain projects while records are not present for other projects despite file markers so indicating. A few maps and photographs are scattered among the records. Arranged alphabetically by name of project

**SUBMARGINAL LAND ACQUISITION - GENERAL CORRESPONDENCE, ca. 1930-50**. 0.504 cu ft (ENTRY 1010 D). Contains an extensive collection of copies of executive orders relating to submarginal land projects. The correspondence is sorted by subject or by official of the Resettlement Administration. Most is with BIA officials. There is also a Project Master File listing land purchases by the Resettlement Administration reported on Treasury Form PSC-13-A: "Record of Federal Real Estate". Some of the correspondence is truly disarrayed and of a miscellaneous nature. This series is related to ENTRY 1010A with some documents being exact duplicates. The somewhat disorganized nature of this series and ENTRY 1010C may be due to these records being among those files scattered during the 1972 takeover of the BIA by Indians. Unarranged.

**TEN YEAR PLANS, 1943-44**. (ENTRY 1014 B). Arranged in alphabetical order by name of agency or reservation. This collection of 10-year reservations plans was compiled in response to two 1943 circulars by the Commissioner of Indian Affairs. The impetus was the impending end of World War II with the return of job-seeking Indian servicemen and cessation of relatively well-paying defense industry jobs. All plans, which were given the decimal classification "071" in the BIAs Central Classified Files system, followed a similar template laid out by the Commissioner: a Part I providing basic data (i.e. resources, socio-economic conditions) and a Part II delineating the overall plan (i.e. new services, funds needed). For most reservations there is also a summary and comments, usually by Chief Engineer A. L. Wathen, and other staff specialists, such as the Director of Roads or Director of Extension. Plans vary greatly in size and detail. For some reservations, earlier studies and 1948 revisions are included. The Navajo file in particular contains an accumulation of supplemental studies. A more comprehensive collection of 10 Year Plans, along with background correspondence, is found in A-1 ENTRY 1014J.

**MINUTES AND RESOLUTIONS OF TRIBAL COUNCILS, 1957-77.** 7.344 cu ft (ENTRY 1014 C). Arrangement is alphabetical by name of area, thereunder by name of tribe, thereunder chronologically. These were sent to Washington headquarters from Area Offices and include copies of minutes of tribal council and business association meetings, resolutions and discussions of resolutions, budget planning discussions and copies of finished budgets. Topics discussed at meetings include nomination and election of officers, committee reports, disbursements of funds, constitutional revisions, leasing arrangements, claims, investments, Indian responsibilities relating to Federal legislation, legal affairs, and other matters of local interest. Some reports include names and addresses of those attending. The most extensive coverage is for the **Navajo** Tribal Council from 1957-65.

**TRIBAL GOVERNMENT DEVELOPMENT PROGRAM APPLICATIONS, 1974**. 1.224 cu ft (ENTRY 1014 D). Arrangement is by area (not all of which are represented), thereunder alphabetical by name of tribe. Contains applications and supporting materials for funding under the Tribal Government Development Program for Fiscal Year 1975. The applications indicate the amounts sought and the projects to be funded. Some are annotated to indicate funding approval; others are signed. There are also rejections of applications signed by Commissioner Morris Thompson. The reasons for rejection were either the tribe in question was not deemed as having sufficient financial need or it was considered too small. In all, 81 out of the 156 tribes who applied were approved. There are copies of the contracts and contract modifications for approved applications. Projects included, e.g. classes in administration for tribal

leaders, establishment of an office, and the production of a constitution. There is also a file on Nooksack Allottees genealogy.

**STUDIES RELATING TO ECONOMIC DEVELOPMENT OF TRIBAL RESOURCES, 1961 – 1970.** 23 LTA-S boxes 9.384 cu ft (ENTRY 1014 FF). This series contains records that investigate the economic feasibility of developing natural resources, manufacturing, and native arts and crafts industries among various Native American tribes. Included are project proposals and contracts; correspondence among tribes, contractors, Area Offices, and the BIA Central Office; and final copies of the studies and reports. The records relate to such industries as plastic and rubber molding plants; electronics; sawmills and lumber companies; commercial feed and meat processing operations; furniture factories and plants to manufacture cement, concrete, and other building materials. Examples of plans to utilize natural resources include timber and forest product studies; fishing and shellfish surveys; and reports concerning the harvest and utilization of wild rice, fruit, and berries. A number of studies also examine the potential of tourism in such enterprises as ski areas, parks, recreational complexes, and the development of hot springs. Other projects focus on ceramics, pottery, fabric weaving, and other native arts and crafts. Arranged alphabetically by area offices, thereunder by project number.

**TITLE X RECORDS, 1975-78.** 1.008 cu ft (ENTRY 1014 G). Arranged in alphabetical order by name of area office with financial records at the end. Title X was a job opportunities program created by the Public Works and Economic Development Act of 1965 and administered by the Economic Development Administration. For each area office there are: priority sheets listing projects in order of perceived importance; forms SEC-887 filled out by the BIA seeking funds for projects (sometimes annotated with notice of approval and an EDA number); and lists of Public Service Job Programs. The forms contained proposals for funds for Indian Action Programs, employment training, construction, pest control, preparation of industrial sites, grounds improvements, building renovations, etc. At the end of the series are quarterly financial reports from September 1975 to June 1977; a computer generated form SF-133 “Report on Budget Status” from September 1975 to May 1978; and a computer printout entitled “Report on Job Opportunities Program – Activity 1935 as of January 31, 1980”.

**GENERAL RECORDS, ca. 1967-78**. 2.448 cu ft (ENTRY 1014 H). Arranged in roughly alphabetical order by subject. Essentially a correspondence file on different subjects maintained at the Division of Tribal Resources Development office. Contains information on objectives, issues, strategies, and financial plans. A gap between the “B’s” and “P’s” suggests much of the series is missing.

Among the major topics covered are: American Indian National Bank, Program Memos, Program Strategy Papers, Revenue Sharing, Reorganization in the 1970s, Senate Hearings, Short Run Economic Proposals, Speeches, and Urban Indians. There is extensive information on Title X. This series provides narrative information and historical context on Title X to supplement the records in ENTRY 1014G.

**DIVISION OF MANAGEMENT RESEARCH AND EVALUATION - OFFICE FILES, 1954-80**. 10.080 cu ft (ENTRY 1014 I). Arranged in alphabetical order. Primarily a collection focusing on administrative subjects. There are extensive files relating to delegations and redelegations of authority for area offices - generally files (101.1) and (110). There is also a collection of Secretarial Orders and Amendments from the mid-1950s through mid-1970s. Many budget requests, estimates, & budgetary data from FY's 1976-78 are included. Fund distributions from FY 1978, a management survey from 1967, and records relating to the effort by Menominee Indians to re-establish their ties to the federal government after termination in the early 1960s are among the larger subjects. By far the largest single topic is reorganization. Some files deal with reorganizing specific program areas, e.g. credit, land, extension. Others are broken down by area office. Numerous hearings on the reorganization are also included including tribal perspectives.

**TEN YEAR POST WAR RESERVATION PLANNING FILES, 1938-1953**
11.616 cu ft (ENTRY 1014 J). This series is a collection of 10 year plans for reservations, compiled in response to two 1943 circulars from the Commissioner of Indian Affairs. The impetus was the impending end of World War II with the return of job-seeking Indian servicemen and cessation of relatively well paying defense industry jobs. All pals, which were given the decimal classification 071 in the Central Classified Files system followed a similar template laid out by the Commissioner: Part 1 providing basic data (i.e., resources, socio-economic conditions) and Part 2 delineating the overall plan (i.e., new services, funds needed). For each reservation there is a summary and comments, usually by Chief Engineer A.L. Wathen and other staff specialists such as the Director of Roads or Director of Extension services. Plans, of which there are extra copies for all reservations, vary greatly in size and detail. For some reservations, earlier studies and 1948 revisions are included. The Navajo file in particular contains an accumulation of supplemental studies. The correspondence is usually of an administrative nature such as requests for extra copies by central office personnel or requests for extensions of due dates by reservation superintendents. Occasionally it is substantive dealing with criticism of a given plan or correspondence with members of tribes. Arranged alphabetically by name of agency or reservation.

**TEN YEAR RESERVATION DEVELOPMENT PLANS, 1964- 1967** 12 boxes 4.992 cu ft (ENTRY 1014 K). Office of Reservation Programs. This series consists of 10 year development plans (with summaries and related correspondence) for Federal Indian Reservations undertaken by authority of a memorandum from Secretary of the Interior Stewart Udall in July 1964. The reservation plans were compiled by BIA field personnel in conjunction with members of tribal governing bodies. The plans provide basic reservation data (acreage, climate), demographics (population growth), human and economic development (level of education, unemployment rates) in addition to specific proposals for improving conditions. Actual proposals run the gamut from school construction to prairie dog eradication to road paving. The costs and benefits of the proposals and the division of funding sources between the BIA, tribal governments, and other Federal agencies (Office of Economic Opportunity) are listed. Condensed summaries of goals which often critique the feasibility of the plans, are included for most reservations and are sometimes the only records for a given reservation. Arranged alphabetically by the name of the Area Office and thereunder by agency names or reservation names.

**OVERALL ECONOMIC DEVELOPMENT PROGRAM FILES, 1961-1968.** 5 boxes 2.136 cu ft (ENTRY 1014 L). Office of Reservation Programs. This series consists of records of Overall Economic Development Programs (OEDPs) both provisional and final, evaluations, supporting documentation, and related correspondence. OEDPs were developed to take advantage of the Area Redevelopment Act of 1961 (PL 87-27) which provided funding for economically depressed areas. According to this legislation, reservations and surrounding areas were eligible. For example, the Fort Hall Reservation in Idaho proposed issuing pheasant permits on their reservation to generate revenues. The series reflects cooperation between the Commerce Department's Area Redevelopment Administration and the BIA. Although the BIA recommended and certified the programs, they were created with significant input from tribal governments. State economic development officials and county extension agents also assisted in this endeavor. The correspondence often relates to attempts to gain approval for OEDPs, requests to extend due dates, requests for updates, and occasional rejections. Arranged alphabetically by the name of the Area Office and thereunder by agency names or reservation names.

**INDUSTRIAL AND TOURISM DEVELOPMENT PROJECT FILES, 1964-1971.** 18 boxes 8.880 cu ft (ENTRY 1014 M). Office of Reservation Programs. This series contains proposals and studies designed to assist in the economic development of reservations. For each area office there is a folder of correspondence tracing the basic evolution of projects in the area. Separate project files identified with a unique project number follow. Projects were aimed

at securing technical assistance funding from the Area Redevelopment Administration (ARA). Examples include a watch assembly plant at the Fort Berthold Reservation in North Dakota and a resort complex at the Mescalero Reservation in New Mexico. Overall Economic Development Programs (OEDPs), which were broad development plans for an entire reservation were taken into account in preparing these projects. Proposals by consulting companies and academicians make up a significant portion of the series. The correspondence, between Washington central office personnel, field office personnel, tribal leaders, heads of companies, and state economic development personnel, reveals the progression from initial proposals to bid awards to polished studies and required updates. At the end of the series are technical assistance studies accumulated by the office but lacking other documentation, including a proposal to house a civilian aviation academy near an Arizona reservation. Arranged alphabetically by the name of the Area Office and thereunder by project number, with a collection at the end arranged solely by area office.

**ADMINISTRATIVE SUBJECT FILES, JOB CORPS, 1964-1971.** 3 boxes 16.608 cu ft (ENTRY 1014 N) Access restricted FOIA (b)(6) - Personal Information. This series documents administrative and program oversight activities by the Job Corps division within the BIA central office. The division monitored the activities of Job Corps Civilian Conservation Centers, which came into existence under the authority of the Economic Opportunity Act of 1964 (78 State. 508; 42 U.S.C. 2701). The centers functioned in rural areas as part of the Job Corps program, which prepared young men and women, aged 16 to 21 for the responsibilities of citizenship and increased their employability through education, vocational training, and useful work experiences directed toward the conservation of natural resources. Enrollees at the centers performed conservation work on forests, parks, and natural resources while learning such skills as basic surveying; forest technician skills; weed and pest control; fence construction; carpentry; masonry; elementary entomology; equipment operation and maintenance; fire control and prevention skills; cooking; and typing. The series contains budget and financial reports; correspondence; evaluations by the Office of Economic Opportunity and BIA; construction and engineering plans; memoranda; annual work plans; press clippings; budget materials; narrative and statistical progress reports; photographs and slides. These records relate to such subjects as audits and inspections; center activation, programs and closure; community and public relations; engineering and construction costs and projects; financial matters; environmental and general health; equipment and supplies; tribal relations; work programs; plant management; and vocational training. Arranged by subject. Related audiovisual records are at the Motion Picture, Sound and Video Branch at Archives 2. Access restricted, FOIA (b) (c). Personal Information.

**RECORDS RELATING TO JOB CORPS CIVILIAN CONSERVATION CENTERS, 1964-1970.** 33 boxes. 13.656 cu ft (ENTRY 1014 NN) Access restricted FOIA (b)(6) - Personal Information. This series documents the activities of eight Job Corps Civilian Conservation Centers, which came into existence under the authority of the Economic Opportunity Act of 1964 (78 Stat. 508; 42 U.S.C. 2701). Included are records from Chippewa Rance (Mahnomen, Minnesota); Eight Horse Canyon (Mescalero, New Mexico); Kicking Horse (Kicking Horse, Montana); Mexican Springs (Mexican Springs, New Mexico); Poston )Poston, Arizona); San Carlos (Globe, Arizona); Swiftbird (Cheyenne River Reservation, South Dakota); and Winslow (Winslow, Arizona). The centers functioned in rural areas as part of the Job Corps program, which prepared young men and women, aged 16 to 21, for the responsibilities of citizenship and increased their employability through education, vocational training, and useful work experience directed toward the conservation of natural resources. Enrollees at the centers performed conservation work on forests, parks, and natural resources while learning such skills as basic surveying; forest technician skills; weed and pest control; farm skills; fence construction; carpentry; masonry; elementary entomology; equipment operation and maintenance; fire control and prevention skills; cooking; and typing. The series contains budget and financial reports; correspondence; evaluations by the Office of Economic Opportunity and Bureau of Indian Affairs; construction and engineering plans; memoranda; annual work plans; press clippings; narrative and statistical progress reports; center histories; newsletters; and photographs. These records relate to such subjects as audits and inspections, center activation, programs, and closure; community and public relations; engineering and construction costs and projects; financial matters; environmental and general health; equipment and supplies; center personnel and enrollees; tribal relations; work programs, plant management; and vocational training. Access restricted, FOIA (b) (c). Personal Information

**MISCELLANEOUS CORRESPONDENCE, BRANCH OF PROPERTY AND SUPPLY, 1936** 6 boxes 2.448 cu ft (ENTRY 1014 O). Includes both routine administrative and program matters handled by the Branch of Property and Supply. Interspersed within the correspondence, telegrams, memoranda, purchase orders and other administrative records are narrative reports, press clippings, photographs, and program related material. The records relate to such subjects as agency facilities and schools; repairs, improvements, and acquisition of supplies and equipment; tribal enrollment; land allotments and use; activities of agency superintendents and special agents; and conditions on reservations and among Alaska natives. Arranged by subjects.

**LAWRENCE STEVENS' FILES RELATING TO THE NAVAJO TRIBE, 1945-1951** (ENTRY 1014 P). This series relates to economic, medical, and living

conditions among Navajo Indians immediately after World War Two and efforts to improve these conditions through legislation and Bureau of Indian Affairs programs. The records were collected by Lawrence N. Stevens in his capacity as Assistant to Commissioner William Brophy in 1947, and in his other positions. Included are budget appropriation justifications and other financial materials; maps depicting the Navajo reservation in the 1930s and 1940s; proceedings of the Navajo Tribal Council; correspondence; cultural studies; legislation; press clippings and releases; and reports on trading, medical conditions, range resources, industrial programs, and long-term programs to improve living conditions among the Navajo. While most of the records deal with the Navajo tribe, budget and legislative materials occasionally contain references to the Hopi Indians as well.
Box List available.

**FIELD COMMITTEE REGIONAL REPORTS AND RELATED RECORDS, BRANCH OF BUDGET AND FINANCE, 1947-1952** 5 boxes 2.232 cu ft (ENTRY 1014 Q). This series consists of reports and budget materials prepared by the field committees for the purpose of integrating Department of the Interior programs on a regional basis. The reports evaluate the resources and needs of the regions and offer suggestions for future development. Representatives from Interior agencies such as the Fish and Wildlife Service; U.S. Geological Survey; Bureau of Indian Affairs; Bureau of Land Management; Bureau of Mines; National Park Service; and Bureau of Reclamation served on the field committees and contributed information relating to their particular programs. The committee reports relate to Alaska, the Columbia River Basin, the Great Basin-Colorado River, the Missouri River Basin, the Pacific Northwest, and the Southwest Regions. Included are photographs of Alaska; vessel drawings; documentation concerning the U.S.M.S. Northstar's voyage to Alaska May 10-July 22, 1950; preliminary and revised reports for the six regions; budget estimates and justifications; and related correspondence and memoranda. Program and budget materials relating to the Hopi and Navajo tribes are also interfiled among the Southwest Region Records. Arranged alphabetically by region, thereunder by subject.

**RECORDS RELATING TO CREDIT AND LOANS, DIVISION OF FINANCIAL ASSISTANCE, 1910-1969** 8.212 cu ft (ENTRY 1014 QQ). This series consists of financial records relating to credit and loans to individuals, companies, cooperatives, and Indian tribes for the purpose of advancing the economic well being of American Indians. The Twenty one ledger volumes contain detailed figures on credit and loans. They are supplemented by nine boxes of records which include published annual credit reports, schedules of collections, and other records. For the most past the loans are not listed specifically by names but as totals for each reservation or administrative area. The records provide an

aggregate picture of credit and loans on behalf of Indian activities. Arranged by subject.

**MISCELLANEOUS SUBJECT FILES, 1935 -1952.** 3.672 cu ft (ENTRY 1014 R) This series consists of miscellaneous files that appear to have originated from several offices within the Bureau of Indian Affairs. Included are documents on the Columbia River and its tributaries; field committee regional reports; correspondence relating to education; and anthropological reports relating to individual tribes. The records also relate to such subjects as development programs for Alaska, the Colorado River-Great Basin Region, Missouri River Basin, Pacific Northwest, and Southwest regions; arts and crafts; livestock and forming operations; land purchases and codes; tribal legal codes; and social and economic conditions among various tribes. Arranged by subject.

**RECORDS RELATING TO RESERVATION DEVELOPMENT PROGRAMS, 1961-1967**. 4.272 cu ft (ENTRY 1014 S). This series consists of studies, reports and other records that document reservation development programs. Many of the reports relate to projects associated with the Accelerated Public Works Program (APW), which was signed into law by President John F. Kennedy on September 24, 1962. The APW program was intended to provide jobs for the unemployed and to develop services needed by the public. Types of eligible projects under the Bureau of Indian Affairs included roads; housing for employees; irrigation projects; soil and moisture conservation projects; and reforestation. Also included are development plans for Alaska and studies of Alaskan Native villages; minutes and resolutions of tribal councils; and press clippings and releases. Other records include individual tribal reports from Area Offices on "Tribal Relations with the Federal government," compiled at the request of Mamie Mizen, a member of the Senate Committee on Appropriations. Arranged by subject.

**TRANSCRIPTS OF INVESTIGATIVE HEARINGS ON INDIAN AFFAIRS, 1937-1948.** 1.008 cu ft (ENTRY 1014 T). This series consists of transcripts of investigative hearings held by the House Committee on Indian Affairs and subcommittees. The first set was authorized on March 13, 1944, by House Resolution 166, that instructed the Committee "to conduct an investigation to determine whether the changed status of the Indians and the conditions under which he lives require a revision of the law and regulations affecting the American Indian and to prepare recommendations to Congress fro the enactment of any needed legislation to improve the status and advance the opportunity of the American Indian." The records document hearing held in July and August, 1944, in Sioux City Iowa, Flandreau, Sisseton, Pierre, and Pine Ridge, South Dakota; Great Falls and Browning, Montana; and Wolf Point, Elbowoods, and Bemidji, Minnesota. Included are testimonies from tribal representatives regarding changes brought about by the Reorganization Act of 1934. Other

transcripts relate to hearings of the House Subcommittee on Indian Appropriations, in December 1947 and January 1948, in Anadarko, Pawnee, and Miami, Oklahoma, to investigate the Bureau of Indian Affairs' allocation system of its annual appropriations. Tribal representatives presented testimony on various issues. At the end of the series are records pertaining to Alaska. Included are a 1937 report on sociological and economic conditions among Alaskan natives and a 1946 Bureau of Mines report concerning coal deposits near Point Barrow and the Wainwright area. Arranged chronologically by date of hearing.

**RECORDS RELATING TO OFFICE OF ECONOMIC OPPORTUNITY PROGRAMS , 1964-1968.** 10.608 cu ft (ENTRY 1014 U). This series relates to a number of programs authorized by the Economic Opportunity Act of 1964 (Stat. 508; 42 U.S.C. 2701). The act established the Office of Economic Opportunity (OEO) within the Executive Office of the President and provided for such programs as Project Head Start; Neighborhood Youth Corps (NYC); Community Action Programs (CAP); Special Programs to Combat Poverty in Rural Areas; Work Experience Programs; and Volunteers in Service to American (VISTA). The Bureau of Indian Affairs (BIA) implemented the OEO's programs in an effort to reduce poverty among Native Americans by providing opportunities for education, training, and work. Included are project proposals, reports, press coverage; minutes of tribal council meetings; internal BIA memoranda; and correspondence among the OEO, BIA Central and Area Offices, and individual tribes. The records relate to such subjects as youth and adult education; legal counseling; home management; small business development; arts and crafts; alcoholism treatment and prevention; development of recreational facilities; cultural studies; health and sanitation; and vocational rehabilitation. Arranged by type of program, thereunder alphabetically by Area Office, thereunder alphabetically by agency, tribe or reservation.

**MONTHLY TRIBAL OPERATIONS REPORTS, 1961-1970.** 1962-1970 2.040 cu ft (ENTRY 1014 V). This series consists of reports that summarize regional tribal activities. Tribal Operations Officers were expected to submit reports t the end of each month, but the completeness of each Area Office's records varies. The records contain summaries of field trips by Tribal Operations Officers (Where, why, and whom contacted); new, on-going, and completed projects; such current events as tribal elections and housing programs; and general narratives and comments. Some reports also included such supporting documents as clippings and statements. Arranged alphabetically by Area Office, thereunder by date of report.

**OFFICE FILES OF WILLIAM E. FINALE , 1955 -1968.** 22 boxes 10.320 cu ft (ENTRY 1014 W). This series consists of the office files of William E. Finale, Assistant Deputy Commissioner for Community Services. Included are budget

materials; legislation; position and policy papers; surveys; program plans; Bureau of Indian Affairs publications; and reports. The records relate to such subjects as education; training; employment; long-term economic development; agency meetings and such conferences as the National Outlook Conference on Rural Youth (1967); program funding; legislative programs; and BIA contracts with State educational institutions to provide agricultural and home extension services to Indians. Arranged by subject.

**RECORDS RELATING TO THE INDIAN AFFAIRS ADMINISTRATION MANUAL, 1956-1959.** 4 boxes 1.632 cu ft (ENTRY 1014 X). This series consists of superseded sections of the Indian Affairs Manual (IAM), which serves as “the medium for published all instructions that have general and continuing applicability to the activities of the Bureau of Indian Affairs.” The sections are numbered numerically but contain gaps. The sections include introductory; agency organization; functional statements; delegations of authority; correspondence procedures; civil defense; administrative issuances; audits; safety standards; public affairs information; management analysis; and reports management. Arranged numerically by manual section , and number, thereunder in rough chronological order by date of issuance.

**ORGANIZATION CHARTS AND RELATED RECORDS, 1936-1968.** 6 boxes 2.448 cu ft (ENTRY 1014 Y). This series consists of organization charts; functional statements; program correspondence; and other records concerning the structure and management practices of the Bureau of Indian Affairs. The records relate to such subjects as internal reorganizations; management surveys; movement and consolidations of Area Offices; and termination of Federal supervision over tribes. Also included are records concerning Missouri River Basin Investigations and reports on the Wind River Reservation (Wyoming) and Alaska Native Affairs. Arranged alphabetically by Area Office.

**CORRESPONDENCE AND RELATED RECORDS, OFFICE OF MANAGEMENT SERVICES, 1934-1968.** 11 boxes 4.488 cu ft. (ENTRY 1014 Z). This series relates to the development and evaluation of management practices, procedures, and organization programs. Included are correspondence with Area Offices and agencies; organization charts and functional statements; reviews of program activities and regulations; human resources surveys; and conference reports. The records relate to such subjects as new and amended legislation and regulations; tribal reorganization; management of tribal funds; and termination of Federal supervision over tribes. Arranged by subject.

## Record Group 49
## Records of the Bureau of Land Management

**LAND ENTRY CASE FILES** (Entry )

The Land entry case files contain all the paperwork, except the patent, for the process of making a land entry claim. They are filed by State, Land Office, Type of Certificate, and Number. A few states have a few Indian Allotment files listed among the cash and homestead entries. Arizona has Indian Allotments 5-62 under Prescott, 1-81 under Phoenix (in box 60).

**INDIAN FEE PATENT FILES** 262 boxes 109.104 cu ft (Entry UD2297, 2298) The General Land Office worked with the Bureau of Indian Affairs in the process of granting fee patents, so the paperwork was different for Indian Fee Patents than the regular land entry case files for homesteads and cash purchases. The Indian Fee Patents contain documents relating to the allotment and patent process, arranged numerically, but not by the patent number. The file number can be obtained from an actual copy of the patent at the BLM. Records not accessible by tribe names.

## Record Group 123
## Records of the Court of Claims

**INDIAN DEPREDATION CASE FILES, 1891-1894, AND 1917** (ENTRY PI58 31) cu ft. This series contains records of cases concerned with adjudication of claims over Indian depredations- property taken or destroyed by Indians belonging to any band, tribe, or nation in amity with the United States. The case files contain petitions, answers, powers of attorney, motions, briefs, depositions, affidavits, orders, findings of facts and conclusions of law, opinions of the Court, and applications for appeal to the Supreme Court. They also contain evidentiary materials, most of which came from the Office of Indian Affairs, consisting of reports and statements of property destroyed, itemized statements of expense accounts, letters and telegrams, maps and similar documents.

**GENERAL JURISDICTION CASE FILES, 1855 – 1966** (ENTRY PI58 1) 3384.773cu ft. This series contains case files including petitions, answers and other pleadings, motions, briefs, depositions, affidavits, interrogatories, transcripts of testimony, orders, findings of fact, evidentiary materials including exhibits, correspondence, and related documents. The case files are arranged by number. Many cases concern Indian claims, before the establishment of the Indian Court of Claims in 1946. There is an index of Indian claims case files.

## Record Group 205
## Records of the Court of Claims Section of the Department of Justice

**INDIAN DEPREDATION CASE FILES, 1891-1894** (ENTRY 71) 13522.475 cu ft . This series contains records of cases concerned with adjudication of

claims over Indian depredations- property taken or destroyed by Indians belonging to any band, tribe, or nation in amity with the United States. The cases included petitions, motions, depositions, working papers, judgements, and related papers. Cases are filed numerically by case number. There is an alphabetical index to the names of the claimants, and a list by tribes of case numbers.

**Record Group 267**
**Records of the Supreme Court**

**APPELLATE CASE FILES, 1792-2004** (ENTRY A1-21 A-I) 13522.475 CU FT This record group contains records of cases appealed to the Supreme Court. The cases included documents from the lower courts, petitions, transcripts, exhibits, agreements, depositions, motions, orders, decrees, judgments, mandates, correspondence and other records. Cases are filed numerically by docket number. (The file information here is from US REPORTS, and this information has to be translated into the proper docket number for the cases to be pulled).

- BIBB, v. NAVAJO FREIGHT LINES
  *359 U.S. 520 (1959)*
- JONES, CHAIRMAN OF NAVAJO TRIBAL COUNCIL v. HEALING
  *373 U.S. 758 (1963)*
- NATIVE AMERICAN CHURCH OF NAVAJOLAND, INC. v. ARIZONA CORP.
  *405 U.S. 901 (1972)*
- RAMAH NAVAJO SCHOOL BD. v. BUREAU OF REVENUE
  *458 U.S. 832 (1982)*
- KERR-MCGEE CORP. v. NAVAJO TRIBE
  *471 U.S. 195 (1985)*
- UNITED STATES v. NAVAJO NATION
  *000 U.S. 01-1375 (2003)*
- UNITED STATES v. NAVAJO NATION
  *537 U.S. 488 (2003)*

**TRANSCRIPTS OF ORAL ARGUMENTS 1968-2005 (ENTRY A1-17)** 97.512 CU FT This series contains verbatim transcripts of arguments by the attorneys, questions by court members, answers by attorneys, showing title and term

number of the case. Arranged by the term of the court and the date of the proceedings.

**Record Group 279**
**Records of the Indian Claims Commission**

**CLOSED DOCKETED CASE FILES, DOCKET 229** (Entry A1 11 A)
There are copies of many documents related to Navajo history stored in Docket 229, which contains the records of a Navajo Nation suit against the US government, in 90 boxes, box 2077 through 2165.

SOME **OLD MILITARY RECORDS MAY** HAVE RECORDS RELATING TO THE **NAVAJO.** The types include reports of military actions in the 1800s, the costs of supplying troops, and records relating to Indian Scouts. Here are a few examples:

**Record Group 92**
**Records of the Office of the Quartermaster General**

Has records of the costs of Indian Wars, 1865-1882 (ENTRY NM-81 68), the cost of maintaining troops at various Indian Agencies (ENTRY NM-81 66), and Lists of Indian Scouts 1868-1870 (ENTRY NM- 81 241).

**Record Group 94**
**Records of the Adjutant General's Office**

Has records of **Indian Wars**, 1817-1858 including administrative records and muster rolls (for example, ENTRIES PI17 56, 513, 515, and 703 ), **Enlistment Papers of Indian Scouts 1866-1914** (ENTRY PI17 92), **Indian Prisoners** 1861-1865 0.311 cu ft (ENTRY PI17 173) and **Post Returns** such as for Fort Sumner (Bosque Redondo Reservation) (M 617 roll 1241)

There are many specific files among the Letters Received relating to interactions of the US military with the **Navajo**, within the records of the Adjutant General's Office. For a list and description of particular files, see the Microfilm Catalog on American Indians, pages 111-122

**Letters Received by the Office of the Adjutant General (Main Series), 1822-1860** on M567 in 636 rolls

**Letters Received by the Office of the Adjutant General (Main Series),1861-1870** on M619 in 828 rolls, has a file relating to the confinement of the Navajo Indians on the Bosque Redondo Reservation, New Mexico

Territory, and the transfer of their custody from the War Department to the Department of the Interior, 1866-1867, **File 91 I 1866**;
and another one relating to their relocation and the cost of feeding them during this period, **File 223 M 1867**;
and report of General William T. Sherman stating the reasons for the removal of the Navajo Indians from the Bosque Redondo Reservation, New Mexico Territory, June 24, 1869, **File 793 M 1868**

**Letters Received by the Office of the Adjutant General (Main Series),1871-1880** on M666 in 593 rolls, has a file relating to the removal of William F.M. Arny of the Navajo agency, Arizona Territory after a council of the principal chiefs of the Navajo Nation at Fort Wingate, New Mexico Territory, in July 1875, and to the appointment of Alexander G. Irvine as his successor
**File 4354 AGO 1875**

**Letters Received by the Office of the Adjutant General (Main Series),1881-1889** on M689 in 740 rolls, for example, has Correspondence and reports relating to the unrest among the Indians of the Navajo Reservation, Arizona Territory, including the recommendation the Indian Agent Galen Eastman be replaced because of his inability to deal with the situation. The file also contains information about Navajo Indians who had gone to the San Juan River Valley, New Mexico Territory, and efforts of the Army to return them to the Reservation, April – Nov. 1882.

Other files may not be on microfilm. For example,
**Consolidated correspondence file**, 1913, pertaining to an expedition of the 12th US Cavalry Regiment against Indians of the Navajo Reservation near Gallup, New Mexico, who were defying civil authorities who had issued warrants for their arrest
**File 2098002-AGO**

## Record Group 391
## Records of the US Regular Army Mobile Units, 1821-1942

Has various records relating to **INDIAN SCOUTS**, including morning reports, Descriptive Books, Telegrams Received, and Miscellaneous records (for example Entries NM-93 2058–A, 2058-B, 2058-C, and 2054-A)

**Special Orders Received From The Navajo Expedition In New Mexico, June-July 1868,** (Entry NM93 368) 0.105 cu ft

## Record Group 393
## Records of the US Army Continental Commands, 1821-1920

has many records relating to **INDIAN SCOUTS** at Fort MacDowell, Fort Huachuca, Fort Mojave, and Fort Apache in Arizona, and Fort Ojo Caliente in New Mexico, including morning reports, muster rolls, reports, correspondence, descriptive books, letters from Indian Agents. See Finding Aids A1-1, A1-3, and A1-5.

### Records of the Department of New Mexico

**Dep't N. Mex.; {Letters Sent And Received By The Navajo Expedition Commanded By Col. Christopher Carson, 1st Cavalry, New Mexico Volunteers, July 1863-June 1864**} (ENTRY A1 3225) 1 vol 0.50 cu ft

**Dep't N. Mex.; {General And Special Orders And Circulars Issued By Navajo Expedition Commanded By Col. Christopher Carson, 1st Cavalry, New Mexico Volunteers, July 1863 - May 1864** (ENTRY A1 3226) 1 vol 0.071 cu ft

# Tab b

# Overview of Records Held at A2 that Relate or may Relate to the Navajo Tribe

Records relating to the Navajo Tribe may be found in the following series of records at the National Archives and Records Administration (NARA). Additional record groups at NARA in the Washington D.C. area may also hold information about the Navajos.

## RECORD GROUP 48
## Records of the Office of the Secretary Of The Interior

GENERAL RECORDS

**Registers of Letters Received From the Commissioner of Indian Affairs, 1849 – 1882 (10 Volumes)** (Entry 644)
The volumes are arranged chronologically by the date of letter or date of receipt. Entries for individual letters give the date of the letters, subject matter, and indication of action taken.

**Letters Received by the Secretary of Interior, 1849-1880 (104 cubic feet)** (Entry 649)
The letters are arranged by sources of letter (Commissioner of Indian Affairs, 1849-1880) (Boxes 96-223) and there under the letters are arranged by the date of receipt or date of letter.

**Register of Letters Received by the Secretary of Interior, 1881-1900 (47 volumes)** (Entry 652)
The entries in these volumes are chronological by date of receipt and assigned file numbers for each year. Individual entries give the file number, date of receipt, date of letter, name or position and sometimes address of writer, subject matter, indication of action taken, and sometimes references to related records.

**Letters Received by the Secretary of Interior, 1881-1907 (174 cubic feet)** (Entry 653)
The letters are arranged by year and there under by file number assigned in the order of registration. Most of the letters in this series of records were received from the Commissioner of Indian Affairs

**Central Classified Files, 1907-72** (Entries 749 and 942)

From 1907 to 1958, the Central Classified Files are arranged according to a numeric-subject classification system. From 1907 through 1953, the numeric classification established relating to Indian matters is 5. From 1954-1958, the

classification established relating to Indian matters in 2. There under, the files are divided into a number of secondary classification assigned sub-numbers. For example, the sub-numbers used from 1907 to 1953 are from 5-1 to 5-122. The sub-number used from 1954-1958 includes only 2-2. Within the secondary classifications, the records are usually arranged alphabetically by headings denoting more specific subjects, names of administrative units, names of States and other geographical areas, and names of persons and companies. The records within a subheading are usually arranged chronologically and clamped together, but other methods of arrangement were used when appropriate,

- From 1907-36, files concerning the Navajo tribe may be located under any of the numeric-subject classifications. However, after a cursory search of the finding aids, we found that boxes 1252-1256 under file 5-1 pertain to the Navajo; and, this classification is arranged alphabetically by a subject heading such as: Accounts, Allotments, Claims, Enrollment, Heirship, Land Sales, Leases, Suits, and Wills. The following is a box listing for the 1907-1936 files.

Central Files 1907-36
<u>Boxes</u>
1252 5-1 Moqui – Navajo A
1253 5-1 Navajo, A-D
1254 5-1 Navajo, E-L
1255 5-1 Navajo, L-S
1256 5-1 Navajo – Neah Bay

- From 1937 to 1953, boxes 2450 – 2451 and 3451 – 3456 pertain to the Navajo tribe. The following is a box listing for these files.

Central Files, 1937-53
<u>Boxes</u>
2450 1-35 General Part 12 – Navajo Blizzard Emergency, 1949
2451 1-35 Navajo – Hopi Storm Relief Program – 1-36 General Part 4
3451 5-1 Moppa River – Navajo Administration
3452 5-1 Navajo Administration
3453 5-1 Navajo Administration – Navajo Contract General
3454 5-1 Navajo Contract General – Navajo Leases
3455 5-1 Navajo Mission Sites – Navajo Trespass Stock
3456 5-1 Navajo Tribal Funds – New York Carroll Brothers Lease

- From 1954 to 1958 the files relating to Indian matters are designated as 2-2 "Bureau of Indian Affairs." We found the following box that relate to the Navajo tribe.

Central Files, 1954-58
Box 300 – 2-2 Bureau of Indian Affairs – Menominee to Navajo

- From 1959-1963, we found the following boxes that relate to the Navajo tribe.

Central Files, 1959-1963
<u>Boxes</u>
129 Indian Affairs, Minneapolis – Navajo
130 Indian Affairs, Navajo
131 Indian Affairs, Navajo – Cheyenne

- From 1964-1968, we found the following box that relates to the Navajo tribe.

Central Files, 1964-1968
<u>Boxes</u>
100 Indian Affairs, Navajo
101 Indian Affairs, Navajo - Nevada

- From 1969-1972, we did not find any files specific to the Navajo tribe.

**Miscellaneous Records, 1838 – 1905** (Entry 662)
Within this entry is Item #67 – Charges against E.C. Vincent, Navajo Irrigation Survey, 1896.

**Special Files Relating to the Negotiations with Indians, Land Matters, Investigations, and Other Subjects, 1848-1907** (Entry 663)
This entry includes Item #18 – Incoming Correspondence and Memoranda Concerning Special Cases Brought to the Attention of the Secretary – Survey of Navajo and Moqui Reservations, 1884.

**Records Relating to Legislation, 1907-53** (Entry 753)

These records are arranged according to the filing system used for the central files in Entry 749 and there under in various ways. Often the records within a classification are arranged by Congress number and there under by bill or resolution number, but sometimes there are alphabetical or other subject breakdowns either for the classification or for individual Congresses. Box 137 includes the Navajo Legislation Files.

**Bureau of Indian Affairs Inspection Reports, 1907-24** (Entry 842)

Within this entry, box 3 includes the "Navajo Indian Reservation – Allotment and Extension Report, 1908 – 1910" and "Navajo Indians, Reports Concerning the Stealing of Stock from Navajo Indians near Pueblo Bonito, New Mexico, May 18, 1910."

## Record Group 57
## Records of the United States Geological Survey

**Records Concerning the Exploration and Withdrawal of Mineral Bearing Lands, 1946-1956 (.5 cubic feet)** (A-1 Entry 251)

This entry consists chiefly of correspondence and memorandums, but also includes reports, statistical tables and summaries, handwritten notes, plats, and other records concerning the withdrawal from entry of mineral lands bearing radioactive ores and their subsequent restorations in Colorado, Utah, Wyoming, and on the Navajo Reservation.

**Administrative Correspondence Files, 1944 – 1953 (40 cubic feet)** (A-1 Entry 575)

This entry consists chiefly of correspondence, memorandums, and reports, but also includes statistical tables and summaries, circulars, handwritten notes, vouchers, completed employment compensation forms, completed contracts, newspaper clippings, advertisements, graphs, charts, plats, maps, and other records concerning the administration, policies, programs, and operations of the Ground Water Branch and its district and field offices. Included are records documenting the Branch's participation in Alaska ground water research, the Colorado River Basin Project, Missouri River Basin Project, Navajo Indian Reservation Project, Passamaquoddy Tidal Power Project, Upper Embayment Mississippi Investigation, and Project Mahoney.

**Disbursement Ledgers for Stream-Gaging Appropriations, 1907-1910 (3 volumes)** (A-1 Entry 431)

This entry consists of individual entries which give the date, to whom paid, voucher numbers, amount, balance, and monthly balances for such accounts as river measurements, ground-water and debris investigations, and cooperative work with the States and on the Moqui and Navajo Reservations. Each volume is for a fiscal year. Correspondence, memorandums, and quarterly statements regarding the transfer of funds, credits, debits, adjustments to accounts, and recommendations, are in the front of volumes 2 and 3. Volume 3 also has papers appended to the ledger pages throughout the volume showing expenditures for the fiscal year 1911.

## Record Group 79
## Records of the U.S. Park Service, 1916-2005

**Superintendents' Annual Narrative Reports, 1980-2001 (ca. 20 cubic feet)** (Entry P-17)

This entry is arranged alphabetically by region there under by park areas, support offices, park group offices, and other sites and consists of reports completed by superintendents. The contents of the reports do not follow a standard format. The report time frames vary but are chiefly fiscal years or calendar years. Some reports from regions include detailed reports of organizational units. Some reports are accompanied by booklets, brochures, and programs. Some files contain a site information sheet instead of a 1991 report. Many later reports are designated "annual performance plans." Box 40 contains reports for the Navajo National Monument, 1980, 1982, 1987-93, 1998, 2000.

**Records of Roger W. Toll, 1928-1936 (ca. 6 cubic feet)** (Entry P-20)

This entry is arranged alphabetically by name of state, and thereunder by area or subject and consists of the office files of Roger W. Toll during his tenures as Superintendent of Rocky Mountain National Park and Yellowstone National Park. The records include letters received and copies of letters sent, reports, memorandums, notes, maps, photographs, press releases, and publications. Also in this series are records of Toll's investigations of proposed park and monument areas and boundary extensions. Box 1 contains the following: Arizona - Navajo, 1930-35

**General Correspondence of the Assistant Director for Design and Construction, 1963 – 1969 (ca. 49 cubic feet)** (Entry P-80)

This entry is arranged by a decimal classification scheme and consists of correspondence, memorandums, minutes and summaries of meetings, trip reports, field study reports, work orders, administrative issuances, cooperative agreements, project construction proposals, park development schedules, weekly reports to the Director, monthly progress report forms, master plans, press releases, newspaper clippings, photographs, maps, sketches, and drawings. The trip reports are often detailed studies and analysis of site development potential and site inspections. The records concern on site evaluations of physical resources; review of Master Plans; building restorations; landscaping; shore erosion control; and the construction of park facilities including road and trail systems, visitors' centers, campgrounds, water systems, mechanical installations, and staff housing. Boxes that pertain to Navajo are as follows:

Box
36 – D - DEVELOPMENT: D18 Planning Program, Navajo National Monument, 1966
42 – D - DEVELOPMENT: D22 Construction Programs, Navajo Reservoir Recreational Area, 1965-66
51 – D - DEVELOPMENT: D2623 Reports, Other, Navajo National Monument, 1967-1968
69 – D - DEVELOPMENT: D30 Roads and Trails, Navajo National Monument, 1965-67 (2 files)
76 – D - DEVELOPMENT: D3215 Grounds, Picnic and Campgrounds, Navajo National Monument, 1965
80 – D - DEVELOPMENT: D3415 Buildings, Construction and Maintenance, Navajo National Monument, 1967
87 – D - DEVELOPMENT: D5027 Services and Utilities, Radio and Telephone, Navajo National Monument, 1966
91 – D - DEVELOPMENT: D5041 Services and Utilities, Gas Systems, Navajo National Monument, 1967
91 – D - DEVELOPMENT: D5051 Services and Utilities, Utility Rates, Navajo National Monument, 1966
93 – D - DEVELOPMENT: D52 Contracts, Navajo National Monument, 1966
100 – D - DEVELOPMENT: D66 Signs, Markers, and Memorials, Navajo National Monument, 1964-1966

**Correspondence and Subject Files, 1928-1959 (75 cubic feet)** (Entry P-84)
This entry is arranged in three sections, general files, regional files, and park areas and there under by a decimal classification scheme. A fourth section of Emergency Conservation Work is arranged alphabetically by park area. It consists of correspondence, memorandums, fire control plans, annual fire reports, forest protection requirements reports, insect survey reports, cooperative agreements, rangers' handbooks, minutes of meetings, administrative issuances, annual estimates and other fiscal forms, press releases, copies of legislation, newspaper clippings, maps, and photographs.

The records pertain to forest management and protection, including fire prevention and control, tree preservation, and treatment of tree diseases. There are also records concerning park boundary extensions, wildlife habitat, vegetative surveys, soil and moisture conservation, timber cutting and sales, grazing, and ecological surveys; and cooperation with the Forest Service, Fish and Wildlife Service, Resettlement Administration, Public Works Administration, Civilian Conservation Corps, and War Department. The following boxes pertain to Navajo:

<u>Box</u>
70 – [General Files] [---] Soil and Moisture Conservation, Navajo National Monument, 1949-50
81 – [General Files] 904 Mission 66 Program, Navajo National Monument, 1957
165 – [Navajo National Monument] 880-01 Annual Forestry Reports, 1941-53.

## Record Group 381
## Records of the Office of Economic Opportunity

**Grant Correspondence and Evaluations, 1969-1971 (8 cubic feet)** (A1 Entry 1020)

This entry consists of correspondence, memorandums, reports, evaluations, and other records relating to the management and operations of grant programs. The records focus on evaluations of proposals for the refunding of various Indian programs. There is information on programs for specific Indian groups, such as the Northern Cheyenne, the Crow, the Confederation of Tribes of Warm Springs (Oregon), the River Paiute, the Makah, the San Carlos Apache, the Navajo, the Minnesota Chippewa, and the Pine Ridge (Oglala) Sioux, as well as information about programs that were hosted by tribal agencies or jurisdictions, such as the Fort Belknap Reservation, the Rocky Boy Reservation, the Fort Yuma Community Action Program, the Quinault Tribal Council, the Makah Indian Tribe, the Quechan Tribal Council, and the Michigan Inter-Tribal Council. A few of the records relate to liaison with the Department of Defense, the Economic Development Agency, and Industry-Indian conferences.

**Research and Demonstration Project Report Files, 1966 – ca. 1969 (14 cubic feet)** (A1 Entry 1037)

This entry consists of monthly, progress, annual, and evaluation reports prepared by institutions (college and universities), consultant-type organizations, and grantees, such as the Institute of Research on Poverty, the Navajo Community College, and the Massachusetts Community Legal Assistance Office, the University of Wisconsin, and Columbia University.

**Record Group 217**
**Records of the Office of the Accounting Officers of the Department of Treasury**

**Register of Indian Claims, March 1819-July 1894 (15 volumes)** (Entry 474)

This entry is arranged alphabetically by the initial letter of the claimant's surname and consists of registers which show the date received, the claimant's name, explanation, amount claimed, dates reported and allowed, settlement number, and amount allowed.

**Settled Indian Accounts and Claims, January 1794-February 1894 (3600 cubic feet)** (Entry 525)

This entry is arranged numerically (not by name of tribe) and consists of accounts of Indian agents, other officials responsible for expenditures relating to Indians, and private claimants. An account or claim usually consists of a statement of the account of claim, documents submitted in its support, and a report by the Auditor on his examination of the documents submitted.

**Registers of Indian Agents Accounts (New Series), July 1894-October 1922 (6 volumes)** (Entry 664)

This entry is arranged alphabetically by name of the agent, and there under chronologically and consists of registers entries that show officer's name and title, date and amount of bond, dates of service, names of predecessors and successors in office, dates accounts received and settled, period covered, settlement number, adjusted balance, and summary of collections and disbursements.

**Settled Accounts of Indian Agents, October 3, 1894-March 13, 1923 (11808 boxes or 10000 cubic feet)** (Entry 717)

This entry is arranged numerically (not by name of tribe) and consists chiefly of audit reports, accounts current, statements of differences, statements of account, abstracts of expenditures, and vouchers and other supporting documentation.

**Settled Indian Claims, July 1, 1907-March 29, 1923 (1414 boxes or 1295 cubic feet)** (Entry 718)

This entry is arranged numerically (not by name of tribe) and consists of settled claims submitted primarily by suppliers of goods and services for Indians,

transportation companies, Indian agents, surveyors, individual Indians who had claims against the Government, and persons who had claims for depredations caused by Indians. A typical claim file consists of the audit report, an account current, letter to the claimant indicating action taken on the claim, and statements, affidavits, correspondence, and other documents in support of a claim.

## Record Group 411
## Records of the Government Accountability Office

**Settled Indian Agent's Accounts ("C" Series), 1922-1926 (817 cubic feet)** (Entry P-1)

This entry is arranged by an alpha-numeric filing number (C-3 through C-52382) and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**Settled Indian Agent's Accounts ("K" Series), 1926-1929 (734 cubic feet)** (Entry P-5)

This entry is arranged by an alpha-numeric filing number (K-108 through K-54830) and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**Settled Indian Agent's Accounts ("F" Series), 1929-1931 (479 cubic feet)** (Entry P-6)

This entry is arranged by an alpha-numeric filing number (F-200 through F-34764) and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**Settled Indian Agent's Accounts ("G" Series), 1931-1936 (2080 cubic feet)** (Entry P-7)

This entry is arranged by an alpha-numeric filing number G-160 through G-119,394 and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**Settled Indian Agent's Accounts ("H" Series), 1936-1951 (ca. 7500 cubic feet)** (Entry P-8)

This entry is arranged by an alpha-numeric filing number H-35 through H-500788 and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**General Land Office Accounts, 1907 – 1951 (99 cubic feet)** (Entry P-10)

This entry is arranged by an alpha-numeric filing code (not by tribe) and consists of accounts that document monies received by the Receivers of Public Monies (RPMs) in the General Land Office for the sale of Indian lands and timber. The Indian Tribal Claims Branch created this series by segregating these accounts from other accounts found in the series "Settled Indian Agents' Accounts, 1922-1926," "Settled Indian Agents' Accounts, 1926-1929," "Settled Indian Agents' Accounts, 1929-1931," "Settled Indian Agents' Accounts, 1931-1936," and "Settled Indian Agents' Accounts, 1936-1951" because they pertained only to the sale of land and timber. The alpha-numeric codes for the files in this series correspond to the codes used for the files in the other series of accounts.

Boxes 285-288 pertain to the Navajo tribe.

**Indian Office Correspondence Files, 1922-1939 (171 cubic feet)** (Entry P-11)

This entry is arranged by Indian agency or school and there under by the Indian Office or Bureau of Indian Affairs central decimal classification scheme and consists of correspondence received and sent by the Indian Office and its predecessor agency, the Bureau of Indian Affairs, on a variety of subjects that pertain to finance, budget, and accounting matters. This correspondence was used to assist and/or validate the audit of Indian agents' accounts.

Boxes 285 – 289 pertain to the Navajo and Northern Navajo.

**Transportation Claims, Series 1 and 2, 1919-1945** (Entries P-3 and P-4)

This entry is arranged by year and there under by claim number (not by tribe) and consists of claims that were filed directly to either the Treasury Department or the General Accountability Office, depending on which of these offices made the contract to deliver goods or services to a specific Indian tribe. The Indian agent signed off on the delivery, but in general, was not responsible for the monetary transaction.

**Miscellaneous Settled Indian Agents' Accounts, 1922-1926 & 1936-1951 ("C" and "H" Series) (175 cubic feet)** (Entry UD-9)

This entry is arranged by an alpha-numeric filing number and consists of settled Indian agents' accounts for collections and expenditures made by the federal government on behalf of various Native American tribes. Items in a typical account include a summary of appropriations, collections, and disbursements. A collection summary generally includes information about special funds and deposits, Individual Indian Monies (IIM), and federal government deposits. A summary of expenditures includes receipts and disbursement records which document where monies were spent by the Indian agents.

The records in this entry document the General Accounting Office's responsibilities for auditing all Indian accounts. Indian agents received appropriations for the U.S. Government and then disbursed the money to the Indian tribes on whose behalf they worked. Each month the agents had to report to the General Accounting Office for the money that they received and disbursed and the reason. Individual Indian agents could have many accounts.

**E.C.W. (Emergency Civil Work), 1933-1936 (4 cubic feet)** (Entry UD-12)

This entry may have information pertaining to the Navajo tribe.

**Specific Contracts and Miscellaneous Papers, N.D. (7 cubic feet)** (Entry UD-13)

This entry may have information pertaining to the Navajo tribe.

**Bureau of Indian Affairs Vouchers, 1963-1965 (40 cubic feet)** (Entry UD-14)

This entry may have information pertaining to the Navajo tribe.

**GAO Reports (15 cubic feet)** (Entry UD-15)

This entry may have information pertaining to the Navajo tribe.

**Transcripts-Interest on Proceeds of Labor – 4% Funds, 1824-1951 (200 cubic feet)** (Entry UD-16)

This entry is unarranged, and consists of ledger sheets that offer a basic summary of how an appropriation was used, including the amount, date, and warrant number. The ledger sheet includes the name of the Indian tribe, the name of the Indian agent, voucher number if appropriate, and the amount of the credit or debit. Information concerning the Navajo can be found in the following boxes:

Box 95 – Relieving Distress and Prevention etc., of diseases Among Indians Navajo Sanatorium, 1918
Box 96 – Relieving Distress and Prevention etc., of diseases Among Indians Mescalero Hospital, Navajo Sanatorium, Phoenix Sanatorium, Pima Hospital, Sax and Fox Sanatorium, Spokane Hospital, Truxton Canon Camp Hospital, Turtle Mountain Hospital, Winnebago Hospital, 1919, 1920, 1922, 1923, 1924
Box 135 – Reimbursable Indian Reservation Irrigation, Morongo Reservation Navajo and Hopi Misc. Projects, 1923; AkChin (Mancopa), Coachella Valley, Colville Hoopa Valley Morongo Navajo and Hopi New Mexico Pueblos, 1924
Box 186 – Transcript 1101: Expenses of Negotiating Treaties with Apache, Navajo, and Utah Indians in New Mexico, 1855
Box 328 – Buildings: Southern Ute Agency at Navajo Springs, 1896 – 1901
Box 330 – Confederated Bands of Utes 4% Funds, Navajo Springs, 1914, 1917, 1920
Box 343 – Indian Moneys, Proceeds of Labor Navajo Springs Ute Indians, 1911-1915
Box 362 – Proceeds of Labor, Navajo Indians of Arizona and New Mexico, 1938-1950; Dental Work, Revolving Funds, 1939-1949; Indian Moneys, Proceeds of Labor, Northern Navajo Indians (San Juan), 1908-1938; Indian Moneys, Proceeds of Labor Northern Navajo Indians (San Juan), 1908-1921;Interest on Proceeds of Labor, Navajo Indians, Arizona and New Mexico,1938-1950; Indian Moneys, Proceeds of Labor, Navajo Indians (Oil Royalty and Leases), 1925-1938
Box 363 – Indian Moneys, Proceeds of Labor Navajo Agency 1936-1950 (Navajo Agency Sawmill) 1937-1945; Navajo & Hopi Construction and Maintenance Services, 1949-1950
Box 369 – Fulfilling Treaty with Navajos, Schools, Arizona, 1914-1931; Navajo and Hopi Construction and Maintenance Services, 1949-Non-Reimbursable; Purchase of Land for Navajos, New Mexico, 1920-1926 (Reimbursable); Purchase of Land for Navajos, New Mexico (Grazing Leases); Land Water Rights for Navajos, Arizona and New Mexico (Reimbursable); Purchase of Land for Navajo Indians, Arizona, (Reimbursable),1934-1947
Box 370 – Navajo and Hopi Agency Services, 1949-1950
Box 374 – Payment to Settlers on Navajo Reservation, Arizona, 1889-1902; Payment to Baca Y. Salazar for Depredations Committed by Navajo Indians in New Mexico 1870

Box 375 – Subsistence of the Navajo Indians in New Mexico, 1872; Subsistence of Navajo Indians, 1874; Settlement, Subsistence & Support of the Navajo Indian Captives, 1864-1874; Support of Navajos, 1881-1895; Fulfilling Treaty with Navajos, 1868-1883 Lands and Water Rights for Navajos, Arizona and New Mexico, 1909-1928; Survey; of the Navajo Reservation, 1869-1872; Indian Moneys, Proceeds of Labor, Navajo (Southern Navajo Indians), 1888-1921 &1888-1938; Indian Moneys, Proceeds of Labor, Western Navajo Indians,1905-1921; Indian Moneys, Proceeds of Labor, Eastern Navajo Indians, 1911-1938; Indian Moneys, Proceeds of Labor, Navajo Indians of Leupp Agency, 1918-1938; Indian Moneys, Proceeds of Labor, Navajo Indians, Leupp, 1925-1931( Oil Royalty and Leases);Indian Moneys, Proceeds of Labor, Navajo and Hopi Indians,1925-1932 (Oil Royalty and Leases)

Box 376 – Indian Moneys, Proceeds of Labor, Navajo Indians, Northern Navajo, 1925-1932 (Oil Royalty and Leases);Indian Moneys, Proceeds of Labor, Navajo Indians Eastern Navajo, 1925-1932 (Oil Royalty and Leases);Indian Moneys, Proceeds of Labor, Navajo Indians, Southern Navajo, 1925-1932 (Oil Royalty and Leases);Indian Moneys, Proceeds of Labor, Navajo Indians, Western Navajo, 1925-1932 (Royalty and Leases); Interest on Proceeds of Labor, Southern Navajo Indians Arizona, 1931-1938; Interest on Proceeds of Labor, Northern Navajo Indians New Mexico, 1931-1938;Interest on Proceeds of Labor, Eastern Navajo Indians New Mexico,1931-1938; Interest on Proceeds of Labor, Western Navajo Indians Arizona, 1931-1938; Interest on Proceeds of Labor, Navajo Indians of Leupp Agency, Arizona, 1931-1938; Interest on Proceeds of Labor, Navajo Indians, Arizona and New Mexico, 1931-1938 (Oil Royalties and Leases); Indian Moneys, Proceeds of Labor Eastern Navajo (Pueblo Bonito) School, 1916-1921 & 1918-1921; Indian Moneys, Proceeds of Labor Eastern Navajo School, 1921-1936; Eastern Navajo School, 1921-1936; Eastern Navajo Agency; Indian Moneys, Proceeds of Labor, Southern Navajo School, 1921-1936 & 1904-1921; Indian Moneys, Proceeds of Labor, Northern Navajo School,1921-1936;Indian Moneys, Proceeds of Labor Southern Navajo Agency, 1917-1921

Box 377 – Indian Moneys, Proceeds of Labor, Northern Navajo (San Juan) School, 1911-1921; Indian Moneys, Proceeds of Labor, Northern Navajo Agency, 1921-1936; Indian Moneys, Proceeds of Labor, Northern Navajo (San Juan) Agency, 1917-1921

Box 382 – Fulfilling Treaties with the Navajo, 1851-1860

Box 491 – Navajo Transcripts – Fulfillment Treaties; Navajo Transcript – IMPL Schools; Navajo Transcript – Support; Navajo Indians of AZ and NM Transcript – Interest on Proceeds of Treasury Cash Labor

Box 492 – Navajo Transcript – IMPL; Navajo Agency Transcript – Settlement, Subsistence, Navajo Indian Captives and Support; Navajo Indians Transcript – Navajo Indian Captives; Navajo School Transcript – Navajo Indian Captives; Navajo, Western, Agency Transcript; Navajo, Western, Indians Transcript – IMPL; Navajo, Western, School Transcript; NavajoTranscript – Fulfillment of Treaties; Navajo Transcript – Schools, AZ; Navajos near Ft. Sumner Transcript – Relief; Navajos of AZ and NM Transcript – Land and Water Rights

Box 498 – Pueblo Bonito Agency Transcript – IMPL (Navajos); Pueblo Bonito Indians Transcript (Navajos); Pueblo Bonito School Transcript (Navajos)

Box 506 – Ute Navajo Spires Transcript

**Transfer Settlements (13 cubic feet)** (Entry UD-17)

This entry may have information pertaining to the Navajo tribe.

**E.J. Brennan, P.D. Banning Indian Accounts (32 cubic feet)** (Entry UD-18)

This entry may have information pertaining to the Navajo tribe.

**G.F. Allen Register of Deposits, "G" and "H" Series (119 cubic feet)** (Entry UD-19)

This entry may have information pertaining to the Navajo tribe.

**Disbursements, 1950-1956 (2 cubic feet)** (Entry UD-20)

This entry is unarranged, and box 2 consists of disbursement ledgers for "Navajo" from 1950-1951.

**Letter Reports (6 cubic feet)** (Entry UD-21)

This entry may have information pertaining to the Navajo tribe.

**Requisitions, 1939-1943 (3 cubic feet)** (Entry UD-22)

This entry is unarranged and consists of requisitions for various Government and tribal funds. It may have information pertaining to the Navajo tribe.

**T&C Warrants, 1923-1924, and 1947-1950 (1.5 cubic feet)** (Entry UD-23)

This entry is unarranged and consists of appropriation and transfer warrants. The files that relate to the tribes list the tribes alphabetically with the source of the receipts deposited to various tribal accounts. The warrants consist of both Tribal and Government Funds. This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Available Funds and Proceeds of Labor (3 cubic feet)** (Entry UD-24)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Treasury-Cash-Proceeds of Labor – Alphabetical Files (6 cubic feet)** (Entry UD-25)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts Available Funds, Begins, Proceeds of Labor (2 cubic feet)** (Entry UD-26)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Treasury Cash (3 cubic feet)** (Entry UD-27)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Available Funds (2 cubic feet)** (Entry UD-27A)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Treasury Case – Reimbursable Gratuity – E.C.W. Accounts (4 cubic feet)** (Entry UD-28)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Accounts – Treasury Case – Trust Fund (7 cubic feet)** (Entry UD-29)

This entry may have information pertaining to the Navajo tribe.

**Limitations, Indian Appropriations – Fiscal Year Accounts, 1938-1945 (5 cubic feet)** (Entry UD-30)

This entry may have information pertaining to the Navajo tribe.

**Indian Money – Proceeds of Labor (IMPL) Control Accounts, 1933-1947 (7 cubic feet)** (Entry UD-31)

This entry may have information pertaining to the Navajo tribe.

**Available Funds – Reimbursable Gratuity, 1932-1947 (6 cubic feet)** (Entry UD-32)

This entry may have information pertaining to the Navajo tribe.

**Available Funds – Trust Funds, 1930-1945 (3 cubic feet)** (Entry UD-33)

This entry may have information pertaining to the Navajo tribe.

**Interior Indian Appropriations Accounts (8 cubic feet)** (Entry UD-34)

This entry may have information pertaining to the Navajo tribe.

**Limitations – No Year Accounts (4 cubic feet)** (Entry UD-35)

This entry may have information pertaining to the Navajo tribe.

**Indian Claims, 1924-1946 (22 cubic feet)** (Entry UD-36)

This entry may have information pertaining to the Navajo tribe.

**Account and Revenue Ledgers (18 cubic feet)** (Entry UD-37)

This entry may have information pertaining to the Navajo tribe.

**Control Cards by Appropriation and Limitation, 1942-1945 (5 cubic feet)** (Entry UD-38)

This entry may have information pertaining to the Navajo tribe.

**Indian Accounts – Special Limitations, 1930-1945 (4 cubic feet)** (Entry UD-39)

This entry may have information pertaining to the Navajo tribe.

**GAO Indian Trust Accounts (5 cubic feet)** (Entry UD-40)

This entry may have information pertaining to the Navajo tribe.

**Subsidy Control Ledgers, 1943-1945 (11 cubic feet)** (Entry UD-42)

This entry may have information pertaining to the Navajo tribe.

**Copies of Appropriations Warrants and Current Accounts, 1951-1966 (3 cubic feet)** (Entry UD-43)

This entry may have information pertaining to the Navajo tribe.

**Treasury Cash Trust Fund (3 cubic feet)** (Entry UD-44)

This entry may have information pertaining to the Navajo tribe.

**Miscellaneous Individual Vouchers (1 cubic feet)** (Entry UD-45)
This entry may have information pertaining to the Navajo tribe.

**Warm Springs, No. 198 – Gratuity (4 cubic feet)** (Entry UD-46)

This entry may have information pertaining to the Navajo tribe.

**U.S. Supreme Court Reports – Subcommittee Hearings, 1923-1947 (1 cubic foot)** (Entry UD-47)

This entry may have information pertaining to the Navajo tribe.

**Indian School Reports, 1927-1936 (3 cubic feet)** (Entry UD-48)

This entry may have information pertaining to the Navajo tribe.

**Indian Accounts – Suspense Accounts, Indian Appropriations, 1944-1950 (2 cubic feet)** (Entry UD-49)

This entry may have information pertaining to the Navajo tribe.

**Interior – Indian Payroll, 1894-1921 (5 cubic feet)** (Entry UD-50)

This entry may have information pertaining to the Navajo tribe.

**Navajo IIM Cards (2.5 cubic feet)** (Entry UD-51)

This entry is unarranged and consists of ledger sheets for Individual Indian Monies for the Navajo tribe:

Box 1
Abstract Creek Equalization Payment, 3rd Quarter 1915, Exhibits 601-800, Voucher Number 782, Exhibit 601 to 800
Abstract Creek Equalization Payment, 3rd Quarter 1915, Voucher Number 782, Exhibits 401 to 800
Abstract Creek Equalization Payment, 3rd Quarter 1915, Voucher Number 782, Exhibits 801-1000

Box 2
Abstract of Choctaw in Lieu of Land Payment, 3rd Quarter 1915, Voucher Number 783, Exhibits 1 to 4
Abstract of Chickasaw $50.00 Per Capita Payment, 3rd Quarter 1915, Voucher Number 778, Exhibits 1 to 17
Abstract of Chickasaw $100.00 Per Capita Payment, 3rd Quarter 1915, Voucher Number 777, Exhibits 1 to 200
Abstract of Cherokee $12.00 Per Capita Payment, 3rd Quarter 1915, Voucher Number 775, Exhibit 401 to 800

Box 3
Navajo IIM Cards

Box 4
Navajo IIM Cards (Cost Accounts Navajo FY 1952)

Box 5
Navajo IIM Cards (Cost Accounts Navajo FY 1952)

**U.S. Court of Claims Proceedings (25 cubic feet)** (Entry 52)

This entry is arranged by name of tribe and consists of filings relating to Native American in the U.S. Court of Claims.

Box 16 includes information relating to claims made by the Navajo tribe.

**Estimates and Digests of Appropriations (19 cubic feet)** (Entry UD-53)

This entry may have information pertaining to the Navajo tribe.

**Warrant and Requisition Books, 1806-1861 (12 volumes)** (Entry UD-55)

This entry may have information pertaining to the Navajo tribe.

**Register of Warrants, 1822-1847 (39 Volumes)** (Entry UD-56)

This entry may have information pertaining to the Navajo tribe.

**Appropriation Blotter (27 Volumes)** (Entry UD-57)

This entry may have information pertaining to the Navajo tribe.

**Miscellaneous Vouchers (52 Volumes)** (Entry UD-58)

This entry may have information pertaining to the Navajo tribe.

**Appropriation Warrants, 1822-1948 (104 Volumes)** (Entry UD-59)

This entry may have information pertaining to the Navajo tribe.

**Register of Certificates of Settlement, Civil, and Service (18 Volumes)** (Entry UD-60)

This entry may have information pertaining to the Navajo tribe.

**Personal, Indian, Appropriations Ledgers (37 Volumes)** (Entry UD-61)

This entry may have information pertaining to the Navajo tribe.

**Warrant Volumes (86 Volumes)** (Entry UD-62)

This entry may have information pertaining to the Navajo tribe.

**Appropriation Ledgers (73 Volumes)** (Entry UD-63)

This entry may have information pertaining to the Navajo tribe.

**Indian Refunding Requisitions (54 Volumes)** (Entry UD-64)

This entry may have information pertaining to the Navajo tribe.

**Indian Ledger Transcripts (80 volumes)** (Entry UD-65)

This entry may have information pertaining to the Navajo tribe.

**Requisition Volumes (41 Volumes)** (Entry UD-66)

This entry may have information pertaining to the Navajo tribe.

**Register of Warrants on Individuals, 1822-1834 (3 Volumes)** (Entry UD-67)

This entry may have information pertaining to the Navajo tribe.

**Partial Indices to Indian Trust Fund Accounts (16 cubic feet)** (Entry UD-68B)

This entry may have information pertaining to the Navajo tribe.

**Refiles of Settled Indian Accounts from GSA (3939 cubic feet) and WNRC Accession 66A-0118 (80 cubic feet)** (Entry UD-75)

The following information relates specifically to the Navajo tribe in WNRC Accession 66A-0118:
<u>Box</u>
76 – Navajo Tribe, [ICC Number 69 (4 copies), ICC Number petition 69 (2 copies) and ICC Number 49692 (2 copies)]

77 – Navajo Tribe, [ICC Number petition 69 (vol.) I, II, and Dockets 69, 299, and 353]
78 – Navajo Tribe, [ICC Number 69 (vol.) I, (6 copies), and Supplemental Report ICC Number 69 (8 copies)]
79 – Navajo Tribe, [ICC Number 69 (vol.) II (5 copies)]
80 – Navajo Tribe, [ICC Number 69 (vol.) II (2 copies) and (vol.) III (3 copies)]
81 – Navajo Tribe, [ICC Number 69 (vol.) III (4 copies) and (vol.) IV]
82 – Navajo Tribe, [ICC Number 69 (vol.) IV (6 copies)]

## Record Group 513
## Records of the Indian Health Service

**Division of Indian Health: Correspondence, 1955-58 (10 cubic feet)** (Entry A-1-1)

This entry may have information pertaining to the Navajo tribe.

**Environmental Sanitation Branch: Administrative Files, 1959-1962 (14 cubic feet)** (Entry A-1-2)

This entry may have information pertaining to the Navajo tribe.

**Subject Files, 1965-1972 (23 cubic feet)** (Entry A-1-3)

This entry may have information pertaining to the Navajo tribe.

**Environmental Health Program: Project Files, 1961-1982 (85 cubic feet)** (Entry A-1-4)

This entry may have information pertaining to the Navajo tribe.