# In The United States Court of Federal Claims

No. 06-945L

(Filed: June 28, 2007)

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on plaintiff's motion for entry of a record retention order will be held on Friday, July 20, 2007, at 2:00 p.m. (EDT) via telephone. Chambers will contact the parties shortly before the scheduled argument time.

Filing of the parties Joint Preliminary Status Report, originally due on or before July 16, 2007, is hereby **STAYED** until further notice.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge