UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NAVAJO NATION,<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-945 L<br>Judge Francis M. Allegra<br>**Electronically filed June 28, 2007** |

CONSENTED-TO MOTION TO WITHDRAW
AND SUBSTITUTE ELECTRONICALLY-FILED EXHIBIT

Defendant, the United States, by its undersigned counsel, hereby requests that it be permitted to substitute an electronically-filed exhibit for one that was inadvertently filed, and contains confidential attorney-client communications that have no relevance to the above-captioned case, but instead relate to another case in active litigation. Because the matter in question was electronically-filed and therefore is currently publicly available via the Court's electronic filing system, Defendant respectfully requests expedited relief. The grounds for this motion are set forth in greater detail below.

1. On June 21, 2007, Defendant filed its Response To Plaintiff's Motion For Entry of a Protective Order ("Defendant's Response Brief.") Defendant's Response Brief was Docket No. 19 in this case.

2. Defendant's filing included numerous exhibits, some of which contained many pages, and all of which were electronically filed with Defendant's Response Brief.

3. On the afternoon of June 28, 2007, Defendant learned that a four-page fax communication from a client agency, regarding an unrelated lawsuit in which the Department of

Justice is representing that client agency, had inadvertently been scanned and attached to one of the exhibits to Defendant's Response Brief.

4. As a result, that exhibit, as filed with this Court, erroneously included the unrelated and confidential document.

5. Undersigned counsel therefore wish to withdraw the erroneous exhibit, Exhibit 8, and substitute for it a copy of the same exhibit with the inadvertently-included fax communication removed.

6. The erroneous exhibit was electronically filed with Exhibit 8A, as a single pdf. file, collectively constituting "Attachment 2" to Defendant's filing docketed as paper No. 19 in this case. Defendant therefore wishes to substitute a corrected pdf file of both Exhibit 8 and Exhibit 8a in the ECF system. The documents to be substituted are attached to this motion, bearing the designations Exhibits 8 and 8A. They would replace and be substituted for Exhibits 8 and 8A to the original filing. Defendant would also send a corrected hard-copy to the Court to be substituted for any hard-copies of Exhibits 8 and 8a that the Court has.

7. Thomas Peckham, Esquire, a lawyer representing Plaintiff in the above-captioned lawsuit, authorized undersigned counsel to state that Plaintiff and its counsel of record, Alan Taradash, Esquire, consent to the relief requested.

8. Granting the relief requested will not prejudice any party, nor cause any delay in this case.

9. Furthermore, the relief requested will prevent damage to Defendant that would result from its confidential attorney-client communication remaining in the Court's file and available electronically.

10. Under all of the circumstances, Defendant respectfully suggests that expedited relief

is appropriate.

11. For all of these reasons, the motion should be granted, and the requested withdrawal and substitution of exhibits should be permitted.

Dated: June 28st, 2007.

Respectfully submitted,
RONALD J. TENPAS
Acting Assistant Attorney General

*s/Robert W. Rodrigues by Laura Maroldy*
ROBERT W. RODRIGUES
Trial Attorney
LAURA MAROLDY
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.353.8839 (Mr. Rodrigues)
Telephone: 202. 514-4565 (Ms. Maroldy)
Facsimile: 202.305.0506
Email: robert.rodrigues@usdoj.gov