UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. Allegra |

**PLAINTIFF'S NOTICE OF RECENTLY DISCLOSED FACTS RELEVANT TO PLAINTIFF'S MOTION FOR ENTRY OF RECORD RETENTION ORDER**

Plaintiff hereby notifies the Court of recently disclosed facts relevant to Plaintiff's pending Motion for Entry of Record Retention Order ("RRO Motion") that have become known since the filing of Plaintiff's reply in support of the RRO Motion on July 5, 2007. The recently disclosed facts are documented in Defendant's Notices of Filing of Report Concerning Inadvertent Document Destruction ("Defendant's Notices of Document Destruction"), filed on July 9, 2007, in two separate cases before this Court that are indirectly related to this case, namely, *Pueblo of Laguna v. United States*, No. 02-24L, and *Jicarilla Apache Nation v. United States*, No. 02-25L. Those two notices are respectively attached hereto as Exhibits A and B and incorporated herein by reference.

Defendant's Notices of Document Destruction report to the Court and Plaintiff for the first time the destruction in April 2007 of 15 boxes of government records including documents relating to financial transactions of the United States Department of Treasury ("Treasury") involving the Department of the Interior and the United States Bureau of Indian Affairs. *See* Exs. A(1) & B(1). While Treasury was notified of that document destruction in June 2007, counsel for Defendant was

apparently only notified of it on July 9, 2007. *See id.* These recently disclosed facts are relevant to Plaintiff's pending RRO Motion because the RRO Motion addresses the necessity for court protection of irreplaceable Indian trust records relevant to adjudication of this case, including the manner in which Defendant's existing record retention policies, procedures, and controls have allowed the recent and ongoing loss and destruction of Indian trust records.

Respectfully submitted,

*/s/ Alan R. Taradash*

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Dated: July 11, 2007

Attorney of Record for Plaintiff

Of Counsel for Plaintiff:

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Dana L. Bobroff
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 2006
telephone: 202-530-1920
facsimile: 202-530-1270