# In The United States Court of Federal Claims

No. 06-945L

(Filed: July 20, 2007)

---

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On July 20, 2007, oral argument was held in this case on plaintiff's motion for entry of a record retention order. Participating in the argument were Alan Robert Taradash for plaintiff and Robert William Rodrigues for defendant. Pursuant to discussions held therein:

1. The parties shall discuss the content of a record retention order to potentially be imposed in this case; and

2. On or before August 3, 2007, plaintiff shall file a proposed record retention order. By the same date, if necessary, defendant shall file a redline version of plaintiff's order, clearly indicating any disagreements that exist.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge