# In The United States Court of Federal Claims

No. 06-945L

(Filed: August 3, 2007)

---

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 1, 2007, defendant filed an unopposed motion for an extension of time until August 17, 2007, to file its redlined response to plaintiff's proposed record retention order. This motion is hereby **GRANTED**. **No further extensions of this deadline will be granted**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge