UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>Allegra<br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. |

**DECLARATION OF SONNY CLARK**

I, Sonny Clark, as Principal Contract Analyst with the Contracts and Grants Section of the Navajo Nation Office of Management and Budget, do hereby declare the following, pursuant to 28 U.S.C. § 1746:

1. I am employed as Principal Contract Analyst with the Contracts and Grants Section of the Navajo Nation Office of Management and Budget and have held this position since 1998.

2. My job responsibilities as Principal Contract Analyst include, but are not limited to, overseeing and administering Navajo Nation prime contracts from the Bureau of Indian Affairs ("BIA") and other federal agencies. This entails overseeing the execution and submission of initial contract applications and agreements, contract renewals, annual funding agreements and analysis of program and contract budgetary issues.

3. Currently, I oversee and administer the following Public Law 93-638 contracts between the Navajo Nation and the BIA: Law Enforcement (Patrol Services); Criminal Investigations; Corrections; and Vital Records.

Exhibit 2

4. Once or twice a month, in the exercise of my job functions as Principal Contract Analyst, I visit the BIA Navajo Region's main regional office in Gallup, New Mexico (hereinafter the "Gallup regional office"). The Gallup regional office is located approximately thirty miles from my office in Window Rock, Arizona. These visits to the Gallup regional office are for the purposes of retrieving or delivering documents and meeting individually or in small groups with BIA Office of Self-Determination staff. I also have attended large group meetings between BIA and Navajo Nation program staff at the Gallup regional office. My last visit to the Gallup regional office was the morning of Friday, July 27, 2007.

5. These visits to the Gallup regional office have allowed me to become familiar with that three story building and the facilities within. I am specifically aware of a large conference room located on the first floor and have attended meetings there where at least 50 people sat comfortably in chairs with table space. The large conference room includes partitions which can cut the room in half for smaller meetings or work space. In my experience, the large conference room is generally vacant and used only for occasional meetings. I also have observed other generally unused space on the second and third floors of the building within space occupied by the Gallup regional office.

6. My visits to the Gallup regional office also have allowed me to become familiar with the security for the building where the Gallup regional office is located. There are security guards present at the front entrance to the building and all visitors are required to sign in before entering the building and wear numbered "visitor badges" while in the building. Upon exiting, visitors are required to sign out and relinquish their

badges. I also have observed BIA employees using magnetic cards to exit the building through the employee entrances.

7. In the exercise of my job responsibilities as Principal Contract Analyst, I have no direct business with the BIA Window Rock regional realty office. I do, however, sporadically drop off documents and other mail there for direct delivery to the Gallup regional office. The BIA Window Rock regional realty agency office is located directly east of and adjacent to the Navajo Nation Department of Justice building in Window Rock, Arizona. The two buildings are connected by a short breezeway on the north side.

8. In the exercise of my job responsibilities as Principal Contract Analyst, I also attend meetings with the Navajo Nation Office of the Attorney General at the Navajo Nation Department of Justice building. The Department of Justice building contains two conference rooms: a large conference, known as the Attorney General Conference Room, which can seat approximately 40 people, and a smaller conference room, known as the Tax Conference room, which can seat approximately 15 people. Both conference rooms appear to have adequate space to accommodate records review and/or storage.

9. In the exercise of my job responsibilities as Principal Contract Analyst, I have not had an occasion to visit the BIA regional program office located in Fort Defiance or the BIA Agency offices located in Crownpoint, New Mexico; Shiprock, New Mexico; Chinle, Arizona; and Tuba City, Arizona.

10. This declaration is based on my personal observation and knowledge.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2007

Sonny Clark