UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. Allegra |

**PLAINTIFF'S NOTICE OF FILING REVISED PROPOSED RECORD RETENTION ORDER**

Pursuant to this Court's order of July 20, 2007, Plaintiff the Navajo Nation hereby files the accompanying revised proposed record retention order ("RRO") and states as follows:

1. Pursuant to this Court's order of July 20, 2007, Plaintiff filed its proposed RRO on August 3, 2007. Also on August 3, 2007, the Court granted Defendant an extension of time until August 17, 2007, in which to file its redlined response to Plaintiff's proposed RRO.

2. Since August 3, 2007, the parties have worked diligently to resolve their differences regarding the RRO, and Plaintiff has revised its proposed RRO based on those discussions. While the parties made progress in narrowing their disagreements, they did not agree on all terms. Plaintiff accordingly hereby submits a revised proposed RRO, which supersedes that filed on August 3, 2007.

Respectfully submitted,

*<u>/s Alan R. Taradash by /s Daniel I.S.J. Rey-Bear</u>*
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Dated: Aug. 17, 2007

Attorney of Record for Plaintiff

Of Counsel for Plaintiff:

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Dana L. Bobroff
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 2006
telephone: 202-530-1920
facsimile: 202-530-1270