UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. Allegra |

**JOINT MOTION FOR LEAVE TO FILE
REVISED PROPOSED RECORD RETENTION ORDER
AND REDLINE THEREOF**

Plaintiff, the Navajo Nation, and Defendant, the United States, hereby move jointly for leave to file the enclosed revised proposed record retention order ("RRO") and redline thereof. As grounds for this motion, the parties state as follows:

1. Pursuant to this Court's order of July 20, 2007, Plaintiff filed its proposed RRO on August 3, 2007. Also on August 3, 2007, the Court granted Defendant an extension of time until August 17, 2007, in which to file its redlined response to Plaintiff's proposed RRO.

2. On August 17, 2007, Plaintiff filed a revised proposed RRO, which superseded the previously filed proposed RRO, and reflected continuing discussions with Defendant. That same date, Defendant filed its redlined response to Plaintiff's revised proposed RRO.

3. Since August 17, 2007, the parties have continued to seek to resolve outstanding differences regarding the RRO, and the parties have revised their proposed RROs based on those discussions. While the parties have further narrowed their disagreements, they still do not agree on all terms. Accordingly, Plaintiff hereby submits a further revised proposed RRO, and Defendant hereby submits a corresponding revised redlined response to Plaintiff's revised proposed RRO.

4. Defendant further states that its enclosed redline also corrects two errors in its prior RRO redline of August 17, 2007. Specifically, in paragraph 2(f)(i), Defendant has inserted "that, as of the date of this order, are both inactive and[,]" and Defendant has deleted the entire sub-paragraph 2(f)(iv). As indicated in Plaintiff's enclosed revised proposed RRO, Plaintiff does not oppose these changes to the proposed order.

WHEREFORE, the parties respectfully move this Court for leave to file the enclosed proposed Record Retention Order and redline thereof.

Respectfully submitted this 24th day of August, 2007.

/s Alan R. Taradash
by /s Daniel I.S.J. Rey-Bear
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr. Ave. NE
Albuquerque, NM 87102-3541
telephone: 505-243-4275
facsimile: 505-243-4464

Attorney of Record for Plaintiff

Of Counsel:

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Dana L. Bobroff
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 20005
telephone: 202-530-1270
facsimile: 202-530-1920

/s Robert W. Rodrigues
by /s Daniel I.S.J. Rey-Bear
Robert W. Rodrigues
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-305-0484
facsimile: 202-305-0506

Attorney of Record for Defendant

Of Counsel:

E. Kenneth Stegeby
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

John H. Martin
U.S. Department of Justice
Natural Resources Section
1961 Stout Street, Eighth Floor
Denver, CO 80294
telephone: 303-844-1383
facsimile: 303-844-1350

Rachel Howard
Office of the Chief Counsel
Financial Management Service
U.S. Department of the Treasury
Washington, DC 20227

Gladys Orr Cojocari
Thomas Kearns
Candace Beck
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240