UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS
OFFICE OF TRUST RECORDS
1551 MERCANTILE NE, SUITE A
ALBUQUERQUE, NEW MEXICO 87107

# TRANSMITTAL LETTER IARM03018

| | | |
|---|---|---|
| **SERIES:**<br>Indian Affairs Records Management Manual | **SUBJECT:**<br>**SAFEGUARDING RECORDS** | **EFFECTIVE DATE:**<br>November 14, 2003 |
| **CHAPTER:**<br>**3.0 RECORDS MAINTENANCE AND USE**<br>**SECTION:**<br>**3.2 SAFEGUARDING RECORDS** | | **FOR FURTHER INFORMATION, CONTACT:**<br>Office of Trust Records, Branch of Policy and Procedures. |

## EXPLANATION OF MATERIALS TRANSMITTED:

THE OFFICE OF TRUST RECORDS ISSUES, FOR IMPLEMENTATION, THE FOLLOWING INDIAN AFFAIRS RECORDS MANAGEMENT POLICY AND PROCEDURES FOR THE BUREAU OF INDIAN AFFAIRS (BIA) AND THE OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS (OST):

3.2 SAFEGUARDING RECORDS

ETHEL J. ABEITA, DIRECTOR

Exhibit 1

**EFFECTIVE DATE:** NOVEMBER 14, 2003
**SERIES:** INDIAN AFFAIRS RECORDS MANAGEMENT
**CHAPTER:** 3.0 RECORDS MAINTENANCE AND USE
**SECTION: 3.2 SAFEGUARDING RECORDS**

**ORIGINATING OFFICE: OFFICE OF TRUST RECORDS**

**3.2.1 Purpose.** The purpose of this chapter is to provide guidance for safeguarding the Bureau of Indian Affairs (BIA) and the Office of the Special Trustee for American Indians (OST) active and inactive trust and non-trust program records.

**3.2.2 Scope.** This chapter provides guidance on safeguarding active and inactive trust and nontrust program records created and maintained by the BIA and OST in the course of conducting business on behalf of individual Indians and Indian tribes.

**3.2.3 Authority.**

A. American Indian Trust Management Reform Act of 1994 (P.L. 103-412).

B. Federal Records Act of 1950, as amended, (44 U.S.C. § 3101, 3301).

C. Paperwork Reduction Act of 1995, (Title 44 U.S.C. Chapter 35)

D. The Privacy Act of 1974, (5 U.S.C. 552a (2000))

E. National Archives and Records Administration, Chapter XII, (Title 36 Code of Federal Regulations)

E. 380 Departmental Manual (DM) 3, Files Management

**3.2.4 Responsibility.** It is the responsibility of all BIA and OST originating responsible officials to utilize the procedures in this chapter in order to safeguard and protect Indian active and inactive trust and nontrust program records.

**3.2.5 Definitions.**

A. **Active Trust Program Records.** All documents, data and records upon which the Government must rely to fulfill its trust duties to recognized Indian Tribes pursuant to the American Indian Trust Fund Management Reform Act of 1994 (P.L. No. 103-412), and other applicable statutes. Examples may include those which evidence the existence of Tribal trust assets (e.g. ownership data, trust patents, plot descriptions, surveys; jacket files, statement of accounts, etc.), the collection of income from Tribal trust assets (e.g. deposit tickets, journal

vouchers, schedule of collections, etc.), the use of Tribal trust assets (e.g. leases, sales, rights-of-way, investment reports, production reports, sales contracts, etc.), the management of Tribal trust assets (e.g. daily ledgers, investment reports, production verification reports, trespass enforcement, timber stumpage reports, royalty production reports, etc.), or the disbursement of Tribal trust assets (e.g. transaction ledgers, check registers, transaction registers, or list of canceled or undelivered checks, etc.). Tribal assets are lands, natural resources, money, or other assets that are or were held by the Federal government in trust, or that are or were restricted against alienation, for Indian Tribes.

B. **Disposition**. The actions taken regarding records no longer needed for current Government business. These actions include transfer to agency storage facilities or Federal records centers, transfer from one Federal agency to another, transfer of permanent records to the National Archives, and disposal of temporary records.

C. **Federal Records Center (FRC)**. A records center operated by the National Archives and Records Administration.

D. **General Records Schedule (GRS)**. A National Archive and Records Administration-issued schedule governing the disposition of administrative records common to all Federal agencies.

E. **Inactive Trust Program Records**. Inactive trust program records are records that are no longer needed in the performance of current day-to-day trust business and trust program operations of the BIA and OST. These are records which have met the retention period of the 16 BIAM.

F. **Non-Trust Program Records**. Non-Trust Program Records are records that are not identified as Indian Trust Fiduciary records. Refer to 303 DM 6, "Indian Trust Responsibilities, Indian Fiduciary Trust Records" which is included in the appendices to this chapter.

G. **Retention Period**. The length of time that records are to be kept as set for in the 16 BIAM or the National Archives and Records Administration, General Records Schedule.

H. **The Privacy Act of 1974, 5 U.S.C. 552a (2000)**. The Act seeks to balance the Federal government's need to maintain information about individuals with the right of individuals to be protected against unwarranted invasion of their privacy

stemming from Federal agencies' collection, maintenance, use, and disclosure of personal information about individuals.

**3.2.6 Procedures for Storing and Safeguarding Records.**

A. Active Trust Program Records. Active Trust Program Records require the use of specialized storage equipment and security procedures for ensuring the confidentiality of the information for both individual Indians and tribes.

1. Store active trust program records in fire-proof cabinets with locking mechanisms.

2. Establish a security control plan for maintaining and accessing active trust program records.

3. Label all file cabinets that contain personal, restricted, or sensitive information with a Privacy Act Notice.

4. Identify a person responsible for maintaining filing cabinet keys.

5. All active trust program records must be returned and secured in the fire proof locking file cabinets at the close of the business day. Active trust program records should not be removed from trust program offices.

6. Lock cabinet files at the close of business day.

B. Inactive Trust Program Records. Like Active Trust Program Records, Inactive Trust Program Records require the use of specialized storage equipment and security procedures for ensuring the confidentiality of the information for both individual Indians and tribes.

1. Store inactive trust program records in fire-proof cabinets with locking mechanisms.

2. Establish a security control plan for maintaining and accessing inactive trust program records.

3. Label all file cabinets that contain personal, restricted, or sensitive information with a Privacy Act Notice.

4. Identify a person responsible for maintaining filing cabinet keys.

5. All inactive trust program records must be returned and secured in the fire proof locking file cabinets at the close of the business day. Inactive trust program records should not be removed from trust program offices.

6. Lock cabinet files at the close of business day.

C. Active Nontrust Program Records. The following equipment and procedures will be used when securing active nontrust program records.

1. Store nontrust records in office file cabinets.

2. Label all file cabinets that contain personal, restricted, or sensitive information with a Privacy Act Notice.

3. Identify a person responsible for maintaining cabinet keys.

4. All active nontrust program records will be returned and secured in office file cabinets at the close of the business day.

5. Upon approval by the immediate supervisor, records may be authorized to be removed from the office.

D. Inactive Nontrust Program Records. Inactive records are nontrust program records that have met their retention period and disposition date in accordance with the 16 BIAM and/or GRS and must be sent to the Federal Record Center.

E. Safeguarding Records (external security). Establishing safeguard controls for records will require coordination with Federal employees responsible for facility maintenance and security. The following should be implemented in order to assure that BIA and OST records are secure.

1. Identify the Federal official at your location who is responsible for facility maintenance and security.

2. Ensure the buildings that house active and inactive trust and nontrust program records meet minimum safety and security requirements (see E.3 below).

    a. You can obtain this information from the BIA Agency Superintendent's Office if you are located at an OTFM or BIA field location where the Federal government owns the building; or

    b. Request this information from the BIA/OST Facility Manager who is responsible for ensuring that all requirements of the building/office lease are in effect.

3. Implement security controls and external mechanisms to prevent unauthorized access to your building or office.

4. Establish routine physical security safeguards. Examples include:

    a. Periodic Patrols by BIA/tribal police or contract security and electronic security systems of exterior building(s)/office(s).

    b. Exterior Lighting around building(s)/office(s).

    c. Check building(s)/office(s) for infestation (e.g. rodents and insects) and take appropriate action to rid the building when found.

    d. Periodically check exterior building(s)/office(s) for maintenance and repair for exposure to elements.

    e. Assure that exterior locking mechanism on doors have keys and are operational.

    f. Assure that exterior burglar alarms are operational.

**3.2.7 Reports and Forms**. None

None

**EFFECTIVE DATE:** NOVEMBER 14, 2003
**SERIES:** INDIAN AFFAIRS RECORDS MANAGEMENT
**CHAPTER:** 3.0 RECORDS MAINTENANCE AND USE
**SECTION: 3.2 SAFEGUARDING RECORDS**

**ORIGINATING OFFICE: OFFICE OF TRUST RECORDS**

### 3.2.8 Appendices.

A. 303 DM 6, "Indian Trust Responsibilities, Indian Fiduciary Trust Records."