# United States Department of the Interior

OFFICE OF THE SPECIAL TRUSTEE FOR AMERICAN INDIANS
Albuquerque, NM 87109

TAKE PRIDE® IN AMERICA

Division of Records Management Policies,
Procedures and Training

JUL 10 2006

Memorandum

To: Assistant Secretary – Indian Affairs
Deputy Assistant Secretary for Information Resources Management – Indian Affairs
Director, Bureau of Indian Affairs

Through: Chief Information Officer, Office of the Special Trustee for American Indians

From: Director, Office of Trust Records

Subject: 2006 Updates to the 16 BIAM Record Schedules – Release 3

Attached is a CD containing Release 3 of the 16 BIAM which includes both the Trust and General Trust Record Schedules. The 2006 Updates – Release 3 adds the Program Correspondence and Policy/Directives Files record series to each of the Trust Program 4000 series. This record series was approved by the Archivist of the United States on March 23, 2006. This is the only new addition to the schedules.

Also, included on the CD is a Conversion Chart Listing which crosswalks program records from the 1989 16 BIAM to the 2006 Updates – Release 3. The 2006 Updates – Release 3 supersedes all previously released record schedules.

Effective immediately, the Program Correspondence and Policy/Directive files for each of the 4000 series trust programs must be labeled in accordance with Release 3. It will be **mandatory** that all trust record series file folders created and maintained be labeled and filed in compliance with the 2006 Updates – Release 3. This means that all **active** trust file folder record labels, with the exceptions listed below, must be in compliance with the new records series numbers, titles and disposition instructions as prescribed in the 2006 Updates – Release 3.

Trust and general trust record series file folders which have met or will meet their cut-off dates before October 1, 2006 **do not need to be re-labeled**. Trust and general trust record series file folders which have met or will meet their retention date before October 1, 2006 (length of time retained in the office beyond cut-off date) **do not need to be re-labeled**.

All record files that have met the retention date (inactive records that can be sent to the American Indian Records Repository) and were labeled using the 1989 version of the 16 BIAM are

Exhibit 2

acceptable as is. No re-labeling is necessary. If these record file folders do not have labels, use the 2006 Updates – Release 3 to label the file folders.

Both the 2006 Updates – Release 3 and the Conversion Chart Listing will be posted on the BIA Intranet by Friday, July 19, 2006.

If you have any questions, please contact Theresa Baracker at (505) 816-1620.

Attachment

cc: Director, Office of Information Policy – Indian Affairs
Central Office Directors, Bureau of Indian Affairs
Regional Directors, Bureau of Indian Affairs
Agency Superintendents, Bureau of Indian Affairs
Chief, Division of Records Management Policies, Procedures and Training

# 16 BIAM
# (Release 3)

## 4400 Series
## FORESTRY and FIRE

(16 BIAM dated July 10, 2006)

## TR-4402-P5 Timber Sales

Content: Include, but not limited to, the following records:

Pre-award: bidders listing/abstract, abstracted history of cutting, approved forest officer report, environmental assessment (EA), finding of no significant impact (FONSI), biological assessment (BA), archaeology and cultural surveys, endangered and threatened surveys/data, wetland surveys and reconnaissance, timber cruise data and reports, allottee power of attorney, tribal resolutions, timber appraisal, logging road engineering data and reports, layout and design, fee property road access agreements, advertisement and affidavit, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Decision: contract, modification(s), printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Post-award: quarter/period stumpage re-adjustments or re-appraisals, log market appraisals, log valued reports, performance bond documents, inspection reports, ten-day timber scale report(s), consolidated scale reports, monthly check accuracy report (s), sale certificates, scale tickets, check scaling, waste scaling, statement of completion, sale certificates, scale tickets, log scale sheets, check scaling, waste scaling, data collection of wood analysis, footage cut, statement of completion, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Accounting: requests for check to pay stumpage, timber sale ledgers, transaction forms (work tickets), bill of collections, journal vouchers, check copies, public vouchers for refund, profit and loss statements, balance sheets, detailed operating statements, public vouchers, monthly spreadsheets, inventory lists, DAM's non-trust deposits, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Filing Arrangement: Numerical by contract

Official File: Action (originating and/or receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end of contract completion, cancellation, or termination. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

RECORDS SUBJECT TO THE PRIVACY ACT – 5 USC 552B.
NARA Job Number: N1-075-04-2

**TR-4406-P5** Cutting Permits

Contents: Include, but not limited to, the following records:

Pre-decision: advertisement, bid proposals, bid list/abstract of bids, bond authority to grant privileges on allotted land, authority document for restricted land or land without secure clear legal title, statements of completion, approval officer's reports, Environmental Assessment (EA), Notice of Availability, Finding of No Significant Impact (FONSI), Biological Assessment (BA), layouts and designs, logging an road plans, performance bond documents, fee property road access agreements, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Decision: permit, modifications, statement and certificate of award, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Post Decision: data collection of wood analysis, footage cut, log scale sheets, log value reports, log market appraisals, ten-day timber scale report(s), consolidated scale reports, monthly check accuracy report (s), operation reports, inspection reports, specific data and resulting reports, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Accounting: ledger sheets, profit and loss statements, balance sheets, detailed operating statements, inventory lists, requests for check to pay stumpage, monthly spreadsheets, payment receipts, public refund voucher, county treasurer deposits/receipts, historical transactions listings, journal vouchers, bill of collections, intra-bureau transaction forms, transmittal forms (work tickets), DAM non-trust deposits, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Filing Arrangement: Numerical by permit

Official File: Action (originating and/or receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when permit is cancelled, expired, or revoked. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

RECORDS SUBJECT TO THE PRIVACY ACT – 5 USC 552B.

NARA Job Number: N1-075-04-2

# 16 BIAM
# (Release 3)

## 4500 Series
## NATURAL RESOURCES

(16 BIAM dated July 10, 2006)

**TR-4501-P5** Natural Resources Management Plan

Contents: Include, but not limited to, the following records: scope of work; budget; studies; surveys; tests; assessments; field notes; audits; analyses; statements; evaluations; consultations; results; periodic plans and reports on land conservation; utilization and management; requests and responses concerning program information from tribes, federal and state agencies, local governments, private organizations, and individuals; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Filing Arrangement: Chronological by planning fiscal year

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end of planning period. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-3

## TR-4511-P5 Rehabilitation Program

Contents: Include, but not limited to, the following records: scope of work; budget; studies; surveys; assessments; audits; analyses; statements; evaluations; consultations; reports; rehabilitation plans and projects for mining, range, agriculture, land and soil erosion; water development; restocking of fish and wildlife; noxious weed eradication; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Filing Arrangement: Chronological by program fiscal year

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when program initiative is completed or terminated. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-3

## TR-4512-P5 Rights Protection Program (Unresolved Claims)

Contents: Include, but not limited to, the following claims records (three major categories – trespass, contract, and title): grazing, utility, road, railroad, agricultural, recover land fee patent-cancel, recover land patented as swamp land, recover title-force fee patent, removal of mineral resource, uranium contamination, non-rental payment, unpaid lease rental, breach of contract, fence encroachment, building encroachment, flood damage, inundation flood seepage, unauthorized silt deposit, wrongful land sale, wrongful occupancy of land and structure, and water rights; claims; claim resolutions; legislative activities; technical studies; supporting documentation; and related correspondence.

Filing Arrangement: Alphabetical by claim type

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end in which claim is resolved or rejected. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-3

## TR-4515-P5 Herd Management Program

Contents: Include, but not limited to, the following records: scope of work; budget; studies; surveys; assessments; audits; statements; evaluations; consultations; reports; range, habitat, and wildlife surveys; inventories; statistical data for related environmentally sensitive issues; restrictions for wildlife native to region; legal proceeding documentation effecting a location; project records involving restocking, sale, and hunting; analysis and results; reports; requests and responses concerning program information from tribes, federal and state agencies, local governments, private organizations, and individuals; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Filing Arrangement: Chronological by program fiscal year

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when program initiative is completed or terminated. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-3

**TR-4518-P5** Range Management Program

Contents: Include, but not limited to, the following records: scope of work; budget; assessments; audits; analyses; statements; evaluations; consultations; results; reports; grazing land accountability documents; surveys; inventories; studies; restrictions for wildlife native to region; legal proceeding documentation effecting a location; project records; requests and responses concerning program information from tribes, federal and state agencies, local governments, private organizations, and individuals; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Filing Arrangement: Chronological by program fiscal year

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when program initiative is completed or terminated. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-3

# 16 BIAM
# (Release 3)

## 4600 Series
## REAL ESTATE SERVICES
## and
## LAND, TITLE and RECORDS

(16 BIAM dated July 10, 2006)

**TR-4616-P5** Indian Land Right-of-Ways and Easements

Contents: Include, but not limited to, the following records:

Pre-decision: application, consent form, tribal resolution, maps, market analysis, notarized land survey, environmental assessments, appraisal, surety bond, service line agreements, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Decision: rights-of-way, easements, change orders, modifications, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Post-decision: estimate of equitable compensation, schedules of damages, restoration plans, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Accounting: journal vouchers, distribution survey, bill for collections, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Filing Arrangement: Numerical by assigned number

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end of rights-of-way and easement expiration. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-4

**TR-4618-P5** Indian Land Lease Case Files

Contents: Include, but not limited to, the following records:

Pre-decision: estimates; appraisals; restrictions; affidavit; individual land owners consent; lease proposal; lease compliance, inspection, stipulations; title status report; abstract of title; maps and land tract surveys; lease plan; access permits; solicitor approval; power of attorney; acceptance of lessor; Categorical Exclusion check list; Environmental Assessments; insurance policies/certificates; rental value memorandum; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Decision: lease, lease bond, lease and bond transmittal form, modifications, statement/certificate of award, contract, notice of lease termination, unitization agreements and ratifications, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Post-decision: notice of lease expiration, trespass report, operation reports, court related documents, Findings of No Significant Impact (FONSI), printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Accounting: royalty reports, royalty interest documents, check copies, delinquent lessee listing, account distribution vouchers, 90-day notice, authority to execute irrevocable letter of credit document, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Filing Arrangement: Numerical by lease

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end of lease completion, expiration, or termination. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

RECORDS SUBJECT TO THE PRIVACY ACT – 5 USC 552B.

Also Refer to TR-4402-P5 – Timber Sales

NARA Job Number: N1-075-04-4

**4619** Oil Well Records

Refer to TR-4621-P5 – Indian Mineral Assessment Records

RESERVED

NARA Job Number: N1-075-04-4

Bureau of Indian Affairs Records Schedule

**SERIES: 4600** **Real Estate Services and Land, Title and Records Office**

**4620** Nation-wide Oil and Gas Lease Bond Files

Refer to TR-4618-P5 – Indian Land Lease Case Files

RESERVED

NARA Job Number: N1-075-04-4

**TR-4621-P5** Indian Mineral Assessment Records

Contents: Include, but not limited to, the following records: interagency and private research and mineral firm assessments, evaluations, analysis, copies of records submitted and/or received from U.S. Geological Surveys, well logs, plugging records, production reports, communitization agreements, lease status reports, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

Filing Arrangement: Chronological by assessment fiscal year

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when assessment is completed. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-4

## TR-4646-P5 Unresolved Rights Case

Contents: Include, but not limited to, the following records: documents essential to the preservation of the legal right and interest of an individual Indian and their government which includes correspondence, forms, and reports on rights protection.

### TR-4646a-P5 Statute of Limitations/Unresolved Rights Cases – Litigation

Contents: Include, but not limited to, the following case records: Grazing Trespass, Utility Trespass, Road Trespass, Railroad Trespass, Agricultural Trespass, Recover Land Sold to Wrongful Heir, Recover Land Fee Patent-Cancel, Recover Land Patented as Swamp Land, Recover Title-Force Fee Patent, Removal of Mineral Resource, Uranium Contamination, Non-Rental payment, Unpaid Lease Rental, Breach of Contract, Fence Encroachment, Building Encroachment, Flood Damage, Inundation Flood Seepage, Unauthorized Silt Deposit, Wrongful Land Sale, Wrongful Occupancy of Land and Structure, and Harvest Natural Growth Removal and Trespass Water Right.

Filing Arrangement: Alphabetical by claim type

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when case is closed. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-4

**TR-4646-P5** Unresolved Rights Case -- Continued

TR-4646b-P5 Statute of Limitations/Unresolved Rights Claims – Non-Litigation

Contents: Include, but not limited to, the following records: rejected claim which may or may not have legal merit but are not recommended for litigation; Administratively Resolved Claim which have been resolved either through negotiation or administrative resolution; Claim Undergoing Litigation which are being litigated by the U.S. Attorney; Legislation Activities when legislation is necessary when there is no administrative or legislative remedy; Technical Studies include items that are necessary for monitoring activity or for the purpose of making determination to fact; dispute clarification of position; boundary disputes include documents which may or may not be long standing boundary problems and current Unresolved Indian Right issues which are on-going, and rights issued which are post 1966 Statute of Limitations Claims.

Filing Arrangement: Alphabetical by claim type

Official File: Action (originating/receiving) Office

Disposition: PERMANENT. Cut off at fiscal year end when claim is closed. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-4

**TR-4654-P5** Rights-of-Ways

Contents: Include, but not limited to, the following records: original grant of easement or permit with map; tribal resolution; application; consent of owners; affidavit of completion for easements or permits granted over tribal or individual land for road, power line, railroad, communication line, irrigation ditch, canal, pipeline, etc.; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

Filing Arrangement: Geographical by reservation

Official File: LTRO Office

Disposition: PERMANENT. Cut off at fiscal year end when right-of-way expires. Maintain in office of record for a maximum of 5 years after cut off; and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States.

NARA Job Number: N1-075-04-4

*Office of the Special Trustee for American Indians*
***Indian Fiduciary Financial Trust Record Schedule***

| Series | Title and Description of Records | Filing Instructions | Disposition Instructions |
|---|---|---|---|
| **TR-4802-P2**<br>Account Maintenance | **Tribal Case Files:**<br><br>**Purpose**: Tribal Accounts are established in accordance with 25 CFR § 115.702.<br><br>NOTE:<br>1. Related series: 4802-P10<br>2. Related Electronic Systems: Trust Funds Accounting System (TFAS).<br><br>Records are subject to the Privacy Act 5 USC 552a and Interior, OS-02.<br><br>**Content**:<br><br>• Legal documentation such as tribal resolutions, Public Laws, use and distribution plans<br>• Routine File Maintenance documentation<br>• Financial Transaction documentation such as budget, per capita payouts, SF-1166 Schedule of Payments, Electronic Fund Transfers (EFT)<br>• ACH disbursements, interest calculation worksheets<br>• General Information and other related correspondence: letters to/from account holders, memos to the file, customer statements<br>• SF-1034 Public Voucher for Purchases and Services other than Personal<br>• BIA Form 4285 Transfer Between Appropriations<br><br>The Office of Field Operations is identified as the office of record. | Office of Field Operations arrange by Tribal name then in numerical order by account number. | **PERMANENT**: Cut off files at end of the fiscal year in which account is closed. Maintain in office two years after cut off and then retire to records center. Transfer to the National Archives of the United States in accordance with the signed Standard Form 258, Agreement to Transfer Records to the National Archives of the United States. |