IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION,<br>f.k.a. NAVAJO TRIBE OF INDIANS<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 06-945 L<br>Judge Francis M. Allegra |

**DEFENDANT'S NOTICE OF FILING OF UPDATE CONCERNING INADVERTENT DOCUMENT DESTRUCTION**

Pursuant to Section 4 of the Record Retention Order dated March 19, 2004, Defendant United States hereby submits a report from the Office of the Chief Counsel, Financial Management Service, United States Department of the Treasury (Treasury), which provides updated information that Treasury has obtained, since July 9, 2007, about the inadvertent destruction of certain documents by a subcontractor of Treasury's agent, the Bank of America. See Defendant's Exhibit ("Def. Exh.") 1.

As detailed in the attached report, Treasury has learned, among other things, that the data from all 15 of the inadvertently destroyed boxes of government records were recorded in Treasury's CA$HLINK II system, so that it should be possible to recreate the data from CA$HLINK II; that the CA$HLINK II electronic data provided sufficient information to enable any depositing agency (e.g., the Department of the Interior) to retrieve its own paper copy of any deposit ticket or debit voucher that was in the inadvertently destroyed boxes; that the boxes contained materials relating to government-wide deposit ticket and debit voucher activity, so that not every record in the 15 boxes related to Indian trust-related transactions; that the Bank of America has recreated entirely the deposit and debit voucher activity for 11 of the 15 inadvertently destroyed boxes and determined that

more than 98 percent of the materials in those 11 boxes did not relate to Indian trust transactions; and that the Bank of America has acted promptly and implemented certain security measures so as to ensure a similar incident does not occur in the future. Id., ¶¶ 1-4, at 1-2.

Respectfully submitted this 24th day of September, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/Robert W. Rodrigues*
ROBERT W. RODRIGUES
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 353-8839
Fax: (202) 353-2021
Email: robert.rodrigues@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

LAURA MAROLDY
E. KENNETH STEGEBY
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Tel: (202) 616-8119
Fax: (202) 353-2021
E-mail: laura.maroldy@usdoj.gov
E-mail: kenneth.stegeby@usdoj.gov

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

Washington, D.C. 20217

ELISABETH BRANDON
GLADYS ORR COJOCARI
TOM KEARNS
HOLLY CLEMENT
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240