# In the United States Court of Federal Claims

**No. 06-945 L**
**(Filed: October 10, 2007)**

**NAVAJO NATION,**
**f.k.a. NAVAJO TRIBE OF INDIANS**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Judge Eric G. Bruggink**

As provided for in the provision of the Court's ADR Automatic Referral Program, effective June 21, 2007, and the Court's order of October 10, 2007, this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Automatic Referral Program.

Information about this program is available at the court's website -www.uscfc.uscourts.gov.

Brian Bishop
Brian Bishop, Clerk