**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945 L<br>Judge Francis M. Allegra<br>**Electronically Filed November 29, 2007** |

**DEFENDANT'S UNOPPOSED MOTION TO CHANGE RECORD REVIEW SITE TO THE GALLUP, NEW MEXICO FEDERAL BUILDING AND TO MODIFY THE SEPTEMBER 10, 2007 RECORD RETENTION ORDER ACCORDINGLY**

Pursuant to Section 6(b) of the September 10, 2007 Record Retention Order ("RRO") entered in this case, the United States respectfully seeks permission of the Court to modify the record review site specified at Section 2(a) of the RRO from the Gallup BIA Warehouse in Gamerco, New Mexico ("Gamerco") to the Federal Building located at 301 W. Hill Avenue, Gallup, New Mexico 87301 ("Federal Building"). The grounds for this unopposed motion are set forth as follows:

1. On September 10, 2007, pursuant to motion by Plaintiff, the Navajo Nation, the Court entered an RRO requiring the preservation of relevant "documents, data, and tangible things" and establishing the location and schedule for Plaintiff's review of inactive Department of Interior documents.

2. Section 2 (a) of the RRO provides as follows:

> Defendant shall move Relevant Records that, as of the date of this order, are inactive as defined by the Department of Interior ("Interior") Manual Part 303, Chapter 6, and located at the Bureau of Indian Affairs ("BIA") Regional ("Gallup") Office, the BIA Navajo Regional Realty Office, and the BIA Fort Defiance Agency, and any predecessor offices therefor to the Gallup BIA Warehouse in Gamerco, New Mexico at which location such records shall be made available to plaintiff for purposes of inspection.

3. Since entry of the RRO, Labat-Anderson, Inc. contractors of Interior have completed a follow-up inspection of the Gamerco facility. During this inspection, certain flammable substances were found in the Gamerco Warehouse which had not been previously observed at the facility.

4. In light of the quantity and nature of these substances and the availability of space at the nearby Federal Building, officials of Interior's Office of Trust Records have concluded that the document review specified in the RRO should not take place at the Gamerco facility.

5. Document review at the Gallup Federal Building will obviate the need to move the documents currently stored at the Federal Building to the Gamerco facility.

6. Facilities at the Federal Building are equal or superior to those at the Gamerco Warehouse, and Plaintiff will not be prejudiced by this change in the record review site. In this regard, the review site will afford a review room with the dimensions of approximately 38 feet by 28 feet.

7. Defendant has conversed with Plaintiff's counsel concerning review of the inactive BIA records at the Gallup, New Mexico Federal Building, and, based on Defendant's aforenoted representations, Plaintiff's counsel does not oppose the change in facility.

Based on the foregoing, the United States respectfully requests that the Court approve the review of inactive BIA records pursuant to Section 2(a) of the RRO at the Gallup Federal Building versus the Gamerco Warehouse and enter the proposed Amended RRO filed with this motion. Attachment 1 to this motion is the redline version of the requested change to the September 10, 2007 RRO. Attachment 2 is a clean copy of the revised order.

Respectfully submitted,
RONALD J. TENPAS
Acting Assistant Attorney General

s/Robert W. Rodrigues
ROBERT W. RODRIGUES
Trial Attorney
JOHN MARTIN
Trial Attorney
E. KENNETH STEGEBY
Trial Attorney
AYAKO SATO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.353.8839
Facsimile: 202.305.0506
Email: Robert.Rodrigues@usdoj.gov

Of Counsel:

Teresa Dawson
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury

Gladys Orr Cojocari
Tom Kearns
Holly Clement
Office of the Solicitor
United States Department of the Interior
1849 C. Street, N.W.
Washington, D.C. 20240