# In the United States Court of Federal Claims

No. 06-945L

(Filed: November 30, 2007)

---

NAVAJO NATION,
f.k.a. NAVAJO TRIBE OF INDIANS,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On September 10, 2007, the court issued a record retention order in this case. On November 29, 2007, defendant filed an unopposed motion to change the record review site to the Gallup, New Mexico Federal Building and to modify the record retention order. That motion is hereby granted. Accordingly, Section 2(a) of the record retention order issued on September 10, 2007, is hereby modified to read as follows:

"2. **Document Inspection and Production.**

(a) Defendant shall move Relevant Records that, as of the date of this order, are inactive as defined by the Department of Interior ("Interior") Manual Part 303, Chapter 6, and located at the Bureau of Indian Affairs ("BIA") Navajo Regional ("Gallup") Office, the BIA Navajo Regional Realty Office, and the BIA Fort Defiance Agency, and any predecessor offices therefor to the Federal Building, 301 West Hill Avenue, Gallup, New Mexico, 87301 at which location such records shall be made available to plaintiff for purposes of inspection. At least 10 calendar days before movement of the records from their present locations to Gamerco, defendant will provide plaintiff with an intermediate move plan or plans, which shall include: an implementation schedule; a description or inventory of the records being moved; the method of transportation; the chain of custody; and the signature of the official responsible for the move. The move process may be monitored by plaintiff or its representative."

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge