# In the United States Court of Federal Claims

(Filed: January 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v. No. 06-945L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference with the parties is scheduled for Friday, February 22, 2008, at 12:00 p.m. EST.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra