# United States Court of Federal Claims

| | |
|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 06-945L<br>Judge Francis M. Allegra |

**JOINT MOTION FOR ENTRY OF ADR CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**

The Navajo Nation and the United States hereby move jointly for entry of an Alternative Dispute Resolution ("ADR") Confidentiality Agreement and Protective Order. In support of this motion, the parties state the following:

1. On May 11, 2007, this Court entered a Confidentiality Agreement and Protective Order ("CAPO") in this case to facilitate efficient discovery and authorize production of confidential and proprietary records while protecting them from further disclosure consistent with Applicable Confidentiality Laws, as defined in the CAPO, and to avoid waivers of exemptions from disclosure under the Freedom of Information Act, 5 U.S.C. § 552.

2. On October 10, 2007, the Court entered an Order staying this case and referring this case to Senior Judge Bruggink to conduct ADR proceedings in this complex matter.

3. Since entry of the above Orders, the parties have agreed to the terms of an Agreement Governing ADR Proceedings for this case. As part of the parties' efforts to pursue informal discovery within the ADR proceedings, the parties also have agreed to the terms of the accompanying proposed ADR CAPO.

4. The proposed ADR CAPO, in part, has benefitted from the drafting, application, and implementation of the ADR CAPOs entered on April 4, 2005, and June 2, 2005, respectively, in the two cases with similar issues currently before this court, *Jicarilla Apache Nation v. United States,* No. 02-25L, and *Pueblo of Laguna v. United States*, No. 02-24L, wherein the attorneys of record for each of the parties are also the attorneys of record in this case.

5. Entry of the attached proposed ADR CAPO, including supplementation of the CAPO entered on May 11, 2007, will facilitate the free flow of information among the parties and the designated Settlement Judge, and thereby may assist the parties in resolving this case pursuant to the Court's ADR program. In particular, entry of the attached proposed ADR CAPO will facilitate commencement of record inspections at the Gallup Federal Building on or about February 5, 2008, pursuant to paragraph 2(b)(iv) if the Court's Order of September 10, 2007, as modified by the Court's Order of November 30, 2007.

WHEREFORE, the Navajo Nation and United States respectfully request that the Court approve and enter the accompanying ADR Confidentiality Agreement and Protective Order.

Respectfully submitted this 18th day of January 2008,

s/Alan R. Taradash
by s/Daniel I.S.J. Rey-Bear
Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave. NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464
email: artaradash@gmail.com

Attorney of Record for Plaintiff

s/Robert W. Rodrigues
by s/Daniel I.S.J. Rey-Bear
Robert W. Rodrigues
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-353-8839
facsimile: 202-353-2021
email: Robert.Rodrigues@usdoj.gov

Attorney of Record for Defendant

Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Dana Bobroff
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King Jr Ave NE
Albuquerque, NM 87102
telephone: 505-243-4275
facsimile: 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 20005
telephone: 202-530-1270
facsimile: 202-530-1920

Of Counsel for Plaintiff

Kenneth Stegeby
Ayako Sato
John H. Martin
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
telephone: 202-353-8839
facsimile: 202-353-2021

Of Counsel for Defendant