# United States Court of Federal Claims

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945L<br>Judge Francis M. Allegra |

**DEFENDANT'S NOTIFICATION OF DISCOVERY OF DOCUMENT DAMAGE**

Pursuant to Section 4 of the Navajo Record Retention Order dated September 10, 2007, Defendant hereby notifies the Court of the discovery of damage to records potentially relevant to this case. The relevant information is as follows:

1. On April 8, 2008, Solicitor's Office attorneys advised the Department of Justice ("Justice") attorneys of record in this case that, in the course of privilege reviews taking place at the Gallup, New Mexico Federal Building, Solicitor's Office attorneys had discovered certain records and file folders which displayed some water damage and/or mold. The records had been included in a collection of boxes originally stored at the Bureau of Indian Affairs Regional Office in Window Rock, Arizona.

2. The initial discovery of some of these damaged records occurred in the afternoon of April 3, 2008, and additional documents were discovered thereafter. At the present time 9 boxes have been discovered containing some documents with mold and/or water damage.

3. On April 8, 2008, Justice attorneys contacted opposing counsel and advised them

of the information set out above.

4. The Department of the Interior intends on obtaining further information as soon as possible concerning the damaged documents and will provide that information to the Court and opposing counsel as it becomes available.

Respectfully submitted this 15th day of April, 2008.

RONALD J. TENPAS
Assistant Attorney General

s/Robert W. Rodrigues
Robert W. Rodrigues
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-8839
Facsimile: 202-353-2021

Attorney of Record for Defendant