# In The United States Court of Federal Claims

No. 06-945L

(Filed: April 16, 2008)

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On April 15, 2008, defendant filed a notification of discovery of document damage, apprising the court that the Solicitor's Office had, in the course of privilege reviews, discovered certain records and file folders that displayed water damage and/or mold in a collection of boxes stored at the Bureau of Indian Affairs Regional Office in Window Rock, Arizona.

Accordingly, it is hereby ordered that, on or before Wednesday, April 30, 2008, defendant shall file a detailed status report explaining the following:

1. The nature of the destruction and/or damage to documents;

2. The best estimate of when the destruction and/or damage to the documents occurred;

3. The circumstances regarding the destruction and/or damage to the documents and the discovery of the damage; and

4. The steps the agency has taken or will take to ensure that there is no further damage to documents.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge