# United States Court of Federal Claims

| | | |
|---|---|---|
| NAVAJO NATION<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br>No. 06-945L<br>Judge Francis M. Allegra |

**DEFENDANT'S UNOPPOSED MOTION FOR A SEVEN DAY ENLARGEMENT OF TIME TO FILE DEFENDANT'S SUPPLEMENTAL DOCUMENT DAMAGE REPORT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Defendant respectfully submits this motion for a 7 day enlargement of time to and including May 7, 2008, within which to file its supplemental damage report. No previous enlargements of time for this purpose have been filed by the Government. The interests of the Parties will not be harmed by this limited extension request.

The grounds for this unopposed motion are as follows:

1. On April 15, 2008, Defendant filed its notification of discovery apprising the Court that, in the course of a privilege review at the Gallup Federal Building, Solicitor's Office attorneys discovered certain documents and file folders which displayed water or mold damage, or both, in a collection of 709 boxes which had been previously stored at a Bureau of Indian Affairs Office at Window Rock, Arizona.

2. On April 16, 2008, this Court ordered that Defendant file a detailed status report setting out the nature of the damage, when the damage may have occurred, the circumstances of the destruction, and steps taken to ensure that no further damage occurs.

3. The Government is in the process of collecting that information and has made completion of this work a priority.

4. The Court's order calls for the filing of the report on April 30, 2008 and progress has

been made in securing the requested information.

5. At the same time, Government counsel from the Departments of Justice and the Interior are required to attend a previously-scheduled mediation session in Jicarilla Apache Nation v. United States. No. 02 - 25L on April 29 which may extend into April 30. Participation in the mediation session will prejudice counsels' ability to complete and file the Navajo damage report on April 30, including the most current information concerning the damaged documents as well as any pertinent materials to be filed with the report.

6. The requested 7 day extension will also permit presentation of any additional information learned during the May 1 -7 time frame in the report.

7. The collection of documents at issue is secured at the Gallup Federal Building in Gallup, New Mexico.

8. Counsel for the Plaintiff does not oppose the Government's request for a 7 day enlargement of time in the matter

WHEREFORE, the Government respectfully requests that its unopposed motion be GRANTED.

Respectfully submitted this 21st day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General

s/ Robert W. Rodrigues
Robert W. Rodrigues
E. Kenneth Stegeby
Ayako Sato
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-8839
Facsimile: 202-353-2021

Attorney of Record for Defendant