# In the United States Court of Federal Claims

(Filed: May 23, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v. No. 06-945L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic ADR status conference with the parties is scheduled for Thursday, June 26, 2008, at 12:00 p.m. EST. The court will also address case no. 02-24L Pueblo of Laguna.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra