# In The United States Court of Federal Claims

No. 06-945L

(Filed: June 6, 2008)

---

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 6, 2008, the court conducted a conference call in this case to discuss the damage to documents brought to the court's attention by defendant's April 15, 2008 notice. Pursuant to discussions during this conference call, defendant shall file a motion to modify the record retention order and a plan for an external evaluation of the remaining boxes of record kept at relevant storage facilities.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge