# In the United States Court of Federal Claims

(Filed: June 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
NAVAJO NATION,

*Plaintiff*,

v. No. 06-945L

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic ADR status conference with the parties is scheduled for Tuesday, July 29, 2008, at 11:00 a.m. EST. The court will also address case no. 02-24L Pueblo of Laguna.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Francis M. Allegra