# Exhibit 1

**Note: This Intermediate Move Plan refers to the 709 Window Rock Realty boxes moved to Gallup.**

**The following accessions will be moved to:**
**GSA Warehouse located at: 1600 12th St. NW Albuquerque, New Mexico 87103**

| OST Accession Number: | Box count: |
| --- | --- |
| ✕ N00-07-8046 | 3 boxes |
| ✕ N00-07-8047 | 4 boxes |
| ✕ N00-07-8048 | 1 box |
| ✕ N00-07-8049 | 1 box |
| ✕ N00-07-8050 | 3 boxes |
| ✕ N00-07-8051 | 1 box |
| ✕ N00-07-8052 | 2 boxes |
| ✕ N00-07-8053 | 8 boxes |
| ✕ N00-07-8054 | 1 box |
| ✕ N00-07-8055 | 1 box |
| ✕ N00-07-8056 | 1 box |
| ✕ N00-07-8057 | 8 boxes |
| ✕ N00-07-8058 | 1 box |
| ✕ N00-07-8059 | 1 box |
| ✕ N00-07-8060 | 1 box |
| ✕ N00-07-8061 | 1 box |
| ✕ N00-07-8062 | 1 box |
| ✕ N00-07-8063 | 1 box |
| ✕ N00-07-8064 | 1 box |
| ✕ N00-07-8065 | 3 boxes |
| ✕ N00-07-8066 | 1 box |
| ✕ N00-07-8067 | 1 box |
| ✕ N00-07-8068 | 1 box |
| ✕ N00-07-8069 | 1 box |
| ✕ N00-07-8070 | 5 boxes |
| ✕ N00-07-8071 | 37 boxes |
| ✕ N00-07-8072 | 2 boxes |
| ✕ N00-07-8073 | 1 box |
| ✕ N00-07-8074 | 1 box |
| ✕ N00-07-8075 | 1 box |
| ✕ N00-07-8076 | 1 box |
| ✕ N00-07-8077 | 1 box |
| ✕ N00-07-8078 | 1 box |
| ✕ N00-07-8079 | 1 box |
| ✕ N00-07-8080 | 1 box |
| ✕ N00-07-8081 | 2 boxes |
| ✕ N00-07-8082 | 1 box |

| | | |
|---|---|---|
| ✗ | N00-07-8083 | 13 boxes |
| ✗ | N00-07-8084 | 1 box |
| ✗ | N00-07-8085 | 3 boxes |
| ✗ | N00-07-8086 | 2 boxes |
| ✗ | N00-07-8087 | 1 box |
| ✗ | N00-07-8088 | 1 box |
| ✗ | N00-07-8089 | 1 box |
| ✗ | N00-07-8090 | 1 box |
| ✗ | N00-07-8091 | 1 box |
| ✗ | N00-07-8092 | 1 box |
| ✗ | N00-07-8093 | 7 boxes |
| ✗ | N00-07-8094 | 2 boxes |
| ✗ | N00-07-8095 | 1 box |
| ✗ | N00-07-8096 | 1 box |
| ✗ | N00-07-8097 | 2 boxes |
| ✗ | N00-07-8098 | 1 box |
| ✗ | N00-07-8099 | 1 box |
| ✗ | N00-07-8100 | 1 box |
| ✗ | N00-07-8101 | 1 box |
| ✗ | N00-07-8102 | 1 box |
| ✗ | N00-07-8103 | 1 box |
| ✗ | N00-07-8104 | 2 boxes |
| ✗ | N00-07-8105 | 1 box |
| ✗ | N00-07-8106 | 1 box |
| ✗ | N00-07-8107 | 1 box |
| ✗ | N00-07-8108 | 3 boxes |
| ✗ | N00-07-8109 | 1 box |
| ✗ | N00-07-8110 | 1 box |
| ✗ | N00-07-8111 | 1 box |
| ✗ | N00-07-8112 | 2 boxes |
| ✗ | N00-07-8113 | 1 box |
| ✗ | N00-07-8114 | 1 box |
| ✗ | N00-07-8115 | 1 box |
| ✗ | N00-07-8116 | 1 box |
| ✗ | N00-07-8117 | 78 boxes |
| ✗ | N00-07-8118 | 2 boxes |
| ✗ | N00-07-8119 | 8 boxes |
| ✗ | N00-07-8120 | 3 boxes |
| ✗ | N00-07-8121 | 1 box |
| ✗ | N00-07-8123 | 82 boxes |
| ✗ | N00-07-8125 | 7 boxes |
| ✗ | N00-07-8126 | 4 boxes |
| ✗ | N00-07-8127 | 3 boxes |
| ✗ | N00-07-8128 | 2 boxes |
| ✗ | N00-07-8129 | 6 boxes |
| ✗ | N00-07-8130 | 1 box |

- ✗ N00-07-8131 1 box
- ✗ N00-07-8132 3 boxes
- ✗ N00-07-8133 1 box
- ✗ N00-07-8134 1 box
- ✗ N00-07-8135 1 box

(368) total boxes

✗ N00-07-8122 (77) total boxes
Box #1-56, 63-83

✗ N00-07-8124 (136) total boxes
Box #1-58, 63 -65, 67, 69, 73, 75, 82, 89, 91-94, 96-97, 100, 107, 109-162, 182, 188, 190, 199, 210, 220, 232

**Total box count (581)**

**The following box numbers from Accessions N00-07-8122 and N00-07-8124 will currently remain at Gallup Federal Building located at: 301 W. Hill Ave. Gallup, New Mexico 87305**

✗ N00-07-8122 (6) total boxes
Box# 57-62

✗ N00-07-8124 (122) total boxes
Box# 59-62, 66, 68, 70-72, 74, 76-81, 83-88, 90, 95, 98-99, 101-106, 108, 163-181, 183-187, 189, 191-198, 200-209, 211-219, 221-231, 233-258

**Total box count (128) remain at Gallup Federal Building**