# Exhibit 2

# Ft. Defiance Box Listing

**GRS 3/8a - N36-07-8137** 2
Procurement, Supply, and Grant Records.
8. Inventory Requisition File. Requisitions for supplies and equipment for current inventory. b. All other copies.

**GRS 5/3b - N36-07-8138** 1
Budget Preparation, Presentation, and Apportionment Records.
3. Budget Reports Files. Periodic reports on the status of appropriation accounts and apportionment. b. All other reports.

**GRS 9/3a - N36-07-8139** 1
Travel and Transportation Records.
3. Noncommercial, Reimbursable Travel Files. Copies of records relating to reimbursing individuals, such as travel orders, per diem vouchers, and all other supporting documents relating to official travel by officers, employees, dependents, or others authorized by law to travel. a. Travel administrative office files.

**GRS 23/1 - N36-07-8140** 1
Records Common to Most Offices Within Agencies
1. Office Administrative Files. Records accumulated by individual offices that relate to the internal administration or housekeeping activities of the office rather than the function for which the office exists. In general, these records relate to the office organizations, staffing, procedures, and communications, including facsimile machine logs; the expenditure of funds, including budget records; day-to-day administration of office personnel including training and travel; supplies and office services and equipment requests and receipts; and the use of office space and utilities. They may also include copies of internal activity and workload reports (including work progress, statistical, and narrative reports prepared in the office and forwarded to higher levels) and other materials that do not serve as unique documentation of the programs of the office.

**GRS 23/7 - N36-07-8141** 1
Records Common to Most Offices Within Agencies
7. Transitory Files. Documents of short-term interest which have no documentary or evidential value and normally need not be kept more than 90 days. Examples of transitory correspondence are shown below.

**TR-4609-P5 - N36-07-8142** 11

Land Transactions.
Include, but not limited to, the following records: Conveyance: deed, fee patent, order transferring inherited interest, conveying land (allotted and unallotted), printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Pre-conveyance: certificate of competency, gift conveyance document, proclamation, tribal resolution agreeing to exchange or sale by tribe to individual, appraisal report, correspondence justifying transaction, title opinion by legal counsel, petition for sale, agency reports, certificate of indebtedness, homestead patents, restricted real property insurance policies, related land indexes, title abstracts or opinions of private sector, original bid, abstract of bid, advertisement, heirs written consent to sell, deed establishing transfer of ownership, surveys, environmental impact statements and assessments, other NEPA documents, archaeological reports, land plat and tract books showing land transactions and legal description of land (subdivision, section, township, range, and acreage),

withdrawals, reservoirs, agency and school reserves, aborted land transactions (petitions to sell, transfer, or alienate rights of property), printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

**TR-4613-P5 - N36-07-8143** 1
Land Maps and Plans.
Include, but not limited to, the following records: scope of work, budget, studies, surveys, tests, assessments, field notes, audits, analyses, statements, evaluations, consultations, results, reports, plans, annotated maps showing townships, reservations, boundaries, location of land purchases under the Indian Reorganization Act, photos, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence.

**TR-4615-P5 - N36-07-8144** 2
Land Acquisition Map Book
Include, but not limited to, the following records: application, consent form, tribal resolution, maps, approved grant form, certificate of completion for right-of-way or easement or permits granted over Indian land for roads, power-lines, railroads, communication lines, irrigation ditches, canals, and pipelines.

**TR-4616-P5 - N36-07-8145** 2
Indian Land Right-of-Ways and Easements.

Include, but not limited to, the following records: Pre-decision: application, consent form, tribal resolution, maps, market analysis, notarized land survey, environmental assessments, appraisal, surety bond, service line agreements, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Decision: rights-of-way, easements, change orders, modifications, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Post-decision: estimate of equitable compensation, schedules of damages, restoration plans, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Accounting: journal vouchers, distribution survey, bill for collections, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting

**TR-4618-P5 - N36-07-8146** 9

Indian Land Lease Case Files.

Include, but not limited to, the following records: Pre-decision: estimates; appraisals; restrictions; affidavit; individual land owners consent; lease proposal; lease compliance, inspection, stipulations; title status report; abstract of title; maps and land tract surveys; lease plan; access permits; solicitor approval; power of attorney; acceptance of lessor; Categorical Exclusion check list; Environmental Assessments; insurance policies/certificates; rental value memorandum; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence. Decision: lease, lease bond, lease and bond transmittal form, modifications, statement/certificate of award, contract, notice of lease termination, unitization agreements and ratifications, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Post-decision: notice of lease expiration, trespass report, operation reports, court related documents, Findings of No Sign

printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. Accounting: royalty reports, royalty interest documents, check copies, delinquent lessee listing, account distribution vouchers, 90-day notice, authority to execute irrevocable letter of credit document, printouts of electronic mail, documents created through word processing and spreadsheet software applications, supporting documentation, and related correspondence. RECORDS SUBJECT TO THE PRIVACY ACT – 5 USC 552B.

**TR-4624-P5 - N36-07-8147** 1

Real Estate Appraisal Report Files.

Include, but not limited to, the following records: appraisal reports used by Realty Officers in negotiating leases, land transactions, or involving litigation; inventories; land assessments; reviews and evaluations of appraisal reports; market data on recorded real estate transactions; county assessor's maps; quadrangle maps; reservation maps; county atlases; copies of BIA reservation road maps; plat map; aerial photographs used for appraisals and land use planning; printouts of electronic mail; documents created through word processing and spreadsheet software applications; supporting documentation; and related correspondence.

**Total Boxes: 32**