# In The United States Court of Federal Claims

No. 06-945L

(Filed: September 12, 2008)

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

In April and May 2008, defendant filed notifications that it discovered document damage to certain records stored at Bureau of Indian Affairs Regional Offices in Arizona and New Mexico. Following a status conference on June 6, 2008, the Court ordered defendant to file "a plan for an external evaluation of the remaining boxes of records kept at relevant storage facilities."

After negotiations between the parties, defendant filed a plan on July 11, 2008, along with a motion for "approval of external review of boxes of inactive BIA records and walkthrough of storage facilities on the Navajo reservation." Plaintiff raised objections in its response, filed on July 27, 2008. On August 5, 2008, defendant filed its reply, attempting to accommodate some of plaintiff's objections.

Based on the foregoing, the court adopts defendant's plan with the following modifications and clarifications:

1. An external examination must be made of all relevant records, whether active, inactive, or as yet unclassified, located in areas where inactive records are maintained;

2. An internal examination must be made by sampling the inside of approximately one in twenty boxes of records recently reboxed in preparation for shipment to the American Indian Records Repository;

3. Each site inspection team must include either a Regional Records Liaison or another representative from the Department of Interior with records training at least equivalent to that received by a Regional Records Liaison;

4. A representative of plaintiff must be allowed to accompany personnel from the Department of Interior and the Department of Justice for site walkthroughs and to take photographs and notes;

5. On or before September 22, 2008, inspections shall begin;

6. On or before November 11, 2008, inspections shall be completed;

7. On or before December 11, 2008, defendant shall file a detailed status report on the results of the evaluation; and

8. All other orders of the court remain in effect.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge