# In The United States Court of Federal Claims

No. 06-945L

(Filed: January 5, 2009)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Friday, January 23, 2009, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                   s/ Francis M. Allegra
                                                   Francis M. Allegra
                                                   Judge