# In The United States Court of Federal Claims

No. 06-945L

(Filed: April 17, 2009)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On April 7, 2009, defendant filed an unopposed motion to move and remediate damaged maps located at the Fort Defiance Agency of the Bureau of Indian Affairs. The motion is hereby **GRANTED**. Accordingly, consistent with the plan proposed by the parties:

1. Defendant shall arrange for the movement and remediation of the seventeen damaged bundles of rolled up maps and tubular containers to Munters Moisture Control Services of Glendale Heights, Illinois.

2. Defendant shall prepare a chain of custody report covering every record that is sent for remediation.

3. Defendant shall meet the Federal Express truck that will transport the damaged records and ensure that the records are signed for transport.

4. A BIA staff member shall travel to the Munters facility in Glendale Heights, Illinois to confirm that all of the records on the inventory are accounted for and to receive the records.

5. After Munters has performed all necessary cleaning and remediation, the records shall be repackaged in new, clean boxes numbered to correspond with the number on the box in which the records were received at Munters.

6.         A BIA staff member shall return to the Munters facility to confirm the reconciliation of the original inventory with the Munters inventory, tape the boxes, affix Federal Express shipping labels, and oversee the pickup of the boxes by Federal Express.

7.         The records shall be shipped back to the Fort Defiance Agency and BIA personnel shall meet the Federal Express truck and reconcile the inventory with the inventory prepared at Munters.

8.         After the records are returned to the Fort Defiance Agency, they shall be maintained with the other inactive records from Fort Defiance as they await shipment to the General Services Administration warehouse in Albuquerque, New Mexico for review by plaintiffs.

9.         All other orders of the court remain in effect.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge