# In The United States Court of Federal Claims

No. 06-945L

(Filed: December 17, 2009)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

      Plaintiff,

  v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

    A status conference will be held in this case at 2:00 p.m. (EST) on Monday, January 25, 2010, at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W. Washington, DC 20005, in courtroom #4. Counsel participating by video conference shall make all arrangements and shall be responsible for all expenses associated with the video conference.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge