# In The United States Court of Federal Claims

No. 06-945L

(Filed: October 20, 2010)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      In lieu of the reports required by this court's order of July 18, 2010, on or before December 30, 2010, and every 63 days thereafter until relieved by further order of this court, defendant shall file a status report providing further details regarding the possible damage, destruction or loss of records. Notwithstanding this requirement, if it is determined that documents relevant to this case have been destroyed and cannot be recovered, defendant must notify this court immediately.

      **IT IS SO ORDERED**.

                                                             s/ Francis M. Allegra
                                                             Francis M. Allegra
                                                             Judge