# In The United States Court of Federal Claims

No. 06-945L

(Filed: February 1, 2011)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records. Defendant is hereby relieved of this reporting requirement.

      **IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge