# In The United States Court of Federal Claims

No. 06-945L

(Filed: January 6, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Thursday, February 9, 2012, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED**.


                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge