# In The United States Court of Federal Claims

No. 06-945L

(Filed: July 11, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

           Plaintiff,

      v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On February 9, 2012, a telephonic status conference was held in this case. During the status conference, the court indicated that it would restore this case to the active docket if the parties failed to make significant progress towards a settlement agreement. The court views that progress has not occurred. Accordingly, the court hereby orders the following:

1. The Clerk is directed to restore this case to the active docket; and

2. On or before August 14, 2012, the parties shall file a joint status report indicating how this case should proceed, including a proposed schedule for discovery.

**IT IS SO ORDERED**.

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge