# In The United States Court of Federal Claims

No. 06-945L

(Filed: August 2, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

           Plaintiff,

      v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

In the joint status report to be filed on or before August 14, 2012, the parties shall consider, *inter alia*:

1. Whether this case should be broken into phases; and

2. Whether a clawback agreement or analogous order is necessary. *See Jicarilla Apache Nation v. United States*, 93 Fed. Cl. 219 (2010).

**IT IS SO ORDERED**.

           s/ Francis M. Allegra
           Francis M. Allegra
           Judge