# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NAVAJO NATION, | ) | |
| f.k.a. NAVAJO TRIBE OF INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-945L |
| | ) | Judge Francis M. Allegra |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF NAVAJO NATION'S MOTION
### FOR SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, Plaintiff Navajo Nation respectfully requests that Samuel J. Buffone of BuckleySandler LLP be substituted as its Attorney of Record in this action in place of Alan R. Taradash of Nordhaus Law Firm, LLP.  Mr. Taradash consents to the entry of this Motion for Substitution.  An affidavit of appointment by Mr. Buffone and written consent from Mr. Taradash are attached to this motion.  Counsel and the Court are respectfully requested to serve Mr. Buffone with copies of all future court filings, correspondence and orders.

Respectfully submitted,

/s/ Samuel J. Buffone
Samuel J. Buffone
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
t. 202-349-7940
f. 202-349-8080
sbuffone@buckleysandler.com

Attorney of Record for Plaintiff
Navajo Nation as Substituted

OF COUNSEL:

Donna L. Wilson
BuckleySandler LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
t. 424-203-1010
f. 424-203-1019
dwilson@buckleysandler.com

Alan R. Taradash
Thomas J. Peckham
Daniel I.S.J. Rey-Bear
Deidre A. Lujan
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr.
Avenue NE
Albuquerque, NM 87102
t. 505-243-4275
f. 505-243-4464

Donald H. Grove
Nordhaus Law Firm, LLP
1401 K Street NW, Suite 801
Washington, DC 20005
t. 202-530-1270
f. 202-530-1920

August 10, 2012

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NAVAJO NATION, ) <br> f.k.a. NAVAJO TRIBE OF INDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 06-945L <br> Judge Francis M. Allegra |

## AFFIDAVIT OF APPOINTMENT BY
## SAMUEL J. BUFFONE

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, I, Samuel J. Buffone, hereby declare as follows:

1. I am a partner in the Washington, DC office of BuckleySandler LLP. My business address and contact information are 1250 24th Street NW, Suite 700, Washington, DC 20037, t. 202-349-7940, f. 202-349-8080, sbuffone@buckleysandler.com. I have been appointed by Plaintiff in this action as Attorney of Record, and have authority to act in that regard.

2. I am admitted to practice in the District of Columbia and Pennsylvania, and before the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.

3. Former Attorney of Record, Alan R. Taradash of Nordhaus Law Firm, LLP, consents to the entry of this Motion for Substitution.

4. This Affidavit is being submitted pursuant to Rule 83.1(c)(4) of the United States

Court of Federal Claims.

I declare under penalty of perjury that the foregoing is true and correct.

                 Respectfully submitted,

                 /s/ Samuel J. Buffone
                 Samuel J. Buffone

August 10, 2012

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NAVAJO NATION, )<br>f.k.a. NAVAJO TRIBE OF INDIANS, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>  Defendant. )<br>  )<br>_____ ) | No. 06-945L<br>Judge Francis M. Allegra |

## CONSENT TO SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, I consent to the change in the Attorney of Record for Plaintiff in this action to Samuel J. Buffone, BuckleySandler LLP.

                                              Respectfully submitted,

                                              /s/ Alan R. Taradash
                                              Alan R. Taradash

August 10, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2012, a true and correct copy of the foregoing Motion for Substitution of Counsel was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Samuel J. Buffone
Samuel J. Buffone

1