# In The United States Court of Federal Claims

No. 06-945L

(Filed: September 13, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

              Plaintiff,

           v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Thursday, September 20, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time. Following the status conference, the court will adopt a fixed discovery schedule.

     **IT IS SO ORDERED**.

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge