# In The United States Court of Federal Claims

No. 06-945L

(Filed: September 20, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before September 28, 2012, the parties shall file a joint status report indicating any clawback, e-discovery, or other orders that are necessary to effectuate efficient discovery in this matter. The parties are encouraged to submit agreed-upon proposed orders, if possible.

    **IT IS SO ORDERED**.

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge