# In The United States Court of Federal Claims

No. 06-945L

(Filed: September 21, 2012)

---

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,,

          Plaintiff,

    v.

THE UNITED STATES,

          Defendant.

---

**ORDER**

---

On September 20, 2012, a status conference was held in this case. Participating in the conference were Samuel J. Buffone, for plaintiff, and Frank J. Singer, for defendant. Based on discussions during the conference, the court sets the following discovery schedule:

1. Discovery in this case will be phased. Phase I will encompass all trust fund accounting and trust fund mismanagement claims within the scope of plaintiff's complaint. Phase II will encompass all non-monetary trust resource mismanagement claims within the scope of plaintiff's complaint, including, without limitation, claims concerning plaintiff's timber, oil, gas, uranium, coal, and other minerals that defendant managed in trust.

2. Discovery relating to Phase I will proceed as described below. Discovery relating to Phase II is hereby **STAYED**, until further order (unless the parties agree otherwise).

3. On or before July 26, 2013, all fact discovery shall be completed;

4. On or before September 27, 2013, the parties shall exchange their expert report(s);

5.      On or before October 28, 2013, the parties shall exchange their rebuttal expert report(s);

6.      On or before November 29, 2013, the parties shall complete expert depositions; and

7.      On or before December 13, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule for proceeding to trial.

**IT IS SO ORDERED**.

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge