# In The United States Court of Federal Claims

No. 06-945L

(Filed: October 1, 2012)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

        Plaintiff,

    v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On September 28, 2012, the parties filed a joint status report requesting additional time to meet and confer regarding clawback and e-discovery orders that are necessary to effectuate efficient discovery in this matter. On or before October 10, 2012, the parties shall file a joint agreed-upon proposed order regarding clawback issues and e-discovery in this matter. If the parties are unable to file a joint agreed-upon order, on or before October 10, 2012, plaintiff shall file a proposed order and defendant shall file a redline of plaintiff's proposed order reflecting defendant's suggested revisions to plaintiff's proposed order. The parties shall coordinate efforts so that plaintiff's and defendant's filings can be submitted jointly.

    **IT IS SO ORDERED**.

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge