# In The United States Court of Federal Claims

No. 06-945L

(Filed: April 25, 2013)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

At the parties' request, a telephonic status conference will be held in this case on Friday, May 3, 2013, at 1:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge