# In The United States Court of Federal Claims

No. 06-945L

(Filed: May 3, 2013)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case. Participating in the conference were Samuel Buffone, for plaintiff, and Steven Finn, for defendant. Pursuant to discussions during the conference, on or before June 3, 2013, either:

1. The parties shall file a joint status report proposing a resolution of the discovery dispute discussed; or

2. The parties shall each file separate status reports proposing a resolution of that dispute.

**IT IS SO ORDERED**.

           s/ Francis M. Allegra
           Francis M. Allegra
           Judge