# In The United States Court of Federal Claims

No. 06-945L

(Filed: June 13, 2013)

_____

NAVAJO NATION
f.k.a. NAVAJO TRIBE OF INDIANS,

                Plaintiff,

        v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On September 21, 2012, the court issued a discovery scheduling order in this matter. On May 3, 2013, following a status conference to discuss a dispute regarding discovery scheduling, the court ordered the parties to file either a joint status report or separate status reports proposing a resolution of the disputed matter. On June 3, 2013, apparently unable to reach a joint resolution, the parties filed competing proposed amended discovery schedules. Having considered the parties' proposals, the court hereby amends its September 21, 2012, order and adopts the following schedule:

1. On or before May 13, 2014, the parties shall complete fact discovery (including depositions) relating to Phase I; and

2. On or before May 27, 2014, the parties shall file a joint status report indicating how this case should proceed.

The court will view disfavorably any further requests for an extension of these discovery deadlines and expects that the parties will be prepared to proceed expeditiously with expert discovery upon the completion of fact discovery.

    **IT IS SO ORDERED**.

                                                         s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge