IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| NAVAJO NATION,<br>f.k.a. NAVAJO TRIBE OF INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-945L<br><br>Judge Francis M. Allegra<br><br>*Electronically filed on September 25, 2014* |

JOINT STATUS REPORT

Pursuant to this Court's Order of July 11, 2014 (ECF No. 169), Plaintiff, the Navajo Nation, and Defendant, the United States of America (collectively, the "Parties"), respectfully submit this joint report indicating the status of their efforts to finalize their settlement agreement.

As the Parties previously reported, the Parties completed their respective reviews and authorizations of the proposed settlement and, based on those reviews and authorizations, counsel for the Parties executed the final settlement agreement. Since the last status report, the Nation provided to the United States certain private (non-trust) bank account information so the United States can make the settlement payment to the Nation. The Justice Department submitted the requisite paperwork for payment of the settlement proceeds to the Judgment Fund Branch of the Bureau of the Fiscal Service of the Treasury Department.

Given the foregoing and the Parties' intent to avoid unnecessary burden on the Court and expense to the Parties, the Parties believe that this Court should continue to stay any further proceedings in the litigation.

Respectfully submitted this 25th day of September, 2014,

| | |
|---|---|
| BUCKLEYSANDLER LLP | SAM HIRSCH<br>Acting Assistant Attorney General |
| By  */s/ Samuel J. Buffone*<br>SAMUEL J. BUFFONE<br>ANDREW L. SANDLER<br>CHRISTOPHER F. REGAN<br>BuckleySandler LLP<br>1250 24th Street NW, Suite 700<br>Washington, DC 20037<br>Tel:  202-349-7940<br>Fax:  202-349-8080<br>sbuffone@buckleysandler.com | By  */s/ Frank J. Singer*<br>FRANK J. SINGER<br>E. BARRETT ATWOOD<br>STEPHEN FINN<br>MARISSA A. PIROPATO<br>JODY C. SCHWARZ<br>REUBEN SCHIFMAN<br>ANTHONY P. HOANG<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>Post Office Box 7611<br>Washington, DC 20044-7611<br>Tel:  202-616-9409<br>Fax:  202-305-0506<br>E-mail:  frank.singer@usdoj.gov |
| ATTORNEYS FOR NAVAJO NATION | ATTORNEYS FOR THE UNITED STATES |

OF COUNSEL:

Alan R. Taradash
Nordhaus Law Firm, LLP
405 Dr. Martin Luther King, Jr. Ave., NE
Albuquerque, NM 87102
Tel:  505-243-4275
Fax:  505-243-4464